1 | William N. Lobel, State Bar No. 93202
wlobel@lwgfllp.com
2 | Alan J. Friedman, State Bar No. 132580
afriedman@lwgfllp.com
3 | Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
4 | **LOBEL WEILAND GOLDEN FRIEDMAN LLP**
650 Town Center Drive, Suite 950
5 | Costa Mesa, California 92626
Telephone    714-966-1000
6 | Facsimile    714-966-1002

7 | Attorneys for Debtor and Debtor-in-Possession
John Bral

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| In re | Case No. 8:17-bk-10706-SC |
|---|---|
| JOHN JEAN BRAL, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **DECLARATION OF LORI GAUTHIER REGARDING TELEPHONIC NOTICE OF HEARING ON SHORTENED TIME ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**Hearing:**<br>DATE:  June 14, 2017<br>TIME:  10:00 a.m.<br>CTRM:  5C |

I, Lori Gauthier, declare as follows:

1.    I am a paralegal with the law offices of Lobel Weiland Golden Friedman LLP (the "Firm"), attorneys for John Jean Bral, the debtor and debtor-in-possession in the above-captioned bankruptcy case (the "Debtor"). The following matters are true and correct and within my own personal knowledge and belief, and if called as a witness, I could and would competently testify thereto.

#1118551                                    1                    DECLARATION RE TELEPHONIC NOTICE

2. On June 6, 2017, between the hours of 9:15 a.m. through 10:50 a.m., (Pacific Standard Time), I telephoned the parties as set forth below regarding the hearing set on shortened time on the Debtor's Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 informing such parties of the hearing scheduled for June 14, 2017, at 10:00 a.m. in courtroom 5C located at the United States Bankruptcy Court, 411 West Fourth Street, Santa Ana, California.

3. The following summarizes the results of my efforts:

| Party Contacted | Result | Served Notice, Motion and OST Order |
|---|---|---|
| Office of the U.S. Trustee | Spoke to Hugh | via facsimile |
| Jonathan Ahdoot (20 largest) | Spoke to Jonathan Ahdoot | via e-mail |
| Les Jakosky (20 largest) | Spoke to Daniel Germain, attorney for Les Jakosky | via e-mail |
| CitiBank (20 largest) | Attempted phone calls to various customer service numbers, including Citibank main office in Sioux Falls, SD | via facsimile – Citibank Main Office (605) 331-7518 |
| Bank of America (20 largest) | Spoke to Shad/BK Legal Dept. | N/A / No fax or email obtained |
| Cannae Financial (20 largest) | Left voice mail message for Gary Klausner, counsel for Cannae Financial | via e-mail |
| Cannae Financial (20 largest) | Left voice mail message for Tom Lallas, Esq., counsel for Cannae Financial | via e-mail |
| Barry Beitler (20 largest) | Left voice mail message for Gary Klausner, counsel for Barry Beitler | via e-mail |
| Barry Beitler (20 largest) | Left voice mail message for Tom Lallas, Esq., counsel for Barry Beitler | via e-mail |
| Avalon Associates, Ltd. (20 largest) | Spoke with Sandy with Clay Sides, Esq., office, counsel for Avalon Associates, Ltd. | via facsimile |

#1118551    2    DECLARATION RE TELEPHONIC NOTICE

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

| Gary Salomons, Esq. (20 largest) | Spoke to Lana, paralegal with Gabriel Salomons, LLP | via e-mail |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of June, 2017, at Costa Mesa, California.

*(signature)*
Lori Gauthier

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

#1118551     3     DECLARATION RE TELEPHONIC NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 950, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF LORI GAUTHIER REGARDING TELEPHONIC NOTICE OF HEARING ON SHORTENED TIME ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 7, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 7, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SERVED VIA PERSONAL DELIVERY/ATTORNEY SERVICE
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130/Courtesy Bin
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/7/2017 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                        **F 9013-3.1.PROOF.SERVICE**

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Alan J Friedman**   afriedman@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@lwgfllp.com;lgauthier@lwgfllp.com
- **Beth Gaschen**   bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;lgauthier@lwgfllp.com;nlockwood@lwgfllp.com
- **Michael J Hauser**   michael.hauser@usdoj.gov
- **Mark D Hurwitz**   mhurwitz@lsl-la.com, dsmall@lsl-la.com
- **Gary E Klausner**   gek@lnbyb.com
- **Kathleen J McCarthy**   kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **William F McDonald**   Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com
- **Krikor J Meshefejian**   kjm@lnbrb.com
- **Edward G Schloss**   egs2@ix.netcom.com
- **Valerie Smith**   claims@recoverycorp.com
- **Daniel B Spitzer**   dspitzer@spitzeresq.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Zann R Welch**   ecfnotices@ascensioncapitalgroup.com