William N. Lobel, State Bar No. 93202
wlobel@lwgfllp.com
Alan J. Friedman, State Bar No. 132580
afriedman@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Debtor and Debtor-in-Possession,
John Jean Bral

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

In re

JOHN JEAN BRAL,

    Debtor and
    Debtor-in-Possession.

Case No. 8:17-bk-10706-SC
Chapter 11

**PROOF OF SERVICE OF NOTICE OF HEARING ON SHORTENED TIME ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**

[Relates to Docket No. 60, 62 and 64]

Hearing:
DATE:    June 14, 2017
TIME:    10:00 a.m.
PLACE:   Courtroom 5C

#1118886

PROOF OF SERVICE

I am employed at Lobel Weiland Golden Friedman LLP. I am over the age of 18 and not a party to this action. My business address is **650 Town Center Drive, Suite 950, Costa Mesa, CA 92626**. On **June 6, 2017 (before noon)**, I served the foregoing document(s), described as:

1. *Notice of Hearing on Shortened Time on Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 [Docket No. 64];*

2. *Notice of Motion and Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 [Docket No. 60]; and*

3. *[Entered] Order Granting Application and Setting Hearing on Shortened Notice [Docket No. 62].*

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**</u> Pursuant to controlling General Orders and LBR, the foregoing document(s) will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses sated below

☐ Service information continued on attached page

2. <u>**TO BE SERVED BY UNITED STATES MAIL:**</u>

On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as on <u>Exhibit1</u>, attached hereto. **Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.**

PROOF OF SERVICE

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**

Pursuant to F.R. Civ. P. 5 and/or controlling LBR, on **June 6, 2017 (before noon)**, I served the following persons and/or entities **via personal delivery, facsimile and/or e-mail as stated on the attached.** Listing the judge here constitutes a declaration that personal delivery or overnight mail to, to the judge **will be completed** no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 6, 2017 at Costa Mesa, California.

*/s/ Lori Gauthier*
Lori Gauthier

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

PROOF OF SERVICE

# EXHIBIT "1"

**Served via Facsimile**

| Office of the U.S. Trustee | Fax: (714) 338-3421 |
|---|---|
| Citibank (20 largest) | Fax: (605) 357-2073 |
| Avalon Associates – c/o Clay R. Sides, Esq. (20 largest) | Fax: (760)723-2725 |

**Served via E-Mail**

| Jonathan Ahdoot (20 largest) | jonahdoot@yahoo.com |
|---|---|
| Les Jakosky – c/o Daniel Germain, Esq. (20 largest) | Germain@lalawyer.com |
| Cannae Financial (20 largest) | gek@lnbyb.com |
| Barry Beitler (20 largest) | gek@lnbyb.com |
| Cannae Financial (20 largest) | tlallas@lsl-la.com; mhurwitz@lsl-la.com |
| Barry Beitler (20 largest) | tlallas@lsl-la.com; mhurwitz@lsl-la.com |
| Gary Salomons, Esq. (20 largest) | gary@gabrielsalomons.com |

**Served via hand delivery/attorney service**

Chambers of the Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Bldg. & Courthouse
411 West Fourth Street, Suite 5130/Courtesy Bin
Santa Ana, CA 92701-4593

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

PROOF OF SERVICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 950, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **PROOF OF SERVICE OF NOTICE OF HEARING ON SHORTENED TIME ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 7, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 7, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SERVED VIA PERSONAL DELIVERY/ATTORNEY SERVICE
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130/Courtesy Bin
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/7/2017 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Alan J Friedman**   afriedman@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@lwgfllp.com;lgauthier@lwgfllp.com
- **Beth Gaschen**   bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;lgauthier@lwgfllp.com;nlockwood@lwgfllp.com
- **Michael J Hauser**   michael.hauser@usdoj.gov
- **Mark D Hurwitz**   mhurwitz@lsl-la.com, dsmall@lsl-la.com
- **Gary E Klausner**   gek@lnbyb.com
- **Kathleen J McCarthy**   kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **William F McDonald**   Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com
- **Krikor J Meshefejian**   kjm@lnbrb.com
- **Edward G Schloss**   egs2@ix.netcom.com
- **Valerie Smith**   claims@recoverycorp.com
- **Daniel B Spitzer**   dspitzer@spitzeresq.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Zann R Welch**   ecfnotices@ascensioncapitalgroup.com