William N. Lobel, State Bar No. 93202
wlobel@lwgfllp.com
Alan J. Friedman, State Bar No. 132580
afriedman@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Debtor and Debtor-in-Possession,
John Jean Bral

**FILED & ENTERED**

**JUL 21 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** mccall    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JOHN JEAN BRAL,<br><br>    Debtor and<br>    Debtor-in-Possession. | Case No. 8:17-bk-10706-SC<br><br>Chapter 11<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT AND RELATED DEADLINES**<br><br>**Current Hearing Date**:<br>DATE:   August 17, 2017<br>TIME:   11:00 a.m.<br>CTRM:  5C<br>         411 West Fourth Street<br>         Santa Ana, CA |

#1124700                                    1                                    ORDER

The Court having considered the *Stipulation to Continue Hearing on Motion for Order Approving Debtor's Disclosure Statement and Related Deadlines* (the "Stipulation")[1] entered into between John Jean Bral, the debtor and debtor-in-possession in the above-captioned chapter 11 case and Barry Beitler, Cannae Financial, LLC, AFG Investment Fund 7, LLC, BAB 8 LLC, Beitler & Associates, Beitler Commercial Realty Services, and Steward Financial, LLC (collectively, the "Beitler Creditors") [Docket No.93], and for good cause shown,

**IT IS ORDERED** that:

1. The Stipulation is GRANTED;

2. The hearing on the Motion for Order Approving Debtor's Disclosure Statement Describing Chapter 11 Plan of Reorganization presently scheduled to be heard on August 17, 2017 at 11:00 a.m., is continued to **November 9, 2017, at 11:00 a.m.;**

3. The current deadline of August 3, 2017, to file and serve any objections to the adequacy of the Disclosure Statement is extended such that the same shall be due not less than fourteen (14) days before the continued hearing on the Motion;

4. The current deadline of August 10, 2017, to file and serve replies to any objections filed is extended such that the same shall be due not less than seven (7) days before the continued hearing on the Motion; and

---

[1] Any and all capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Stipulation.

5. The rights of the Parties to seek discovery in accordance with all applicable provisions of the Bankruptcy Code and Bankruptcy Rules are reserved; provided, however, that neither Party shall conduct formal discovery prior to August 28, 2017, unless the mediation currently scheduled for August 28, 2017 is cancelled.

**# # #**

Date: July 21, 2017

Scott C. Clarkson
United States Bankruptcy Judge

#1124700       3       ORDER