William N. Lobel, State Bar No. 93202
wlobel@lwgfllp.com
Alan J. Friedman, State Bar No. 132580
afriedman@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile     714-966-1002

Attorneys for Debtor and Debtor-in-Possession
John Jean Bral

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:17-bk-10706-SC |
| JOHN JEAN BRAL, | Chapter 11 |
|     Debtor and Debtor-in-Possession. | **DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED BY CANNAE FINANCIAL LLC [CLAIM NO. 17-1]; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF JOHN JEAN BRAL IN SUPPORT THEREOF** |
| | **DATE:** December 14, 2017<br>**TIME:** 11:00 a.m.<br>**Place:** Courtroom 5C<br>    411 West Fourth Street<br>    Santa Ana, California 92701 |

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1135635.1

OBJECTION

1  TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY

2  JUDGE, CANNAE FINANCIAL LLC, AND ALL OTHER INTERESTED PARTIES:

3      PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. § 502, Federal Rule of

4  Bankruptcy Procedure 3007, and Local Bankruptcy Rule 3007-1, on December 14, 2017,

5  at 11:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 5C of the

6  United States Bankruptcy Court, located at 411 West Fourth Street, Santa Ana, California

7  92701, a hearing will be held concerning this objection (the "Objection") of John Jean Bral,

8  the debtor and debtor-in-possession in the above-captioned chapter 11 case (the

9  "Debtor"), to Claim No. 17-1 filed by Cannae Financial LLC.

10     PLEASE TAKE FURTHER NOTICE that, pursuant to Local Bankruptcy Rule 3007-

11  1(b)(3)(A), any response to the Objection must be filed and served not later than fourteen

12  (14) days prior to the hearing on the Objection (as further set forth in the Notice served

13  concurrently herewith).

14     PLEASE TAKE FURTHER NOTICE that, pursuant to Local Bankruptcy Rule 3007-

15  1(b)(3)(B), if a response is not timely filed and served, the Court may grant the relief

16  requested in the Objection without further notice or hearing.

17     PLEASE TAKE FURTHER NOTICE that the Objection is based on the Notice of

18  Hearing, the attached Memorandum of Points and Authorities, the Declaration of John

19  Jean Bral appended hereto, the files and records of this Court related to the Debtor's

20  case, and upon such other oral and documentary evidence as may be presented to the

21  Court at or before the time of the hearing on the Objection.

22  ///

23  ///

24  ///

25

26

27

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626-1992
Tel 714-966-1000 · Fax 714-966-1002

1    **WHEREFORE**, the Debtor requests that the Court enter an order (i) clarifying that

2  no lien exists against Mission Medical Investors, LLC with respect to Claim No. 17-1; and

3  (ii) for such other and further relief as may be just and proper under the circumstances of

4  this case.

5                                          Respectfully submitted,

6  Dated:  October 13, 2017              LOBEL WEILAND GOLDEN FRIEDMAN LLP

7

8                                          By:  */s/ Beth E. Gaschen*
                                                WILLIAM N. LOBEL
9                                               ALAN J. FRIEDMAN
                                                BETH E. GASCHEN
10                                              Attorneys for Debtor
                                                and Debtor-in-Possession
11                                              John Jean Bral

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## I.    INTRODUCTION

The Debtor hereby submits this objection (the "Objection") to Claim No. 17-1 filed by Cannae Financial LLC ("Cannae"). On June 16, 2017, Cannae filed a proof of claim (the "Claim No. 17-1") as a secured claim in the amount of $394,483.12 as of the petition date, not including post-judgment fees, costs, and post-petition interest. A true and complete copy of Claim No. 17-1 is attached to this Objection and identified by the Court's docket number pursuant to Local Bankruptcy Rule 3007-1 and incorporated herein by this reference. Claim No. 17-1 is based on a Judgment After Granting of Motion for Summary Judgment entered on July 16, 2015 in Case No. 30-2014-00733044 (the "Judgment") (attached as Exhibit A to Claim No. 17-1), a Charging Order entered on December 7, 2015 ("Charging Order") (attached as part of Exhibit D to Claim No. 17-1), and three abstracts filed post-judgment.

Despite the fact that the Charging Order is only against the Debtor's membership interests in Westcliff Investors, LLC ("Westcliff"), Cannae has stated in Claim No. 17-1 that the claim is secured by the Debtor's membership interests in Mission Medical Investors, LLC ("Mission") in addition to Westcliff and other assets. The Debtor disputes this assertion and by this Objection is seeking an order clarifying that Cannae has no lien on the Debtor's membership interests in Mission.

## II.    STATEMENT OF FACTS

### A.    Jurisdiction and Venue

This Court has jurisdiction to consider this Objection under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The Debtor consents to the entry of a final order by the Court in connection with this Objection to the extent it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution. Venue of this case and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

**B.**     **The Debtor and the Chapter 11 Filing**

The Debtor commenced this case by filing a voluntary petition under chapter 11 of title 11 of the United States Code on February 24, 2017 (the "Petition Date").  The Debtor continues to manage his financial affairs and operate his bankruptcy estate as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in this case.  No official committee of unsecured creditors has been appointed in this case.

**III.**   **RELIEF REQUESTED**

Pursuant to section 502(a) of the Bankruptcy Code, a filed proof of claim is deemed allowed unless a party in interest objects thereto.  *See* 11 U.S.C. § 502(a).  Federal Rule of Bankruptcy Procedure 3001(f) provides in relevant part:

> A proof of claim executed and filed in accordance with these Rules shall constitute prima facie evidence of the validity of the amount of the claim.

Section 502(b)(1) of the Bankruptcy Code provides that a claim will not be allowed to the extent that the claim is for "an unenforceable debt against a debtor and property of the debtor, under any agreement or applicable law for a reason other than because such claim is contingent or unmatured . . ."  The claimant must establish by a preponderance of the evidence that its claims should be allowed.  The burden of persuasion is on the claimant. *See In re Gray*, 522 B.R. 619, 625 (Bankr. D. Idaho 2014) ("If the objector produces evidence sufficient to negate the validity of the claim, the ultimate burden of persuasion remains on the claimant to demonstrate by preponderance of the evidence that the claim deserves to share in the distribution of the debtor's assets."); *Spencer v. Pugh (In re Pugh),* 157 B.R. 898, 901 (9th Cir. BAP 1993); *In re Parrott Broadcasting Ltd. P'ship,* 492 B.R. 35, 38 (Bankr. D. Idaho 2013); *In re Blixeth*, 489 B.R. 154 (Bankr. D. Mo. 2013) (once objecting party succeeds in overcoming prima facie effect of procedurally proper proof of claim, burden shifts to claimant to prove validity of its claim, and claimant must satisfy that burden by preponderance of evidence). *See also Pepper v. Litton*, 308

1  U.S. 295, 304, 60 S.Ct. 244 (1939) (stating that the bankruptcy court has the power to

2  shift the circumstances surrounding any claim to see that injustice or unfairness is not

3  done in administering the bankruptcy estate).

4        The Court should grant this Objection and limit the secured status of Claim No. 17-

5  1.  It is evident from the claim itself that Claim No. 17-1 is not secured by the Debtor's

6  membership interest in Mission.  According to the "Attachment to Proof of Claim of

7  Cannae Financial LLC Based on Judgment in Orange County Superior Court Case No.

8  30-2014-00733044," Exhibit "D" to Claim No. 17-1 consists the documents evidencing

9  Cannae's lien against the Debtor's assets.  Exhibit "D" consists of the following: (i) a

10 notice of motion and motion for charging order that is directed at and limited to the

11 Debtor's interest in Westcliff; (ii) the Charging Order, which is specific to Westcliff; and (iii)

12 three abstracts of Judgment recorded in Orange County, Los Angeles County and Kern

13 County.  There is nothing attached to Claim No. 17-1 that evidences any lien or other

14 security interest held by Cannae against the Debtor's membership interests in Mission

15 and, therefore, an order should be entered clarifying or limiting Claim No. 17-1's secured

16 status.

17 **IV.    RESERVATION OF RIGHTS**

18       This Objection is limited to the grounds stated herein.  Accordingly, it is without

19 prejudice to the right of the Debtor to object to Claim No. 17-1 on any other ground

20 whatsoever, and the Debtor expressly reserves all further substantive and/or procedural

21 objections he may have.

22 ///

23 ///

24 ///

25

26

27

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

## V.    **CONCLUSION**

The Debtor requests that the Court enter an Order (i) clarifying that no lien exists against Mission Medical Investors, LLC with respect to Claim No. 17-1; and (ii) for such other and further relief as may be just and proper under the circumstances of this case.

Respectfully submitted,

Dated: October 13, 2017                    LOBEL WEILAND GOLDEN FRIEDMAN LLP


By:   _/s/ Beth E. Gaschen_
      WILLIAM N. LOBEL
      ALAN J. FRIEDMAN
      BETH E. GASCHEN
      Attorneys for Debtor and
      Debtor-in-Possession

1

## DECLARATION OF JOHN JEAN BRAL

2    I, John J. Bral, declare as follows:

3    1.    I am the debtor and debtor-in-possession in the above-captioned case. The

4 following is based upon my personal knowledge, except as otherwise noted, and if called

5 as a witness herein, I could and would competently testify thereto. I make this declaration

6 in support of the Objection to Proof of Claim Filed by Cannae Financial LLC [Claim No.

7 17-1] (the "Objection"). Any term not specifically defined herein shall have the meaning

8 provided in the Objection.

9    2.    This case was commenced by the filing a voluntary petition under chapter 11

10 of title 11 of the United States Code on the Petition Date. I continue to manage my

11 financial affairs and operate my bankruptcy estate as a debtor-in-possession pursuant to

12 Sections 1107 and 1108 of the Bankruptcy Code. No request for the appointment of a

13 trustee or examiner has been made in this case. No official committee of unsecured

14 creditors has been appointed in this case.

15    3.    I have commenced reviewing and reconciling the proofs of claims filed

16 against my estate. These efforts have resulted in the identification of the disputed claim

17 filed by Cannae, a true and complete copy of which is attached hereto and identified by

18 the Court's docket number pursuant to Local Bankruptcy Rule 3007-1 and incorporated

19 herein by this reference.

20    4.    On June 16, 2017, Cannae filed Claim No. 17-1 as a secured claim in the

21 amount of $394,483.12 as of the petition date, not including post-judgment fees, costs,

22 and post-petition interest. Claim No. 17-1 is based on the Judgment (attached as Exhibit

23 A to Claim No. 17-1), the Charging Order entered on December 7, 2015 (attached as part

24 of Exhibit D to Claim No. 17-1), and three abstracts of judgment.

25    5.    The Charging Order is only against my membership interest in Westcliff.

26 Cannae has stated in Claim No. 17-1 that the claim is secured by my membership

27 interests in Mission in addition to my membership interests Westcliff and other assets. I

28 have no knowledge of any lien or security interest held by Cannae against Mission based

1135635.1                                    8                              OBJECTION

1 | upon the Judgment and there is nothing attached to the Claim to evidence a lien or

2 | security interest against Mission.

3 |       6.     I believe that granting the relief requested in the Objection is in the best

4 | interests of my estate.

5 |     I declare under penalty of perjury that the foregoing is true and correct.

6 |     Executed this _18TH_ day of October 2017, at _IRVINE_ California.

7

8

9 |           John Jean Bral

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

# POC NO. 17

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | JOHN JEAN BRAL |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Central District of California |
| Case number | 8:17-BK-10706-SC |

Official Form 410

# Proof of Claim

4/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

---

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Cannae Financial LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Gary E. Klausner, Esq.
Name

10250 Constellation Blvd., Suite 1700
Number      Street

Los Angeles            CA            90067
City                      State            ZIP Code

Contact phone (310) 229-1234

Contact email GEK@LNBYB.COM

Where should payments to the creditor be sent? (if different)

Cannae Financial LLC c/o Barry Beitler
Name

825 Barrington Avenue
Number      Street

Los Angeles            CA            90048
City                      State            ZIP Code

Contact phone _____

Contact email bbeitler@beitler.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

---

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---------|---------|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ 394,483.12 as of the petition date, not including post-judgment fees, costs, and post-petition interest.

**Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Judgment in Case No. 30-2014-00733044 in Orange County Superior Court

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☑ Other. Describe: Debtor's membership interests in Mission Medical Investors, LLC and Westcliff Investors, LLC, and other assets

**Basis for perfection:** C.C.P. § 708.320(a); and abstracts of judgment

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                          $ _____ TBD

Amount of the claim that is secured:        $ _____ TBD

Amount of the claim that is unsecured:      $ _____ TBD (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:      $ At least $394,483.12

Annual Interest Rate (when case was filed) 10.00 %

☑ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.      $ _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check all that apply:*

|  | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   06/15/2017
                   MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | Barry Beitler | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Authorized Agent | | |
| Company | Cannae Financial LLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 825 Barrington Avenue | | |
| | Number      Street | | |
| | Los Angeles | CA | 90049 |
| | City | State | ZIP Code |
| Contact phone | _____ | Email | bbeitler@beitler.com |

## ATTACHMENT TO PROOF OF CLAIM OF CANNAE FINANCIAL LLC BASED ON JUDGMENT IN ORANGE COUNTY SUPERIOR COURT CASE NO. 30-2014-00733044

On July 16, 2015, judgment was entered in favor of Cannae Financial, LLC ("Cannae" or "Claimant") and against John Bral ("Bral") in Orange County Superior Court in Case No. 30-2014-00733044. A copy of the judgment is attached hereto as Exhibit "A".

As of July 16, 2015, the date on which the judgment issued, the judgment was in the sum of $321,320.17, which includes (i) the sum of $313,041.69 as of May 31, 2015 as stated in the Judgment, and (ii) prejudgment interest in the sum of $3,593.98, at the rate of $78.13 per day as set forth in the Judgment, through the July 16, 2015 date of entry of Judgment.

Post-judgment interest through the February 24, 2017 petition date herein accrued on the $321,320.17 judgment at the statutory rate of 10% per annum, or $86.75 per day, in the sum of $51,095.75 for 589 days from and after July 16, 2015.

On March 21, 2016, the Court issued an award of attorneys' fees in favor of Cannae against Bral in the sum of $19,252.00 ("Fee Award"). A copy of the Fee Order is attached hereto as Exhibit "B".

Attached hereto as Exhibit "C" is the unopposed memorandum of costs that Cannae filed on January 12, 2016 in the sum of $935.00 ("Costs").

Attached hereto as Exhibit "D" are the documents evidencing Cannae's lien against Bral's assets.

As of the February 24, 2017 petition date herein, the sum of $22,067.20 remained due and owing by Bral to Cannae on the Fee Award and Costs, which includes (a) the $20,187.00 aggregate sum of the Fee Award and Costs and (b) interest thereon, at the statutory rate of 10% per annum, or $5.53 per day, in the sum of $1,880.20 for the 340 days from and after March 21, 2016 through February 24, 2017.

Accordingly, Cannae's total claim based on the Judgment, Fee Award, Costs and post-judgment interest as of February 24, 2017 was $394,483.12, plus any recoverable post-judgment fees and costs.

### Reservation of Rights

Claimant reserves the right to (i) amend, update and/or supplement this Proof of Claim at any time and in any respect, (ii) file additional proofs of claim for additional claims which may be based on the same or additional documents or other liability or indebtedness of the Debtor to Claimant (iii) file a request for payment of administrative expenses in accordance with 11 U.S.C. §§ 503 and 507.

In addition to the foregoing, Claimant reserves all rights with respect to (a) any indebtedness owed to Claimant by any non-debtor affiliate or other entity related to the Debtor, and (b) any other amounts that may be owing to Claimant in respect of interest, fees, indemnities, costs and expenses to the extent permitted by applicable law.

Nothing contained in this Proof of Claim shall be construed as limiting Claimants rights, remedies and interests.

The filing of this proof of claim is not: (i) a waiver or release of Claimant's rights against any person, entity or property; (ii) a waiver of the right to move to withdraw the reference, or otherwise to challenge the jurisdiction of this Court, with respect to the subject matter of this Proof of Claim, any objection or other proceeding commenced with respect thereto or any other proceeding commenced in this case against or otherwise involving this Proof of Claim, or to assert that the reference has already been withdrawn with respect to the subject matter of this claim, any objection or other proceeding commenced with respect thereto or any other proceeding commenced in this case against or otherwise involving this Proof of Claim; (iii) an election of remedy; or (iv) a waiver of any past, present or future defaults or events of default. Claimant specifically preserves all of Claimant's procedural and substantive defenses and rights with respect to any claim that may be asserted against Claimant by the Debtor or any of its debtor or non-debtor affiliates, or by any trustee for this estate.

Case 8:17-bk-10706-SC    Claim 37    Filed 08/18/17    Desc Main Document    Page 6 of
60

# EXHIBIT A

ELECTRONICALLY RECEIVED
Superior Court of California,
County of Orange
08/08/2015 at 02:47:23 PM
Clerk of the Superior Court
By Enrique Velox,Deputy Clerk

| | |
|---|---|
| 1 | **LEVY, SMALL & LALLAS**<br>A Partnership Including Professional Corporations |
| 2 | TOM LALLAS (SBN: 66512)<br>815 Moraga Drive |
| 3 | Los Angeles, California 90049-1633<br>Telephone:  (310) 471-3000 |
| 4 | Facsimile:  (310) 471-7990 |

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JUL 1 6 2015

ALAN CARLSON, Clerk of the Court

BY  M. CHACH

5   Attorneys for Plaintiff
CANNAE FINANCIAL, LLC

8   **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9   **FOR THE COUNTY OF ORANGE, CENTRAL DISTRICT**

| | | |
|---|---|---|
| 11 | CANNAE FINANCIAL, LLC,<br>a California limited liability company, | **CASE NO.**   30-2014-00733044-CU-BC-CJC<br>[Hon. Gregory H. Lewis; Dept. "C26"] |
| 12 | Plaintiff, | [PROPOSED] **JUDGMENT AFTER**<br>**GRANTING OF MOTION FOR SUMMARY**<br>**JUDGMENT** |
| 13 | v. | |
| 15 | JOHN BRAL, an individual, and DOES<br>1 through 20, inclusive, | Date:    June 1, 2015<br>Time:    10:30 a.m.<br>Dept.:    C26 |
| 16 | Defendants. | |
| 17 | | [Reservation No. 72120953] |
| 18 | | Complaint Filed:    July 9, 2014<br>Trial Date:    July 13, 2015 |

20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

LEVY, SMALL & LALLAS
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
815 MORAGA DRIVE
LOS ANGELES, CA 90049

[PROPOSED] JUDGMENT AFTER GRANTING OF MOTION FOR SUMMARY JUDGMENT

1     The Court having entered its Order dated June 1, 2005 granting the Motion of Plaintiff

2  Cannae Financial, LLC for Summary Judgment Against Defendant John Bral, and good cause

3  appearing therefor,

4     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff Cannae

5  Financial, LLC ("Cannae") shall have and recover against defendant John Bral ("Bral") the

6  following:

7     1.  Damages in the sum of $313,041.69 as of May 31, 2015, plus accruing interest at the

8        rate of $78.13 per day for each day thereafter through the date of entry of this

9        Judgment;

10    2.  Post-judgment interest at the statutory rate;

11    3.  Costs in a sum to be established pursuant to a Memorandum of Costs to be filed by

12       Cannae;

13    4.  Attorneys' fees as may be established by a motion for attorneys' fees to be filed by

14       Cannae.

15    **JUL 1 6 2015**

16  DATED: ~~June~~ , ~~2015~~

17               JUDGE OF THE SUPERIOR COURT

18  31475            **GREGORY H. LEWIS**

19

20

21

22

23

24

25

26

27

28

1

Levy, Small & Lallas
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
815 Moraga Drive
Los Angeles, CA 90049

1

### PROOF OF SERVICE

2      *Cannae Financial, LLC v. John Bral*
Orange County Superior Court (Central Justice Center)

3      Case No. 30-2014-00733044-CU-BC-CJC

4          I am employed in the County of Los Angeles, State of California.  I am over the age of 18
and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles,

5      California 90049.

6          On June 8, 2015, I served the foregoing document(s) described as: **[PROPOSED]
JUDGMENT AFTER GRANTING OF MOTION FOR SUMMARY JUDGMENT** on all

7      interested parties in this action ☒ by placing a true copy ☐ by placing true copies thereof
enclosed in sealed envelopes addressed as shown on the attached service/mailing list in the

8      manner indicated below:

9      ☒     **(BY OVERNIGHT DELIVERY):** I deposited said document(s) in a box or other
facility regularly maintained by the overnight service carrier, or delivered said

10            document(s) to a courier or driver authorized by the overnight service carrier to receive
said document(s), in a sealed envelope or package designated by the overnight service

11            carrier with delivery fees paid or provided for, addressed to the person(s) listed on the
attached service/mailing list.

12     ☒     **(STATE)** I declare under penalty of perjury under the laws of the State of California that
the above is true and correct.

13

14         Executed on June 8, 2015, at Los Angeles, California.

15

16                                              Heidi Petrilli

17

18

19

20

21

22

23

24

25

26

27

28

1
## SERVICE/MAILING LIST
*Cannae Financial, LLC v. John Bral*

2
Orange County Superior Court (Central Justice Center)
Case No. 30-2014-00733044-CU-BC-CJC

3

4    Babak (Bobby) Samini, Esq.                    Attorneys for Defendant
     Matthew M. Hoesly, Esq.                       **JOHN BRAL**

5    SAMINI SCHEINBERG, PC
     840 Newport Center Drive, Suite 700

6    Newport Beach, CA 92660

7    Tel:    (949) 724-0900
     Fax:    (949) 724-0901

8    Email: bsamini@saminilaw.com

9    Lloyd K. Chapman, Esq.                        Co-Counsel for Defendant
     LAW OFFICE OF LLOYD K. CHAPMAN                **JOHN BRAL**

10   4558 Sherman Oaks Avenue, Second Floor

11   Sherman Oaks, CA 91403
     Tel:    (818) 304-8412

12   Fax:    (818) 990-1477
     Email: lkchapmanlaw@gmail.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT B

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF ORANGE**
**CENTRAL JUSTICE CENTER**

## MINUTE ORDER

DATE: 03/21/2016              TIME: 10:30:00 AM        DEPT: C26
JUDICIAL OFFICER PRESIDING: Gregory H. Lewis
CLERK: Rebecca Z Chumpitazi
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: Linda OConnor

CASE NO: **30-2014-00733044-CU-BC-CJC** CASE INIT.DATE: 07/09/2014
CASE TITLE: **Cannae Financial LLC vs. Bral**
CASE CATEGORY: Civil - Unlimited        CASE TYPE: Breach of Contract/Warranty

EVENT ID/DOCUMENT ID: 72299897

**EVENT TYPE:** Motion for Attorney Fees
MOVING PARTY: Cannae Financial LLC
CAUSAL DOCUMENT/DATE FILED: Motion for Attorney Fees, 01/12/2016

## APPEARANCES

There are no appearances by any party.

Tentative Ruling posted on the Internet .

All parties submit on the Courts tentative ruling.

The Court confirms the tentative ruling as follows:

**Motion: Award of Attorney Fees.** Moving Party Plaintiff/Judgment Creditor Cannae Financial, LLC.
Responding Party None. Opposition: None.

**Ruling: The unopposed motion of Plaintiff Cannae financial, LLC, for an order awarding it attorneys' fees of $19,252.00 is Granted.**

Prevailing party is to give notice of ruling pursuant to instruction posted with internet tentative ruling.

