GARY E. KLAUSNER (SBN 69077)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: gek@lnbyb.com; kjm@lnbyb.com

TOM LALLAS (SBN 66512)
MARK D. HURWITZ (SBN 151159)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California 90049-1633
Telephone: (310) 471-3000; Facsimile: (310 471-7990
Email:  tlallas@lsl-la.com; mhurwitz@lsl-la.com

Attorneys for Creditors Barry Beitler; Cannae Financial, LLC;
AFG Investment Fund 7, LLC; BAB 8 LLC; Beitler & Associates, Inc. dba
Beitler Commercial Realty Services; Steward Financial LLC; and Betsy Boyd

**FILED & ENTERED**

**DEC 01 2017**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY nbolte    DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>JOHN JEAN BRAL<br><br>            Debtor and Debtor-<br>            in-Possession. | Case No. 8:17-bk-10706-SC<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION BETWEEN JOHN JEAN BRAL, DEBTOR, BEITLER CREDITORS AND BETSY BOYD REGARDING: (1) BRIEFING AND HEARING SCHEDULE FOR DISCLOSURE STATEMENT DESCRIBING DEBTOR'S CHAPTER 11 PLAN AND OBJECTIONS TO BEITLER CREDITORS' AND BOYD'S CLAIMS; AND (2) EXTENSION OF EXCLUSIVITY PERIOD** |

1

The Court, having read and considered that certain *Stipulation Between John Jean Bral, Debtor, Beitler Creditors And Betsy Boyd Regarding: (1) Briefing And Hearing Schedule For Disclosure Statement Describing Debtor's Chapter 11 Plan And Objections To Beitler Creditors' And Boyd's Claims; And (2) Extension Of Exclusivity Period* (the "<u>Stipulation</u>")[1], with good cause appearing, orders as follows:

1. The Stipulation is approved.

2. The deadline for the Beitler Creditors and Boyd to respond to the Debtor's request for production of documents is hereby extended to and including December 6, 2017.

3. The deadline for the Beitler Creditors and Boyd to file objections to the Disclosure Statement shall be extended to and including December 20, 2017.

4. The deadline for the Debtor to reply to the Beitler Creditors' and Boyd's objections to the Disclosure Statement shall be January 4, 2018.

5. The hearing on the Disclosure Statement shall be continued to **January 25, 2018, at 11:00 a.m.**

6. The Debtor's exclusivity period to obtain acceptance of his Chapter 11 Plan shall be extended to and including the date set by the Court for the hearing on the Disclosure Statement, as provided for herein.

7. The deadline for the Beitler Creditors and Boyd to oppose the Claim Objections is extended to and including December 28, 2017.

8. The deadline for the Debtor to reply to any opposition to the Claim Objections shall be January 4, 2018.

9. The hearing on the Claim Objections shall be continued to **January 25, 2018, at 11:00 a.m.**

///

///

///

---

[1] Capitalized terms not otherwise defined in this Order have the same meaning ascribed to such terms in the Stipulation.

10. For the avoidance of doubt, the Motion to Strike shall not be impacted in any manner by the Stipulation or this Order and the hearing presently scheduled on said Motion to Strike for December 14, 2017 is not being continued pursuant to the Stipulation or this Order.

IT IS SO ORDERED.

### #

Date: December 1, 2017

Scott C. Clarkson
United States Bankruptcy Judge