# EXHIBIT C

MC-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|

Tom Lallas (SBN 66512)
Mark D. Hurwitz (SBN 151159)
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049
TELEPHONE NO: 310-471-3000    FAX NO: 310-471-7990
ATTORNEY FOR (Name): Cannae Financial, LLC

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**01/12/2016** at 12:21:00 PM
Clerk of the Superior Court
By Emma Castle, Deputy Clerk

INSERT NAME OF COURT, JUDICIAL DISTRICT, AND BRANCH COURT, IF ANY:
Orange County Superior Court

Central Justice Center

PLAINTIFF: CANNAE FINANCIAL, LLC, a California limited
liability company
DEFENDANT: JOHN BRAL, an individual

| MEMORANDUM OF COSTS (SUMMARY) | CASE NUMBER: 30-2014-00733044-CU-BC |
|---|---|

The following costs are requested:

TOTALS

1. Filing and motion fees .............. 1. $ 935.00
2. Jury fees ................ 2. $
3. Jury food and lodging ............. 3. $
4. Deposition costs ............. 4. $
5. Service of process ............. 5. $
6. Attachment expenses ............. 6. $
7. Surety bond premiums ............. 7. $
8. Witness fees ............. 8. $
9. Court-ordered transcripts ............. 9. $
10. Attorney fees (enter here if contractual or statutory fees are fixed without necessity of a court determination; otherwise a noticed motion is required) ............. 10. $
11. Models, blowups, and photocopies of exhibits ............. 11. $
12. Court reporter fees as established by statute ............. 12. $
13. Other ............. 13. $

**TOTAL COSTS** ............. $ 935.00

I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

Date: January 12, 2016

Mark D. Hurwitz
(TYPE OR PRINT NAME)                    (SIGNATURE)

(Proof of service on reverse)

Form Approved for Optional Use
Judicial Council of California
MC-010 [Rev. July 1, 1999]

**MEMORANDUM OF COSTS (SUMMARY)**

Legal Solutions Plus

Code of Civil Procedure, §§ 1032, 1033.5
POC NO. 17-1
Page 24

| SHORT TITLE: Cannae Financial v John Bral | CASE NUMBER: |
|---|---|
| | 30-2014-00733044-CU-BC |

## PROOF OF ☐ MAILING ☐ PERSONAL DELIVERY

1. At the time of mailing or personal delivery, I was at least 18 years of age and **not a party** to this legal action.

2. My residence or business address is *(specify)*:

3. I mailed or personally delivered a copy of the *Memorandum of Costs (Summary)* as follows *(complete either a or b)*:

    a. ☐ **Mail.** I am a resident of or employed in the county where the mailing occurred.

        (1) I enclosed a copy in an envelope AND

            (a) ☐ **deposited** the sealed envelope with the United States Postal Service with the postage fully prepaid.

            (b) ☐ **placed** the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

        (2) The envelope was addressed and mailed as follows:

            (a) Name of person served:

            (b) Address on envelope:

            (c) Date of mailing:

            (d) Place of mailing *(city and state)*:

    b. ☐ **Personal delivery.** I personally delivered a copy as follows:

        (1) Name of person served:

        (2) Address where delivered:

        (3) Date delivered:

        (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶

. . . . . . . . . . . . . . . . . . .
          **(TYPE OR PRINT NAME)**                           **(SIGNATURE OF DECLARANT)**

| MC-010 [Rev. July 1, 1999] | **MEMORANDUM OF COSTS (SUMMARY)** | Page two |
|---|---|---|

MC-011

| SHORT TITLE: Cannae Financial v John Bral | CASE NUMBER: |
|---|---|
| | 30-2014-00733044-CU-B |

## MEMORANDUM OF COSTS (WORKSHEET)

### 1. Filing and motion fees

| | Paper filed | | Filing fee |
|---|---|---|---|
| a. | Complaint (July 9, 2014) | $ | 435.00 |
| b. | Motion for summary judgment (March 18, 2015) | $ | 500.00 |
| c. | | $ | |
| d. | | $ | |
| e. | | $ | |
| f. | | $ | |

g. ☐ Information about additional filing and motion fees is contained in Attachment 1g.

TOTAL 1. $ 935.00

### 2. Jury fees

| | Date | | Fee & mileage |
|---|---|---|---|
| a. | | $ | |
| b. | | $ | |
| c. | | $ | |
| d. | | $ | |

e. ☐ Information about additional jury fees is contained in Attachment 2e.

TOTAL 2. $

### 3. Juror food: $ _____ and lodging: $ _____

TOTAL 3. $

### 4. Deposition costs

| | Name of deponent | Taking | Transcribing | Travel | Video-taping | Subtotals |
|---|---|---|---|---|---|---|
| a. | | $ | $ | $ | $ | $ |
| b. | | $ | $ | $ | $ | $ |
| c. | | $ | $ | $ | $ | $ |
| d. | | $ | $ | $ | $ | $ |

e. ☐ Information about additional deposition costs is contained in Attachment 4e.

TOTAL 4. $

(Continued on reverse)

Page 2 of 5

**MEMORANDUM OF COSTS (WORKSHEET)**

Legal
Solutions
& Plus

Code of Civil Procedure,
§§ 1032, 1033.5

| SHORT TITLE: Cannae Financial v John Bral | CASE NUMBER:<br>30-2014-00733044-CU-B |
|---|---|

**5. Service of process**

|   | Name of person served | Public officer | Registered process | Publication | Other (specify) |
|---|---|---|---|---|---|
| a. | _____ | $ _____ | $ _____ | $ _____ | $ _____ |
| b. | _____ | $ _____ | $ _____ | $ _____ | $ _____ |
| c. | _____ | $ _____ | $ _____ | $ _____ | $ _____ |

d. ☐  Information about additional costs for service of process is contained in Attachment 5d.

TOTAL    5.  $ _____

**6. Attachment expenses** *(specify)*: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    6.  $ _____

**7. Surety bond premiums** *(itemize bonds and amounts)*: . . . . . . . . . . . . . . . . . . . . . . .    7.  $ _____

**8. a.  Ordinary witness fees**

|   | Name of witness | Daily fee | | Mileage | | Total |
|---|---|---|---|---|---|---|
| (1) | _____ | _____ days at | $/day | _____ miles at | ¢/mile . . . . $ | _____ |
| (2) | _____ | _____ days at | $/day | _____ miles at | ¢/mile . . . . $ | _____ |
| (3) | _____ | _____ days at | $/day | _____ miles at | ¢/mile . . . . $ | _____ |
| (4) | _____ | _____ days at | $/day | _____ miles at | ¢/mile . . . . $ | _____ |
| (5) | _____ | _____ days at | $/day | _____ miles at | ¢/mile . . . . $ | _____ |

(6) ☐  Information about additional ordinary witness fees is contained in Attachment 8a(6).

SUBTOTAL    8a.  $ _____

(Continued on next page)

Page  3   of  5

MC-011 [Rev. July 1, 1999]    **MEMORANDUM OF COSTS (WORKSHEET)**

| SHORT TITLE:  Cannae Financial v John Bral | CASE NUMBER:<br>30-2014-00733044-CU-B |
|---|---|

### MEMORANDUM OF COSTS (WORKSHEET) *(Continued)*

8. b. **Expert fees** *(per Code of Civil Procedure secton 998)*

<u>Name of witness</u>           <u>Fee</u>

(1) _____  _____ hours at $ _____ /hr . . . . . $ _____

(2) _____  _____ hours at $ _____ /hr . . . . . $ _____

(3) _____  _____ hours at $ _____ /hr . . . . . $ _____

(4) _____  _____ hours at $ _____ /hr . . . . . $ _____

(5) ☐ Information about additional expert witness fees is contained in Attachment 8b(5).

SUBTOTAL 8b. $ _____

c. **Court-ordered expert fees**

<u>Name of witness</u>           <u>Fee</u>

(1) _____  _____ hours at $ _____ /hr . . . . . $ _____

(2) _____  _____ hours at $ _____ /hr . . . . . $ _____

(3) ☐ Information about additional court-ordered expert witness fees is contained in Attachment 8c(3).

SUBTOTAL 8c. $ _____

TOTAL (8a, 8b, & 8c)  8. $ _____

9. **Court-ordered transcripts** *(specify):* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9. $ _____

10. **Attorney fees** *(enter here if contractual or statutory fees are fixed without necessity of a court determination; otherwise a noticed motion is required):* . . . . . . . . . . . . . . . . . . . . . 10. $ _____

11. **Models, blowups, and photocopies of exhibits** *(specify):* . . . . . . . . . . . . . . . . . 11. $ _____

12. **Court reporter fees** *(as established by statute)*

   a. *(Name of reporter):*                    Fees:  $

   b. *(Name of reporter):*                    Fees:  $

   c. ☐ Information about additional court reporter fees is contained in Attachment 12c.

TOTAL  12. $ _____

13. ☐ **Other** *(specify):* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13. $ _____

**TOTAL COSTS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____935.00_____

MC-011 [Rev. July 1, 1999]  **MEMORANDUM OF COSTS (WORKSHEET)**

| SHORT TITLE: Cannae Financial v John Bral | CASE NUMBER:<br>30-2014-00733044-CU-B |
|---|---|

## MEMORANDUM OF COSTS (WORKSHEET) *(Continued)*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Page 5    of  5

MC-011 [Rev. July 1, 1999]      **MEMORANDUM OF COSTS (WORKSHEET)**      POC NO. 17-1
Page 29

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California 90049.

     On January 12, 2016, I served the documents described as **MEMORANDUM OF COSTS (SUMMARY)** on the interested parties in this action by placing a true copy thereof in sealed envelope(s) addressed as follows:

Bobby Samini, Esq. (SBN 181796)  
SAMINI SCHEINBERG, PC  
840 Newport Center Drive, Suite 700  
Newport Beach, California 92660  
Telephone: (949) 724-0900  
Facsimile: (949) 724-0901  

Lloyd K. Chapman, Esq.  
LAW OFFICE OF LLOYD K. CHAPMAN  
4558 Sherman Oaks Ave., 2nd Floor  
Sherman Oaks, CA 91403  
Phone: (818) 304-8412  
Facsimile: (818) 990-1477  
Email: lkchapmanlaw@gmail.com  

    ☒ By Mail

       ☒ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    ☒ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed January 12, 2016, at Los Angeles, California.

                    Heidi Petrilli

Case 8:17-bk-10706-SC   Claim 17   Filed 06/16/17   Desc Main Document   Page 23 of
60

# EXHIBIT D

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**09/08/2015** at 11:22:00 AM

Clerk of the Superior Court
By Joseph Tran, Deputy Clerk

1    LEVY, SMALL & LALLAS
     A Partnership Including Professional Corporations
2    TOM LALLAS (SBN: 66512)
     815 Moraga Drive
3    Los Angeles, California 90049-1633
     Telephone:    (310) 471-3000
4    Facsimile:    (310) 471-7990

5    Attorneys for Plaintiff and Judgment Creditor
     CANNAE FINANCIAL, LLC

6

7

8           **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9           **FOR THE COUNTY OF ORANGE, CENTRAL DISTRICT**

10

11    CANNAE FINANCIAL, LLC,           CASE NO.    30-2014-00733044-CU-BC-CJC
     a California limited liability company,     [Hon. Gregory H. Lewis; Dept. "C26"]

12
          Plaintiff,                 **NOTICE OF MOTION AND MOTION FOR**
13                                   **CHARGING ORDER; DECLARATION OF**
     v.                              **BARRY BEITLER**
14
     JOHN BRAL, an individual, and DOES          December 07, 2015
15    1 through 20, inclusive,          Date:     ~~November 2, 2015~~
                                   Time:     10:30 a.m.
16           Defendants.          Dept.:     C26

17                                   **[Reservation No. 72229380]**

18                                 Judgment Entered:     July 16, 2015

19

20

21

22

23

24

25

26

27

28

LEVY, SMALL & LALLAS
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
815 MORAGA DRIVE
LOS ANGELES, CA 90049

## NOTICE OF MOTION

TO JUDGMENT DEBTOR JOHN BRAL AND TO WESTCLIFF INVESTORS, LLC:

PLEASE TAKE NOTICE that on ~~November 2~~ December 07, 2015 at 10:30 a.m. in Department C26 of the above-entitled Court, located at 700 Civic Center Drive West, Santa Ana, California 92701, Judgment Creditor Cannae Financial, LLC ("Cannae") will move this Court for issuance of an order (1) charging the membership interest of Judgment Debtor John Bral ("Bral"), in the limited liability company known as Westcliff Investors, LLC ("Westcliff"), with payment of the unpaid balance of the judgment entered in this action, which currently totals $321,320.17 (plus recoverable costs and attorney's fees), (2) directing Westcliff and all members thereof to pay directly to Cannae any money or property due or to become due to Bral, until the amount remaining due on the Judgment, plus all accrued interest and post-judgment costs thereon, is paid in full, and (3) foreclosing on Bral's membership interest in Westcliff.

This Motion is made pursuant to Code of Civil Procedure sections 708.310 and 708.320, and Corporations Code section 17705.03, on the grounds that the Judgment entered against Bral in this action remains unsatisfied in the amount indicated above, and Bral has a membership interest in Westcliff.

This Motion based upon this Notice of Motion, the attached Memorandum of Points and Authorities, the attached Declaration of Barry Beitler, the pleadings and papers on file herein, and such other evidence and argument as the Court may consider.

DATED: September 8, 2015

LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
TOM LALLAS

By: _____
TOM LALLAS

Attorneys for Plaintiff and Judgment Creditor
CANNAE FINANCIAL, LLC

31643

NOTICE OF MOTION AND MOTION FOR CHARGING ORDER; DECLARATION OF
BARRY BEITLER

LEVY, SMALL & LALLAS
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
815 MORAGA DRIVE
LOS ANGELES, CA 90049

# MEMORANDUM OF POINTS AND AUTHORITIES

Code of Civil Procedure ("CCP") section 708.310 provides that, if a money judgment is rendered against a member of a limited liability company ("LLC"), but not against the LLC itself, the judgment debtor's interest in the LLC may be applied toward the satisfaction of the judgment by an order charging the judgment debtor's interest pursuant to Corporations Code section 17705.03.

Corporations Code section 17705.03, which is applicable here, provides that the Court that entered the judgment may charge the assignable membership interest of the debtor-member with payment of the unsatisfied amount of the judgment and interest and costs thereon and may make all other orders which the circumstances of the case require, .

Since (a) judgment debtor John Bral ("Bral") is a member of the LLC known as Westcliff Investors, LLC ("Westcliff"), and (b) judgment creditor Cannae Financial, LLC ("Cannae") has a judgment against Bral that was entered on July 16, 2015 in this action ("Judgment"), the Court should enter an order on this motion applying Bral's interest in Westcliff toward satisfaction of the Judgment and directing Westcliff and all of the members thereof to pay directly to Cannae any sums or property now or hereafter due to Bral, until the total amount of the Judgment, with interest and costs thereon, is paid in full.

Furthermore, Cannae is entitled to an order of foreclosure on Bral's interest in Westcliff. Corporations Code section 17705.03(b)(3) provides that "[u]pon a showing that distributions under a charging order will not pay the judgment debt within a reasonable time," the Court may "foreclose the lien" created by the charging order and "order the sale of the transferable interest" of the judgment debtor in the LLC. As shown by the accompanying declaration of Barry Beitler, the distributions under a charging order against Bral herein will not pay Cannae's Judgment within a reasonable time.

For the foregoing reasons, Cannae respectfully requests that the Court issue an order (1) charging Bral's membership interest in Westcliff with payment of the unpaid balance of the Judgment entered in favor of Cannae in this action, which currently totals $321,320.17 (plus recoverable costs and attorney's fees), (2) directing Westcliff and all members thereof to pay

LEVY, SMALL & LALLAS
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
815 MORAGA DRIVE
LOS ANGELES, CA 90049

1

**NOTICE OF MOTION AND MOTION FOR CHARGING ORDER; DECLARATION OF
BARRY BEITLER**

1    directly to Cannae any money or property due or to become due to Bral, until the amount

2    remaining due on the Judgment, plus all accrued interest and post-judgment costs thereon, is paid

3    in full, and (3) foreclosing on Bral's membership interest in Westcliff.

4

5    DATED: September 8, 2015       LEVY, SMALL & LALLAS
                                   A Partnership Including Professional Corporations

6                                     TOM LALLAS

7

8                              By: _____

9                                    TOM LALLAS

10                             Attorneys for Plaintiff and Judgment Creditor
                            CANNAE FINANCIAL, LLC

11

12    31643

13

... (lines 14–28 blank)

1    **DECLARATION OF BARRY BEITLER**

2        I, BARRY BEITLER, declare as follows:

3        1.        I am the managing member of Cannae Financial, LLC ("Cannae"), the Plaintiff

4    and Judgment Creditor in this action.   I have personal, first-hand knowledge of the entire

5    contents of this Declaration and, if called upon to do so, could and would competently testify

6    thereto.

7        2.        I am also a manager and member of Westcliff Investors, LLC ("Westcliff"),

8    which is a California limited liability company.

9        3.        The other members of Westcliff are (a) John Bral ("Bral"), who is the Defendant

10   and Judgment Debtor in this action, and (b) Betsy Boyd.

11       4.        The Judgment in favor of Cannae in this action was entered by the Court in favor

12   of Cannae and against Bral on July 16, 2015.  Enforcement of the Judgment has not been stayed

13   by stipulation, order of the Court, or any applicable law.

14       5.        The amount due and owing on the Judgment as of September 8, 2015 is the sum

15   of $321,320.17, which includes (i) the sum of $313,041.69 as of May 31, 2015 as stated in the

16   Judgment, (ii) prejudgment interest in the sum of $3,593.98, at the rate of $78.13 per day as set

17   forth in the Judgment, through the July 16, 2015 date of entry of Judgment, and (iii) post-

18   judgment interest from and after July 16, 2015 for 54 days through September 8, 2015, at the

19   statutory rate of 10% per annum, or $86.75 per day, in the sum of $4,684.50.  The foregoing sum

20   does not include costs and attorney's fees, which Cannae may also be entitled to recover.

21       6.        No amount has been paid on the Judgment.

22       7.        The distributions, if any, that Bral may be entitled to receive from Westcliff are

23   not sufficient to satisfy the Judgment within a reasonable time.

24       8.        Attached hereto as Exhibits 1 and 2, respectively, are the profit and loss

25   statements ("P&Ls") that Bral prepared for Westcliff and provided to me for the first and second

26   quarters of 2015.

27

28

Levy, Small & Lallas
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
815 Moraga Drive
Los Angeles, CA 90049

3

**NOTICE OF MOTION AND MOTION FOR CHARGING ORDER; DECLARATION OF
BARRY BEITLER**

9.　　Attached hereto as Exhibit 3 is a copy of the Promissory Note dated July 21, 2015 ("Note") that Bral and I signed as managing members of Westcliff, pursuant to which Westcliff is obligated to pay the principal sum of $400,000 plus interest at the rate of 9% per annum.

10.　　As reflected by the 2015 P&Ls and the Note, even under optimistic projections, it would likely take at least four years for distributions from Westcliff to Bral to be sufficient to satisfy the judgment:

- The P&L for the first quarter of 2015 [Ex. 1] shows that Westcliff had net income of $56,075.74, which if maintained for all four quarters of 2015 would mean net income for the year in the sum of $224,302.96;

- Bral holds no more than a 47.5% interest in Westcliff, so a distribution to him of a gross share of that net income for 2015 would be no more than $106,543.91;

- The P&L for the second quarter of 2015 [Ex. 2] shows that Westcliff had net income of $46,249.33, which is 17.5% less than the first quarter income and indicates that net income for 2015 may be substantially less than $224,302.96, with Bral's distribution being reduced accordingly;

- The P&Ls do not reflect the Note or the obligations thereunder, including the $3,000 per month of interest, amounting to $36,000 per year, which would be allocated 50% to my capital account and 50% to Bral's, further reducing each of our distributions by $18,000 per year;

- The Note comes due on July 20, 2016, at which time Westcliff will have to pay it or will have to refinance it, thus further reducing the cash available for distributions to Bral or other members;

- Even if Bral were nonetheless to receive distributions from Westcliff of $80,000 to $90,000 per year, it would take at least four years to satisfy the Judgment.

11.　　Attached hereto collectively as Exhibit 4 are the P&Ls for Westcliff for 2011, 2012 and 2013, and attached hereto as Exhibit 5 is a copy of an excerpt of Westcliff's tax return for 2014. These P&Ls and tax return show that Westcliff had (i) net income of $141,180.69 in 2011, (ii) a net loss of ($79,872.76) in 2012, (iii) net income of $141,180.86 in 2013, and (iv) net

4

**NOTICE OF MOTION AND MOTION FOR CHARGING ORDER; DECLARATION OF BARRY BEITLER**

LEVY, SMALL & LALLAS
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
815 MORAGA DRIVE
LOS ANGELES, CA 90049

income of $184,999.00. Thus, the average net income for Westcliff for those four years was $96,871.95, leaving Bral with an annual distribution of $46,014.18 based on a 47.5% membership interest. If Bral's distributions are similar for the next several years, while the Judgment continues to accrue interest at 10% per annum amounting to well over $30,000 per year, it could take as long as 10 years or more for Bral to receive distributions in an amount sufficient to satisfy the Judgment.

12.     My address is 825 S. Barrington Avenue, Los Angeles, California 90049. Betsy Boyd's address is 3453 Sommerset Circle, Costa Mesa, California 92626. Bral's residential address is 64 Sandpiper, Irvine, California 92604. Bral's business address is 2610 Main Street, Suite 960, Irvine, California 92614, which is also the address Bral caused to be listed with the California Secretary of State as Westcliff's address. Although I am a member and manager of Westcliff, in an abundance of caution, I will cause service of this Motion on Westcliff to be made by delivering a copy thereof to Bral at his business address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 8th day of September, 2015 at Los Angeles, California.

BARRY BEITLER

31643

Western Investments LLC
**Profit & Loss**
**January through March 2015**

04/14/15
Cash Basis

|  | Jan - Mar 15 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 7040 · CAM Reimbursements | 8,524.44 |
| 7050 · Rental | 159,411.24 |
| **Total Income** | 167,935.68 |
| | |
| **Expense** | |
| 8300 · CAM | |
| Insurance | 270.02 |
| Janitorial Service | 160.00 |
| Landscape Maintenance | 2,234.64 |
| Pest Control | 237.00 |
| Property Managment | 4,500.00 |
| Property Tax | |
| Property Tax Payment | 22,718.92 |
| **Total Property Tax** | 22,718.92 |
| | |
| Repairs and Maintenance | |
| Building Repair | 1,470.00 |
| Electrical Repair | 494.10 |
| HVAC Maintenance & Repairs | 375.00 |
| **Total Repairs and Maintenance** | 2,339.10 |
| | |
| Security Patrol | 560.00 |
| Trash Service | 1,648.95 |
| Utilities | |
| Electricity | 7,912.39 |
| Gas | 525.01 |
| Water | 470.68 |
| Water and Sewer | 545.95 |
| **Total Utilities** | 9,454.03 |
| | |
| **Total 8300 · CAM** | 44,122.66 |
| | |
| 8480 · Bank Service Charges | 75.00 |
| 8530 · Filing Fees | 20.00 |
| 8540 · Mortgage | |
| Principal | bral36 |
| Interest | 54,189.15 |
| **Total 8540 · Mortgage** | 54,189.15 |
| | |
| 8550 · Lease Commission | 13,453.13 |
| 8999 · Void | 0.00 |
| **Total Expense** | 111,859.94 |
| | |
| **Net Ordinary Income** | 56,075.74 |
| | |
| **Net Income** | 56,075.74 |

**Exhibit "1"**

Cash Basis

**Westcliff Investors, LLC**
# Profit & Loss
### April through June 2015

|  | Apr - Jun 15 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 7040 · CAM Reimbursements | 8,565.71 |
| 7050 · Rental | 157,693.50 |
| **Total Income** | 166,259.21 |
| | |
| **Expense** | |
| 8300 · CAM | |
| **Insurance** | |
| Liability Insurance | 3,565.89 |
| **Total Insurance** | 3,565.89 |
| | |
| Janitorial Service | 240.00 |
| Landscape Maintenance | |
| Landscaping supplies | 450.00 |
| Landscape Maintenance - Other | 2,900.00 |
| **Total Landscape Maintenance** | 3,350.00 |
| | |
| Pest Control | 237.00 |
| Property Managment | 4,500.00 |
| Repairs and Maintenance | |
| Building Supplies | 28.00 |
| Electrical Repair | 370.08 |
| HVAC Maintenance & Repairs | 1,341.75 |
| Keys/Locks | 224.27 |
| Painting | 100.00 |
| Plumbing | 175.00 |
| **Total Repairs and Maintenance** | 2,239.10 |
| | |
| Security Patrol | 840.00 |
| Trash Service | 1,648.95 |
| Utilities | |
| Electricity | 9,039.46 |
| Gas | 569.76 |
| Water | 1,550.64 |
| Water and Sewer | 628.57 |
| **Total Utilities** | 11,788.43 |
| | |
| **Total 8300 · CAM** | 28,409.37 |
| | |
| 8480 · Bank Service Charges | 10.00 |
| 8540 · Interest Expense | |
| Principal | 24,220.88 |
| Interest | 55,024.36 |
| **Total 8540 · Interest Expense** | 79,245.24 |

**Exhibit "2"**

Cash Basis

**Westcliff Investors, LLC**
# Profit & Loss
## April through June 2015

|  | Apr - Jun 15 |
| --- | --- |
| 8550 · Lease Renewal | 6,645.47 |
| 8560 · Licenses and Permits | 163.00 |
| 8910 · Professional Fees |  |
|     Consulting | 1,036.80 |
|     8910 · Professional Fees - Other | 1,200.00 |
| Total 8910 · Professional Fees | 2,236.80 |
|  |  |
| 8940 · Taxes |  |
|     State | 3,300.00 |
| Total 8940 · Taxes | 3,300.00 |
|  |  |
| Total Expense | 120,009.88 |
|  |  |
| Net Ordinary Income | 46,249.33 |
|  |  |
| Net Income | 46,249.33 |

**Exhibit "2"**

# PROMISSORY NOTE SECURED BY
## DEED OF TRUST

$400,000.00             Los Angeles, California             July 21, 2015

On July 21, 2015, for value received, the undersigned Westcliff Investors, LLC, a California limited liability company ("Borrower") does hereby promise to pay to George Gelsebach, a married man as his sole and separate property or order ("Lender"), at a place designated by the holder(s) hereof the sum of FOUR HUNDRED THOUSAND DOLLARS ($400,000.00), with interest from the date of July 21, 2015 until paid, at the rate of Nine percent (9.00%) per annum, payable in monthly installments equal to INTEREST ONLY, or more, on the then unpaid principal balance, on the 20th day of each and every month, with installments to commence on August 20, 2015 and to continue monthly thereafter until the 20th day of July 2016, at which time all principal and accrued interest then unpaid shall become due and payable in full ("Maturity Date").

Interest shall be computed daily based upon a three hundred sixty (360) day year for the actual number of day elapsed. Should interest not be paid when due, it shall become part of the principal and thereafter bear interest as herein provided.

This purpose of the loan established by this Promissory Note (the "Note") is for a commercial business purpose only.

This Note shall be secured by a second deed of trust against the real property commonly known as 1901 Westcliff Drive, City of Newport Beach, County of Orange, State of California 90210 ("Westcliff Deed of Trust"), also identified by its Assessors Parcel Number: 117-631-15 ("Westcliff Property").

Notwithstanding anything to the contrary herein, it is understood and agreed to by Borrower, that no portion of the principal of the loan evidenced by this Note may be paid off prior to January 20, 2016 ("Prepayment Date"), except and unless all interest that would otherwise be paid by the Borrower on the portion of the Note so being repaid during the term of this Loan as of the Prepayment Date is paid in full.

In the event of transfer or sale of the "Westcliff Property", whether voluntarily, involuntarily or by operation of law, all amounts owing hereunder shall, at the option of the holder hereof, become immediately due and payable in full.

Page 1

**DO NOT DESTROY THIS NOTE: When paid, this Note, with the Westcliff Deed of Trust securing same, must be surrendered to Trustee for cancellation, before reconveyance will be made**

The Borrower is accepting liability under the Note and the Westcliff Deed of Trust and all other instruments and documents entered into in connection therewith (collectively, the "Loan Documents") in consideration of the financial accommodations provided by Lender under the Note, for the benefit of Borrower, and in consideration of all other obligations under the Loan Documents (the "Obligations").

Late Charge. Borrower promises that the Borrower shall pay to the holder of this Note a late charge in an amount equal to Five percent (5.000%) of each installment, whether principal or interest, more than Ten (10) days in arrears for the purpose of defraying the expenses incident to handling such delinquent payments. Borrower acknowledges and agrees that it is extremely difficult and impractical to ascertain the extent of such expense and that proof of actual damages would be costly or inconvenient. Borrower therefore agrees that such late charge represents a reasonable sum considering all of the circumstances existing on the date of this Note and represents a fair and reasonable estimate of the costs that will be sustained by the holder due to the failure of Borrower to make timely payments. Such later charge shall be paid without prejudice to the right of the holder to collect any other amounts provided to be paid or to declare a default under this Note or under the Westcliff Deed of Trust or from exercising any of the other rights and remedies of the holder, including, without limitation, the right to declare the entire balance and principal and accrued interest then remaining unpaid immediately due and payable.

Default. Should default be made in the payment of principal or interest when due or in the performance or observance when due of any term, covenant or condition of the Westcliff Deed of Trust or other agreement (including amendments and extensions thereof) securing or pertaining to this Note, then, at the option of the holder hereof and without any requirement of notice or demand, the entire balance of principal and accrued interest then remaining unpaid shall become immediately due and payable and thereafter bear interest, until paid in full, at the increased rate of Six percent (6%) per annum over and above the interest rate, resulting in an aggregate interest rate of Fifteen percent (15%) per annum. Borrower acknowledges and agrees that during the time that any payment of principal, interest or other amounts due under this Note is delinquent, the holder will incur additional costs and expenses attributable to his loss of use of the money due and to the adverse impact on the holder's ability to avail himself of other opportunities. Borrower acknowledges and agrees that it is extremely difficult and impractical to ascertain the extent of such costs and expenses and that proof of actual damages would be costly or inconvenient. Borrower therefore agrees that interest at the increased rate of Six percent (6%) per annum over and above the interest rate contracted for in this Note resulting in an interest rate of Fifteen percent (15%) represents a reasonable sum considering all the circumstances existing on the date of this Note and represents a fair and reasonable estimate of such costs and expenses. No delay or omission on the part of the holder hereof in exercising any right hereunder, or under any such deed of trust, security agreement or other agreement shall operate as a waiver of such right or of any other right under this Note or under any such deed of trust, security agreement or other agreement.

DO NOT DESTROY THIS NOTE: When paid, this Note, with the Westcliff Deed of Trust securing same, must be surrendered to Trustee for cancellation, before reconveyance will be made

Usury Laws. In no event, whether by acceleration of this Note, or otherwise, shall the amount of interest paid or agreed to be paid under this Note exceed the highest lawful rate allowed by applicable law as of the date of this Note, it being the express intention of Lender and Borrower that in such event Lender shall be entitled to receive the maximum amount of interest allowed by applicable law. If any provision hereof is determined to result in payment of interest in excess of the maximum amount allowed by applicable law then the amount required to be paid pursuant to such provision shall automatically be reduced to such maximum amount. If for any reason interest, or any other payment determined to be in the nature of interest, is charged or collected by Lender, or is paid by Borrowers and is determined to exceed the limit prescribed by law, any sums so charged, collected or paid which exceed such limit shall be deemed to have resulted from mutual mistake, and such sums which exceed such limit shall be refunded to Borrowers. Borrowers hereby acknowledges that the loan evidenced by this Note is exempt from the restrictions on interest rates imposed by Section 1 of Article XV of the California Constitution, because said loan (i) was arranged by a person licensed as a real estate broker by the State of California, and (ii) is secured by a lien on real property.

Payment. Principal and interest shall be payable in lawful money of the United States without setoff, demand or counterclaim.

Collection Fees and Costs. If this Note is not paid when due, whether at its specified or accelerated maturity date, Borrower promises to pay all costs of collection and enforcement of this Note, including, but not limited to, reasonable attorneys' fees and costs, incurred by the holder hereof on account of such collection or enforcement, whether or not suit is filed hereon. If any action shall be instituted on this Note, the Borrowers promises to pay such sum as the Court may fix as attorney's fees and costs.

Continuing Obligations Until Final Satisfaction. The provisions of this Note shall remain in effect until all of the Obligations shall have been paid in full or otherwise fully satisfied. If at any time, any payment, or any part thereof, made in respect of any of the Obligations, is rescinded or must otherwise be restored or returned by Lender upon the insolvency, bankruptcy or reorganization of the Borrower, or otherwise, the provisions of this Note will forthwith be reinstated in effect, as though such payment had not been made.

Waivers. Borrower acknowledges and agrees to each of the following waivers:

(a)    Borrower waives the defense of the statute of limitations in any action on this Note. Presentment, notice of dishonor, and protest are waived by all makers, sureties, guarantors and endorsers of this Note. Such parties expressly consent to any extension of the time of payment hereof or any installment hereof, to any renewal, and to the release of any or all of the security given for the payment of this Note or the release of any party liable for this obligation.

Page 3

DO NOT DESTROY THIS NOTE: When paid, this Note, with the Westcliff Deed of Trust securing same, must be
surrendered to Trustee for cancellation, before reconveyance will be made

**Exhibit "3"**

(b)    Except as otherwise expressly provided in any Loan Document, Borrower hereby waives notice of acceptance of its liability, notice of any advances under or pursuant to the Note, notice of the occurrence of any default or of any demand for any payment under the Note, notice of any action at any time taken or omitted by Lender under or in respect of any of the Obligations, any requirement of diligence or to mitigate damages and, generally, to the extent permitted by applicable law, all demands, notices and other formalities of every kind in connection with the Loan Documents (except as otherwise expressly provided in this Note). Borrower hereby assents to, and waives notice of, any extension or postponement of the time for the payment of any of the Obligations, the acceptance of any payment of any of the Obligations, the acceptance of any partial payment thereon, any waiver, consent or other action or acquiescence by Lender at any time or times in respect of any default by any person or entity composing the Borrower in the performance or satisfaction of any term, covenant, condition or provision of any Loan Document, any and all other indulgences whatsoever by Lender in respect of any of the Obligations, and the taking, addition, substitution or release, in whole or in part, at any time or times, of any security for any of the Obligations or the addition, substitution or release, in whole or in part, of any person or entity composing Borrower.

(c)    Borrower waives all rights and defenses arising out of an election of remedies by Lender, even though that election of remedies, such as a non-judicial foreclosure with respect to security for a guaranteed obligation, has destroyed Lender's rights of subrogation and reimbursement against the Borrower by the operation of Section 580(d) of the California Code of Civil Procedure or otherwise.

(d)    Borrower waives all rights and defenses it may have because the Obligations are secured by real property. This means, among other things:

(i)    Lender may collect from such person or entity without first foreclosing on any real or personal property collateral pledged by the Borrower.

(ii) If Lender forecloses on any real property collateral pledged by Borrower:

A.    The amount of the Obligations may be reduced only by the price for which that collateral is sold at the foreclosure sale, even if the collateral is worth more than the sale price.

B.    Lender may collect from such person or entity even if Lender, by foreclosing on the real property collateral, has destroyed any right such person or entity may have to collect from any other person or entity composing Borrower.

This is an unconditional and irrevocable waiver of any rights and defenses such person or entity may have because the Obligations of Borrower are secured by real property. These rights and

Page 4

DO NOT DESTROY THIS NOTE: When paid, this Note, with the Westcliff Deed of Trust securing same, must be surrendered to Trustee for cancellation, before reconveyance will be made

Exhibit "3"

defenses include, but are not limited to, any rights or defenses based upon Section 580a, 580b, 580d or 726 of the California Code of Civil Procedure.

(e)     The provisions of this Note are made for the benefit of Lender and respective successors and assigns, and may be enforced by it or them from time to time against the Borrower as often as occasion therefor may arise and without requirement on the part of Lender, successor, or assign first to marshal any of his/its or their claims or to exercise any of its or their rights against any of the other persons or entities composing Borrower or to exhaust any remedies available to it or them against any of the other persons or entities composing Borrower or to resort to any other source or means of obtaining payment of any of the Obligations hereunder or to elect any other remedy.

<u>Representations and Warranties</u>.  Borrower represents and warrants to Lender as of the date first above written and throughout the term of this Note until paid in full, the following:

(a)     <u>Authority</u>.  Borrower in executing this Note and the documents and instruments referenced herein has the legal power, right and actual authority to bind Borrower to the terms and conditions hereof and thereof.  This Note and all documents and instruments required hereby to be executed by Borrowers are, and shall be, valid, legally binding obligations of, and enforceable against, Borrower, in accordance with their terms.

(b)     <u>Bankruptcy</u>.  Borrower is not a party to any voluntary or involuntary proceedings in bankruptcy, reorganization or similar proceedings under the Federal bankruptcy laws or under any state laws relating to the protection of debtors, or subject to any general assignment for the benefit of the creditors and, to Borrower's knowledge, no such action has been threatened in writing.

(c)     <u>Litigation; Legal Proceeding</u>.  Borrower has no knowledge of any litigation, arbitration or other legal or administrative suit, action, proceeding or investigation of any kind threatened or pending in any court, before any arbitrator, or before any governmental authority against the Borrowers which would materially and adversely affect the Borrower's performance under this Note and the instruments referenced herein.

(d)     <u>No Violation</u>.  To Borrower's knowledge, the execution, delivery and performance of this Note and the documents and instruments delivered by Borrower and consummation of the transactions contemplated hereby and thereby will not (a) violate or conflict with or result in a breach of the terms, conditions or provisions of or constitute a default under any material contract or agreement binding upon Borrower, or (b) constitute a material violation of any applicable code, resolution, law, statute, regulation, ordinance, judgment, rule, decree or order by which the Borrower is bound.

<u>Governing Law</u>.  This Note shall be governed, construed and interpreted by the laws of the State of California.

**Page 5**

DO NOT DESTROY THIS NOTE: When paid, this Note, with the Westcliff Deed of Trust securing same, must be surrendered to Trustee for cancellation, before reconveyance will be made

**Exhibit "3"**

<u>Jurisdiction</u>. The Borrower acknowledges and agrees that this Note has been entered into by Borrower in the County of Los Angeles, State of California and that any law suit, action or other legal proceeding arising out of, connected to or related to this Note shall be held in the Superior Court of California for the County of Los Angeles.

<u>Notices</u>. All notices or other communications required or permitted hereunder shall be in writing, and shall be delivered by personal service, professional messenger service or reputable overnight courier or certified United States Mail and shall be deemed received upon the date of receipt thereof if received prior to 5:00 p.m. of the recipient's business day, and if not so received, shall be deemed received upon the following business day.

To Gelsebach:      George Gelsebach
                            15426 Briarwood Drive
                            Los Angeles, CA 91403

**and**

To Borrower:        Westcliff Investors, LLC
                            825 S. Barrington Avenue Los
                            Angeles, California 90049
                            Attention: Barry Beitler

                            Westcliff Investors, LLC
                            2601 Main Street, Suite 960
                            Irvine, California 92614
                            Attention: John Bral

Notice of change of address shall be given by written notice in the manner detailed in this Section.

*Notwithstanding anything to the contrary herein, Lender and its successors and assigns or any assignee or holder shall not assign, sell and/or transfer any right, title and/or interest in this Note and the Westcliff Deed of Trust to Barry Beitler ("__Beitler__") or any affiliate of Beitler.   Affiliate shall mean any entity in which Beitler holds any right, title and/or interest, or manages or controls.*

*[Signature On Next Page]*

Page 6

DO NOT DESTROY THIS NOTE: When paid, this Note, with the Westcliff Deed of Trust securing same, must be surrendered to Trustee for cancellation, before reconveyance will be made

**Exhibit "3"**

Borrower has executed this Note, consisting of seven (7) pages, on the date first above written, at Los Angeles, California.


Westcliff Investors, LLC                          Westcliff Investors, LLC,
a California limited liability company            a California limited liability company


By: John Bral                                     By: Barry Beitler
Its: Managing Member                              Its: Managing Member


**Page 7**

DO NOT DESTROY THIS NOTE: When paid, this Note, with the Westcliff Deed of Trust securing same, must be
surrendered to Trustee for cancellation, before reconveyance will be made


**Exhibit "3"**

11:38 PM

09/02/15

Cash Basis

# Westcliff Investors, LLC
# Profit & Loss
### January through December 2011

|  | Jan - Dec 11 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| CAM Reimbursements | 17,525.98 |
| Rental | 473,374.33 |
| **Total Income** | **490,900.31** |
| | |
| **Expense** | |
| Transfer | -75.58 |
| Credit Report | 15.00 |
| **CAM** | |
| Property Managment | 11,179.26 |
| Trash Service | 5,537.52 |
| Insurance | |
| Liability Insurance | 4,354.00 |
| Insurance - Other | 2,833.00 |
| **Total Insurance** | **7,187.00** |
| | |
| Repairs and Maintenance | |
| HVAC Preventative Maintenance | 150.00 |
| HVAC Repairs | 1,046.57 |
| Building Repair | 9,931.40 |
| Keys | |
| Keys/Locks | 251.45 |
| **Total Keys** | **251.45** |
| Plumbing | 729.25 |
| **Total Repairs and Maintenance** | **12,108.67** |
| | |
| Property Tax | 23,741.06 |
| Building Security | 6,612.00 |
| Pest Control | 1,127.00 |
| Building Supplies | |
| Signage | 106.56 |
| **Total Building Supplies** | **106.56** |
| | |
| Utilities | |
| Electricity | 36,020.47 |
| Water and Sewer | 4,339.23 |
| Gas | 3,198.96 |
| **Total Utilities** | **43,558.66** |
| | |
| Landscape Maintenance | |
| Landscaping supplies | 19.55 |
| Landscape Maintenance - Other | 7,205.39 |
| **Total Landscape Maintenance** | **7,224.94** |
| | |
| HVAC Maintenance | 362.50 |
| Janitorial Service | 665.00 |
| **Total CAM** | **119,410.17** |
| | |
| Commission Paid | 0.00 |
| Appraisal | 7,730.00 |
| Plans | 1,800.00 |
| Reimbursement | -15.00 |
| Bank Service Charges | 163.16 |
| Contributions | 250.00 |
| Interest Expense | |
| Loan Interest | -562.64 |
| Mortgage | 204,044.68 |
| **Total Interest Expense** | **203,482.04** |
| | |
| Lease Commission | 7,358.52 |
| Licenses and Permits | 151.00 |
| Miscellaneous | 1,000.00 |
| Postage and Delivery | 63.95 |

**Exhibit "4"**

11:38 PM

09/02/15

Cash Basis

# Westcliff Investors, LLC
## Profit & Loss
### January through December 2011

|  | Jan - Dec 11 |
|---|---|
| **Professional Fees** | |
| Consulting | 2,530.00 |
| Legal Fees | 3,000.00 |
| **Total Professional Fees** | 5,530.00 |
| **Supplies** | |
| Office | 22.90 |
| **Total Supplies** | 22.90 |
| **Taxes** | |
| State | 2,371.46 |
| Taxes - Other | 462.00 |
| **Total Taxes** | 2,833.46 |
| **Total Expense** | 349,719.62 |
| **Net Ordinary Income** | 141,180.69 |
| **Net Income** | 141,180.69 |

Page 2

**Exhibit "4"**

Case 8:17-bk-10706-SC    Claim 17    Filed 06/16/17    Desc Main Document    Page 41 of
60

11:49 PM

09/02/15

Cash Basis

# Westcliff Investors, LLC
## Profit & Loss
### January through December 2012

|  | Jan - Dec 12 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 7040 · CAM Reimbursements | 16,477.03 |
| 7050 · Rental | 491,986.96 |
| **Total Income** | 508,463.99 |
| **Expense** | |
| 8010 · Past Due Property Management | 8,000.00 |
| 8020 · Gas Line repair | 27,290.00 |
| 8030 · DEMO | 2,200.00 |
| 8300 · CAM | |
| Painting | 20,090.00 |
| Property Managment | 18,000.00 |
| Trash Service | 6,751.02 |
| Insurance | 183.00 |
| Repairs and Maintenance | |
| Electrical Repair | 5,044.75 |
| Paving | 41,025.00 |
| HVAC Repairs | 4,671.00 |
| Equipment Repairs | 0.00 |
| Building Repair | 1,710.75 |
| Plumbing | 4,675.00 |
| Repairs and Maintenance - Other | 9.12 |
| **Total Repairs and Maintenance** | 57,135.62 |
| Property Tax | 42,975.58 |
| Building Security | 2,520.00 |
| Pest Control | 1,514.00 |
| Building Supplies | |
| Signage | 111.98 |
| Building Supplies - Other | 107.43 |
| **Total Building Supplies** | 219.41 |
| Utilities | |
| Electricity | 35,132.00 |
| Water and Sewer | 3,631.27 |
| Gas | 2,435.74 |
| **Total Utilities** | 41,199.01 |
| Landscape Maintenance | |
| Landscaping supplies | 40.96 |
| Landscape Maintenance - Other | 8,400.00 |
| **Total Landscape Maintenance** | 8,440.96 |
| HVAC Maintenance | 1,775.41 |
| Janitorial Service | 1,405.35 |
| **Total 8300 · CAM** | 202,209.36 |
| 8320 · Notary | 120.00 |
| 8360 · Void | 0.00 |
| 8380 · Permits | 4,313.10 |
| 8000 · Business Gifts | 529.52 |
| 8460 · Amortization Expense | 7,340.00 |
| 8480 · Bank Service Charges | 203.00 |
| 8510 · Depreciation Expense | 37,759.00 |
| 8530 · Filing Fees | 20.00 |
| 8540 · Interest Expense | |
| Mortgage | 249,634.43 |
| **Total 8540 · Interest Expense** | 249,634.43 |
| 8590 · Postage and Delivery | 17.98 |

**Exhibit "4"**

11:49 PM

09/02/15

Cash Basis

# Westcliff Investors, LLC
# Profit & Loss
### January through December 2012

|  | Jan - Dec 12 |
|---|---|
| **8910 · Professional Fees** | |
| Accounting | 1,100.00 |
| Consulting | 21,700.00 |
| Legal Fees | 19,408.00 |
| **Total 8910 · Professional Fees** | 42,208.00 |
| **8930 · Supplies** | |
| Office | 22.90 |
| **Total 8930 · Supplies** | 22.90 |
| **8940 · Taxes** | |
| State | 1,720.46 |
| **Total 8940 · Taxes** | 1,720.46 |
| **Total Expense** | 583,587.75 |
| **Net Ordinary Income** | -75,123.76 |
| **Other Income/Expense** | |
| **Other Income** | |
| 9010 · Other Income | -4,749.00 |
| **Total Other Income** | -4,749.00 |
| **Net Other Income** | -4,749.00 |
| **Net Income** | -79,872.76 |

11:50 PM

09/02/15

Cash Basis

# Westcliff Investors, LLC
# Profit & Loss
### January through December 2013

|  | Jan - Dec 13 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 7020 · Fee Income | -3,534.99 |
| 7040 · CAM Reimbursements | 23,734.47 |
| 7050 · Rental | 537,527.36 |
| **Total Income** | 557,726.84 |
| **Expense** | |
| **Architectural Fees** | |
| Beck Martin | 3,169.31 |
| Ware Malcomb | 22,500.00 |
| **Total Architectural Fees** | 25,669.31 |
| 8000 · Business Gifts | 243.00 |
| 8010 · Past Due Property Management | 6,000.00 |
| **8300 · CAM** | |
| Insurance | 10,234.00 |
| Janitorial Service | 1,570.00 |
| Landscape Maintenance | 9,053.54 |
| Pest Control | 1,146.00 |
| Property Managment | 18,000.00 |
| Property Tax | 44,374.53 |
| **Repairs and Maintenance** | |
| Building Repair | 1,565.00 |
| Electrical Repair | 160.00 |
| HVAC Maintenance & Repairs | 2,536.50 |
| Keys/Locks | 10.75 |
| Painting | 5.98 |
| Plumbing | 430.00 |
| **Total Repairs and Maintenance** | 4,708.23 |
| Security Patrol | 3,640.00 |
| Signage | 172.85 |
| Trash Service | 6,366.60 |
| **Utilities** | |
| Electricity | 36,407.74 |
| Gas | 3,143.75 |
| Water | 4,484.38 |
| Water and Sewer | 2,350.48 |
| **Total Utilities** | 46,386.35 |
| **Total 8300 · CAM** | 145,652.10 |
| 8320 · Notary | 305.00 |
| 8340 · Appraisal | 10,200.00 |
| 8460 · Amortization Expense | 5,737.00 |
| 8480 · Bank Service Charges | 70.00 |
| 8505 · Donation | 1,020.00 |
| 8510 · Depreciation Expense | 48,812.00 |
| 8530 · Filing Fees | 0.00 |
| **8540 · Interest Expense** | |
| Javaher Interest Expense | 5,230.34 |
| Mortgage | 209,268.87 |
| **Total 8540 · Interest Expense** | 214,499.21 |
| 8560 · Licenses and Permits | 175.00 |
| 8590 · Postage and Delivery | 44.63 |
| **8910 · Professional Fees** | |
| Accounting | 1,100.00 |
| Legal Fees | 5,958.82 |
| **Total 8910 · Professional Fees** | 7,058.82 |
| **8930 · Supplies** | |
| Office | 81.62 |
| **Total 8930 · Supplies** | 81.62 |

Page 1

**Exhibit "4"**

Case 8:17-bk-10706-SC    Claim 17    Filed 06/16/17    Desc Main Document    Page 44 of
60

11:50 PM

09/02/15

Cash Basis

# Westcliff Investors, LLC
# Profit & Loss
## January through December 2013

|  | Jan - Dec 13 |
|---|---|
| **8940 · Taxes** |  |
| State | 1,700.00 |
| **Total 8940 · Taxes** | 1,700.00 |
| **8999 · Void** | 0.00 |
| **Total Expense** | 467,267.69 |
| **Net Ordinary Income** | 90,459.15 |
| **Other Income/Expense** |  |
| **Other Income** |  |
| 9010 · Other Income | 24,303.00 |
| **Total Other Income** | 24,303.00 |
| **Net Other Income** | 24,303.00 |
| **Net Income** | **114,762.15** |

**Exhibit "4"**

| Form **1065** | | **U.S. Return of Partnership Income** | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2014, or tax year beginning _____ , 2014, ending _____ , 20 _____ . ► Information about Form 1065 and its separate instructions is at *www.irs.gov/form1065*. | | **2014** |

| **A** Principal business activity | | | **D** Employer identification no. |
|---|---|---|---|
| LEASING | | | 55-0820084 |
| **B** Principal product or service | Type or Print | WESTCLIFF INVESTORS, LLC 2601 MAIN STREET, SUITE 960 IRVINE, CA 92614 | **E** Date business started 3/01/2003 |
| COML BLDG | | | **F** Total assets (see the instrs) |
| **C** Business code number 531120 | | | $ 4,686,750. |

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return
(6) ☐ Technical termination — also check (1) or (2)

**H** Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ► _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ► _____ 3

**J** Check if Schedules C and M-3 are attached ................................................................ ☐

*Caution. Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

<table>
<tr><td rowspan="8" style="writing-mode: vertical-lr">I N C O M E</td><td>1a Gross receipts or sales .........................................</td><td>1a</td><td></td></tr>
<tr><td>b Returns and allowances .......................................</td><td>1b</td><td></td></tr>
<tr><td>c Balance. Subtract line 1b from line 1a ..........................................</td><td>1c</td><td></td></tr>
<tr><td>2 Cost of goods sold (attach Form 1125-A) ..........................................</td><td>2</td><td></td></tr>
<tr><td>3 Gross profit. Subtract line 2 from line 1c ..........................................</td><td>3</td><td></td></tr>
<tr><td>4 Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) ..........................................</td><td>4</td><td></td></tr>
<tr><td>5 Net farm profit (loss) (attach Schedule F (Form 1040)) ..........................................</td><td>5</td><td></td></tr>
<tr><td>6 Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) ..........................................</td><td>6</td><td></td></tr>
</table>

| | | | |
|---|---|---|---|
| | 7 Other income (loss) (attach statement) .......................................... | 7 | |
| | 8 **Total income (loss).** Combine lines 3 through 7 ..................... | 8 | |

<table>
<tr><td rowspan="14" style="writing-mode: vertical-lr">D E D U C T I O N S</td><td>9 Salaries and wages (other than to partners) (less employment credits) ..............</td><td>9</td><td></td></tr>
<tr><td>10 Guaranteed payments to partners ..........................................</td><td>10</td><td></td></tr>
<tr><td>11 Repairs and maintenance ..........................................</td><td>11</td><td></td></tr>
<tr><td>12 Bad debts ..........................................</td><td>12</td><td></td></tr>
<tr><td>13 Rent ..........................................</td><td>13</td><td></td></tr>
<tr><td>14 Taxes and licenses ..........................................</td><td>14</td><td></td></tr>
<tr><td>15 Interest ..........................................</td><td>15</td><td></td></tr>
<tr><td>16a Depreciation (if required, attach Form 4562) .......... | 16a |</td><td></td><td></td></tr>
<tr><td>b Less depreciation reported on Form 1125-A and elsewhere on return ... | 16b |</td><td>16c</td><td></td></tr>
<tr><td>17 Depletion (**Do not deduct oil and gas depletion.**) ..........................................</td><td>17</td><td></td></tr>
<tr><td>18 Retirement plans, etc. ..........................................</td><td>18</td><td></td></tr>
<tr><td>19 Employee benefit programs ..........................................</td><td>19</td><td></td></tr>
<tr><td>20 Other deductions (attach statement) ..........................................</td><td>20</td><td></td></tr>
<tr><td>21 Total deductions. Add the amounts shown in the far right column for lines 9 through 20 ............</td><td>21</td><td></td></tr>
</table>

(See instructions for limitations)

| 22 **Ordinary business income (loss).** Subtract line 21 from line 8 .......................... | 22 | |
|---|---|---|

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instrs)? ☒ Yes ☐ No

► _____    ► _____
Signature of general partner or limited liability company member manager         Date

| | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | JODI RISTROM | JODI RISTROM | | | P01706506 |
| | Firm's name ► HMWC CPAS AND BUSINESS ADVISORS | | | Firm's EIN ► 95-2790665 | |
| | Firm's address ► 17501 EAST 17TH STREET, SUITE 100 TUSTIN, CA 92780-7924 | | | Phone no. (714) 505-9000 | |

BAA For Paperwork Reduction Act Notice, see separate instructions.    PTPA0105L 12/23/14    Form **1065** (2014)

Form 1065 (2014)    WESTCLIFF INVESTORS, LLC 55-0820084    Page **5**

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l. | | | | **1** | 184,999. |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | | | | | |
| b | Limited partners | | 184,999. | | | | |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 83,901. | | 105,749. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach stmt) | | | | |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach stmt) SEE ST. 2 | | 364,236. | | 365,738. |
| 9a | Buildings and other depreciable assets | 1,422,028. | | 1,448,538. | |
| b | Less accumulated depreciation | 392,457. | 1,029,571. | 445,375. | 1,003,163. |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | 2,730,000. | | 2,730,000. |
| 12a | Intangible assets (amortizable only) | 52,770. | | 77,180. | |
| b | Less accumulated amortization | 11,014. | 41,756. | 16,270. | 60,910. |
| 13 | Other assets (attach stmt) SEE ST. 3 | | 417,881. | | 421,190. |
| 14 | Total assets | | 4,667,345. | | 4,686,750. |

### Liabilities and Capital

| | | | | | |
|---|---|---|---|---|---|
| 15 | Accounts payable | | -3,602. | | -3,602. |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach stmt) | | | | |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | 4,237,388. | | 4,135,441. |
| 20 | Other liabilities (attach stmt) SEE ST. 4 | | 83,125. | | 71,655. |
| 21 | Partners' capital accounts | | 350,434. | | 483,256. |
| 22 | Total liabilities and capital | | 4,667,345. | | 4,686,750. |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return
Note. The partnership may be required to file Schedule M-3 (see instructions).

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 184,999. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest .. $ | |
| 3 | Guaranteed pmts (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | a | Depreciation ..... $ | |
| a | Depreciation ...... $ | | | | |
| b | Travel and entertainment ..... $ | | 8 | Add lines 6 and 7 | |
| | | | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | 184,999. |
| 5 | Add lines 1 through 4 | 184,999. | | | |

## Schedule M-2 Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | 350,434. | 6 | Distributions: a Cash | 52,177. |
| 2 | Capital contributed: a Cash | | | b Property | |
| | b Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) per books | 184,999. | | | |
| 4 | Other increases (itemize): | | 8 | Add lines 6 and 7 | 52,177. |
| | | | 9 | Balance at end of year. Subtract line 8 from line 5 | 483,256. |
| 5 | Add lines 1 through 4 | 535,433. | | | |

PTPA0134L 12/23/14    Form **1065** (2014)

Exhibit "5"

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California 90049.

On September 8, 2015, I served the documents described as **NOTICE OF MOTION AND MOTION FOR CHARGING ORDER; DECLARATION OF BARRY BEITLER** on the interested parties in this action by placing a true copy thereof in sealed envelope(s) addressed as follows:

☒ By Mail

☒ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed September 8, 2015, at Los Angeles, California.

Heidi Petrilli

1

## SERVICE/MAILING LIST
*Cannae Financial, LLC v. John Bral*
Orange County Superior Court (Central Justice Center)
Case No. 30-2014-00733044-CU-BC-CJC

2

3

4   Babak (Bobby) Samini, Esq.                     Attorneys for Defendant
    SAMINI SCHEINBERG, PC                          **JOHN BRAL**
5   840 Newport Center Drive, Suite 700
    Newport Beach, CA 92660
6   Tel:    (949) 724-0900
7   Fax:    (949) 724-0901
    Email: bsamini@saminilaw.com

8
    Lloyd K. Chapman, Esq.                         Co-Counsel for Defendant
9   LAW OFFICE OF LLOYD K. CHAPMAN                 **JOHN BRAL**
    4558 Sherman Oaks Avenue, Second Floor
10  Sherman Oaks, CA 91403
11  Tel:    (818) 304-8412
    Fax:    (818) 990-1477
12  Email: lkchapmanlaw@gmail.com

13  Barry Beitler                                  Betsy Boyd
    820 S. Barrington Avenue                       3453 Sommerset Circle
14  Los Angeles, California 90049                  Costa Mesa, California 92626

15
    John Bral                                      John Bral
16  64 Sandpiper                                   2610 Main Street, Suite 960
    Irvine, California 92604                        Irvine, California 92614
17

18

19

20

21

22

23

24

25

26

27

28

ELECTRONICALLY RECEIVED
Superior Court of California
County of Orange
09/08/2015 at 11:22:29 AM
Clerk of the Superior Court
By eClerk, Deputy Clerk

LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
TOM LALLAS (SBN: 66512)
815 Moraga Drive
Los Angeles, California 90049-1633
Telephone:   (310) 471-3000
Facsimile:   (310) 471-7990

Attorneys for Plaintiff and Judgment Creditor
Cannae Financial, LLC

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

DEC 07 2015

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ORANGE, CENTRAL DISTRICT

| | |
|---|---|
| CANNAE FINANCIAL, LLC,<br>a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BRAL, an individual, and DOES<br>1 through 20, inclusive,<br><br>Defendants. | CASE NO.   30-2014-00733044-CU-BC-CJC<br>[Hon. Gregory H. Lewis; Dept. "C26"]<br><br>[PROPOSED] CHARGING ORDER<br><br>Date:      November 2, 2015<br>Time:      10:30 a.m.<br>Dept.:     C26<br><br>[Reservation No. 72229380]<br><br>Judgment Entered:   July 16, 2015 |

LEVY, SMALL & LALLAS
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
815 MORAGA DRIVE
LOS ANGELES, CA 90049

[PROPOSED] CHARGING ORDER

1      The Court having considered the Motion for Charging Order filed by Plaintiff and

2  Judgment Creditor Cannae Financial, LLC ("Cannae"), and good cause appearing therefor,

3      IT IS HEREBY ORDERED as follows:

4      1.     The interest of judgment debtor John Bral ("Bral") in the limited liability

5  company known as Westcliff Investors, LLC ("Westcliff"), whose address is 2610 Main Street,

6  Suite 960, Irvine, California 92614, is hereby charged with the unpaid balance of the Judgment

7  entered in favor of Cannae and against Bral on July 16, 2015 in the sum (including prejudgment

8  interest) of $316,635.67, plus interest thereon at the rate of 10% per annum from and after July

9  16, 2015, plus costs and attorney's fees as may be awarded..

10      2.     Westcliff and its members, including Bral, Barry Beitler and Betsy Boyd, shall

11  pay directly to Cannae any money or property due or to become due to Bral, until the amount

12  remaining on the Judgment, plus all accrued interest and costs thereon, is paid in full.

13      3.     Cannae is hereby entitled to foreclose upon and sell Bral's membership interest in

14  Westcliff on or after _____, 2015

15

16  DATED: 12-7-, 2015

17                        **GREGORY H. LEWIS**
                            JUDGE OF THE SUPERIOR COURT

18

19  31644

20

21

22

23

24

25

26

27

28

LEVY, SMALL & LALLAS
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
815 MORAGA DRIVE
LOS ANGELES, CA 90049

1

[PROPOSED] CHARGING ORDER

Recording Requested By

| | |
|---|---|
| Name:<br> Cannae Financial, LLC<br> c/o Tom Lallas, Esq.<br><br>Address:<br> Levy, Small & Lallas<br> 815 Moraga Drive<br><br>City, State, Zip Code<br> Los Angeles, CA  90049-1633 | **Recorded in Official Records, Orange County**<br>**Hugh Nguyen, Clerk-Recorder**<br><br>\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\| 25.00<br>* S R 0 0 0 7 7 3 6 7 5 6 $ *<br>**2015000404672 4:09 pm 08/04/15**<br>62 416 A03 F13   3<br>0.00 0.00 0.00 0.00 6.00 10.00 0.00 0.00 |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Title of Document

ABSTRACT OF JUDGMENT

CONFORMED COPY
Not Compared with Original

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* After recording, return to: |
|---|
| Tom Lallas (SBN 66512) <br> Mark D. Hurwitz (SBN 151159) <br> Levy, Small & Lallas <br> 815 Moraga Drive <br> Los Angeles, CA 90049 <br> TEL NO: 310-471-3000   FAX NO. *(optional):* 310-471-7990 <br> E-MAIL ADDRESS *(Optional):* tlallas@lsl-la.com |

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

FOR RECORDER'S USE ONLY

PLAINTIFF: CANNAE FINANCIAL, LLC, a California limited liability company
DEFENDANT: JOHN BRAL, an individual

CASE NUMBER: 30-2014-00733044-CU-BC-CJC

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS    [ ] Amended

FOR COURT USE ONLY

> Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      **Name and last known address**

      > John Bral
      > 64 Sandpiper
      > Irvine, CA 92604

   b. Driver's license no. [last 4 digits] and state: 2053 CA   [ ] Unknown
   c. Social security no. [last 4 digits]: 9205   [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      John Bral, 2601 Main Street, #960, Irvine, CA 92614

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   CANNAE FINANCIAL, LLC, 825 S. Barrington Ave., Los Angeles, CA 90049

   Date: July 27, 2015
   Mark D. Hurwitz
   *(TYPE OR PRINT NAME)*

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ *(SIGNATURE OF APPLICANT OR ATTORNEY)*

6. Total amount of judgment as entered or last renewed:
   $ 316,635.67
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* July 16, 2015
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]
SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE

ALAN CARLSON, Clerk of the Court

This abstract issued on *(date):*
07-29-2015

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    Clerk, by _____, Deputy
    Giovanni Galon

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Legal Solutions Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: CANNAE FINANCIAL, LLC, a California limited liability company<br>DEFENDANT: JOHN BRAL, an individual | COURT CASE NO.:<br>30-2014-00733044-CU-BC-CJC |
|---|---|

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.        Name and last known address

17.        Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]:    ☐ Unknown
Summons was personally served at or mailed to *(address)*:

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]:    ☐ Unknown
Summons was personally served at or mailed to *(address)*:

18.        Name and last known address

19.        Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]:    ☐ Unknown
Summons was personally served at or mailed to *(address)*:

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]:    ☐ Unknown
Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.



**This page is part of your document - DO NOT DISCARD**

# 20150950529





**Pages:**
**0004**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**08/04/15 AT 04:26PM**

| | |
|---|---|
| FEES: | 33.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 33.00 |



**L E A D S H E E T**



**201508043260021**

**00010957661**

**007002098**

**SEQ:**
**01**

**DAR - Counter (Upfront Scan)**



**THIS FORM IS NOT TO BE DUPLICATED**

E175892

Case 8:17-bk-10706-SC    Claim 17    Filed 06/16/17    Desc Main Document    Page 55 of
60

Recording Requested By

Name:
Cannae Financial, LLC
c/o Tom Lallas, Esq.

Address:
Levy, Small & Lallas
815 Moraga Drive

City, State, Zip Code
Los Angeles, CA  90049-1633



08/04/2015

*20150950529*

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# Title of Document

ABSTRACT OF JUDGMENT

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* After recording, return to: |
|---|
| Tom Lallas (SBN 66512) |
| Mark D. Hurwitz (SBN 151159) |
| Levy, Small & Lallas |
| 815 Moraga Drive |
| Los Angeles, CA 90049 |
| TEL NO.: 310-471-3000   FAX NO. *(optional):* 310-471-7990 |
| E-MAIL ADDRESS *(Optional):* tlallas@lsl-la.com |
| [X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

*FOR RECORDER'S USE ONLY*

PLAINTIFF: CANNAE FINANCIAL, LLC, a California limited liability company
DEFENDANT: JOHN BRAL, an individual

CASE NUMBER:
30-2014-00733044-CU-BC-CJC

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

*FOR COURT USE ONLY*

Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      John Bral
      64 Sandpiper
      Irvine, CA 92604

   b. Driver's license no. [last 4 digits] and state: 2053 CA   [ ] Unknown
   c. Social security no. [last 4 digits]: 9205   [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      John Bral, 2601 Main Street, #960, Irvine, CA 92614

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   CANNAE FINANCIAL, LLC, 825 S. Barrington Ave., Los Angeles, CA 90049
   Date: July 27, 2015
   Mark D. Hurwitz
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ► _____
      (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 316,635.67
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* July 16, 2015
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*
12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]
SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE

ALAN CARLSON, Clerk of the Court

This abstract issued on *(date):*
07-29-2015

Clerk, by _____, Deputy
Giovanni Galon

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Legal
Solutions
Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190
POC NO. 17-1
Page 66



Case 8:17-bk-10706-SC    Claim 17    Filed 06/16/17    Desc Main Document    Page 57 of
60

| PLAINTIFF: CANNAE FINANCIAL, LLC, a California limited liability company<br>DEFENDANT: JOHN BRAL, an individual | COURT CASE NO.:<br>30-2014-00733044-CU-BC-CJC |
|---|---|

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. [   ] Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.            Name and last known address

17.            Name and last known address

Driver's license no. [last 4 digits] and state:
[   ] Unknown

Social security no. [last 4 digits]:
[   ] Unknown

Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state:
[   ] Unknown

Social security no. [last 4 digits]:
[   ] Unknown

Summons was personally served at or mailed to *(address):*

18.            Name and last known address

19.            Name and last known address

Driver's license no. [last 4 digits] and state:
[   ] Unknown

Social security no. [last 4 digits]:
[   ] Unknown

Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state:
[   ] Unknown

Social security no. [last 4 digits]:
[   ] Unknown

Summons was personally served at or mailed to *(address):*

20. [   ] Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]        **ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**        Page 2 of 2

Name:
  Cannae Financial, LLC
  c/o Tom Lallas, Esq.

Address:
  Levy, Small & Lallas
  815 Moraga Drive

City, State, Zip Code
  Los Angeles, CA  90049-1633

Kern County Recorder
Conformed Copy

AUG 0 6 2015

Document_____

0002151057ż1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# Title of Document

ABSTRACT OF JUDGMENT

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*<br>After recording, return to:<br>Tom Lallas (SBN 66512)<br>Mark D. Hurwitz (SBN 151159)<br>Levy, Small & Lallas<br>815 Moraga Drive<br>Los Angeles, CA 90049<br>TEL NO: 310-471-3000   FAX NO. *(optional):* 310-471-7990<br>E-MAIL ADDRESS *(Optional):* tlallas@lsl-la.com<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD |
|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Orange
STREET ADDRESS:   700 Civic Center West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME:   Central Justice Center

*FOR RECORDER'S USE ONLY*

PLAINTIFF: CANNAE FINANCIAL, LLC, a California limited liability company
DEFENDANT:    JOHN BRAL, an individual

CASE NUMBER:
30-2014-00733044-CU-BC-CJC

| ABSTRACT OF JUDGMENT—CIVIL<br>AND SMALL CLAIMS   [ ] Amended |
|---|

*FOR COURT USE ONLY*

Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

1. The [X] judgment creditor   [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
       Name and last known address

       John Bral
       64 Sandpiper
       Irvine, CA 92604

   b. Driver's license no. [last 4 digits] and state: 2053 CA   [ ] Unknown
   c. Social security no. [last 4 digits]: 9205   [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
       John Bral, 2601 Main Street, #960, Irvine, CA 92614

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   CANNAE FINANCIAL, LLC, 825 S. Barrington Ave., Los Angeles, CA 90049
   Date: July 27, 2015
   Mark D. Hurwitz
       (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ _____
       (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 316,635.67
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* July 16, 2015
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

ALAN CARLSON, Clerk of the Court

This abstract issued on *(date):*
07-29-2015

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    Clerk, by _____, Deputy
        Giovanni Galon
        Legal Solutions Plus

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.490, 674, 700.190

| PLAINTIFF: CANNAE FINANCIAL, LLC, a California limited liability company<br>DEFENDANT: JOHN BRAL, an individual | COURT CASE NO:<br>30-2014-00733044-CU-BC-CJC |
|---|---|

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

17.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

19.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 650 Town Center Drive, Suite 950, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED BY CANNAE FINANCIAL LLC [CLAIM NO. 17]; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JOHN JEAN BRAL IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On October 13, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) October 13, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 13, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
SERVED VIA PERSONAL DELIVERY/ATTORNEY SERVICE:
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130/Courtesy Bin
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/13/2017 | Lori Gauthier | /s/ Lori Gauthier |
| --- | --- | --- |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Thomas H Casey**   kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **Alan J Friedman**   afriedman@lwgfllp.com,
  nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@lwgfllp.com;lgauthier@lwgfllp.com
- **Daniel K Fujimoto**   wdk@wolfffirm.com
- **Beth Gaschen**   bgaschen@wgllp.com,
  kadele@wgllp.com;lfisk@wgllp.com;lgauthier@lwgfllp.com;nlockwood@lwgfllp.com
- **Michael J Hauser**   michael.hauser@usdoj.gov
- **Mark D Hurwitz**   mhurwitz@lsl-la.com, dsmall@lsl-la.com
- **Gary E Klausner**   gek@lnbyb.com
- **William N Lobel**   wlobel@lwgfllp.com,
  nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
- **Kathleen J McCarthy**   kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **William F McDonald**   Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com
- **Krikor J Meshefejian**   kjm@lnbrb.com
- **Edward G Schloss**   egs2@ix.netcom.com
- **Valerie Smith**   claims@recoverycorp.com
- **Daniel B Spitzer**   dspitzer@spitzeresq.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Zann R Welch**   ecfnotices@ascensioncapitalgroup.com

**SERVED VIA FIRST-CLASS MAIL:**

Cannae Financial LLC
c/o Gary E. Klausner, Esq.
Levene Neale Bender, et al
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

Office of the United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    **F 9013-3.1.PROOF.SERVICE**