UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>JOHN JEAN BRAL<br><br><div align="right">Debtor(s).</div> | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number:      8:17-bk-10706-SC<br>Operating Report Number:     11<br>For the Month Ending:     1/31/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     51,971.41

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     50,821.58

3.  BEGINNING BALANCE:     1,149.83

4.  RECEIPTS DURING CURRENT PERIOD:     4,055.68

5.  BALANCE:     5,205.51

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD     4,961.32

7.  ENDING BALANCE:     244.19

8.  General Account Number(s):

     Depository Name & Location:     *California Bank & Trust*
                                  *1900 Main St # 100, Irvine, CA 92614*

\*   All receipts must be deposited into the general account.

\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\* This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 1/2/2018 | EFT | VIETNAM'S PEARL | | $ 43.56 |
| 1/2/2018 | EFT | SMARTNFINAL | | $ 4.99 |
| 1/2/2018 | EFT | ATM WITHDRAWAL | | $ 300.00 |
| 1/3/2018 | EFT | CHEESECAKE FACTORY | | $ 66.84 |
| 1/3/2018 | EFT | RALPHS | | $ 3.85 |
| 1/3/2018 | EFT | RALPHS | | $ 30.30 |
| 1/4/2018 | EFT | CAPITAL NOODLE | | $ 41.21 |
| 1/4/2018 | EFT | AMEX PAYMENT | | $ 400.00 |
| 1/5/2018 | EFT | AMEX PAYMENT | | $ 35.00 |
| 1/8/2018 | EFT | WASTE MANAGEMENT | | $ 35.13 |
| 1/9/2018 | EFT | SO CAL EDISON | | $ 36.86 |
| 1/9/2018 | EFT | SO CAL GAS | | $ 47.08 |
| 1/18/2018 | EFT | ARCO | | $ 20.35 |
| 1/19/2018 | EFT | SUNTRUST MORTGE | | $ 2,426.74 |
| 1/22/2018 | EFT | CAPITAL NOODLE | | $ 36.01 |
| 1/22/2018 | EFT | CHARITY SIMON - Hair Salon | | $ 105.00 |
| 1/22/2018 | EFT | 7-ELEVEN | | $ 2.28 |
| 1/22/2018 | EFT | ATM WITHDRAWAL | | $ 300.00 |
| 1/22/2018 | EFT | USPS | | $ 3.45 |
| 1/22/2018 | EFT | CHASE CREDIT | | $ 50.00 |
| 1/23/2018 | EFT | CARDMEMBER SERVICES | | $ 300.00 |
| 1/23/2018 | EFT | SERVICE FEE | | $ 7.00 |
| 1/23/2018 | EFT | SERVICE FEE | | $ 2.00 |
| 1/26/2018 | EFT | AMARITUSINC_1 IRVINE | | $ 13.67 |
| 1/29/2018 | 1023 | U.S. TRUSTEE | | $ 650.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $ 4,961.32 |

GENERAL ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | 1/1/2018 | Balance on Statement: | 1,149.83 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | 1/5/2018 | 2,777.84 | |
| | 1/19/2018 | 777.84 | |
| | 1/25/2018 | 500.00 | |

TOTAL DEPOSITS IN TRANSIT                                    4,055.68

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| EFT | 1/2/2018 | $ | 43.56 |
| EFT | 1/2/2018 | $ | 4.99 |
| EFT | 1/2/2018 | $ | 300.00 |
| EFT | 1/3/2018 | $ | 66.84 |
| EFT | 1/3/2018 | $ | 3.85 |
| EFT | 1/3/2018 | $ | 30.30 |
| EFT | 1/4/2018 | $ | 41.21 |
| EFT | 1/4/2018 | $ | 400.00 |
| EFT | 1/5/2018 | $ | 35.00 |
| EFT | 1/8/2018 | $ | 35.13 |
| EFT | 1/9/2018 | $ | 36.86 |
| EFT | 1/9/2018 | $ | 47.08 |
| EFT | 1/18/2018 | $ | 20.35 |
| EFT | 1/19/2018 | $ | 2,426.74 |
| EFT | 1/22/2018 | $ | 36.01 |
| EFT | 1/22/2018 | $ | 105.00 |
| EFT | 1/22/2018 | $ | 2.28 |
| EFT | 1/22/2018 | $ | 300.00 |
| EFT | 1/22/2018 | $ | 3.45 |
| EFT | 1/22/2018 | $ | 50.00 |
| EFT | 1/23/2018 | $ | 300.00 |
| EFT | 1/23/2018 | $ | 7.00 |
| EFT | 1/23/2018 | $ | 2.00 |
| EFT | 1/26/2018 | $ | 13.67 |
| 1023 | 1/29/2018 | $ | 650.00 |

TOTAL OUTSTANDING CHECKS:                                    4,961.32

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                Page 3 of 8                $244.19

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| SunTrust Mortgage | Monthly | 2,426.74 | 0 | 2,426.74 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 2,426.74 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | | | | |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| Others: | Household contents | 95000.00 | 6/16/2018 | 6/16/2018 |
| | | | | |

# I.D SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

|  |  |
|---|---|
| General Account: | 244.19 |
| Payroll Account: | |
| Tax Account: | |

*Other Accounts:

*Other Monies:

| **Petty Cash (from below): | 0.00 |
|---|---|

**TOTAL CASH AVAILABLE:**  244.19

## Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL PETTY CASH TRANSACTIONS:**  0.00

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Mar-2017 | 2,587.74 | 325.00 | 24-Apr-2017 | 325.00 | 0.00 |
| 30-Jun-2017 | 16,054.67 | 650.00 | 20-Jul-2017 | 650.00 | 0.00 |
| 31-Oct-2017 | 15,218.03 | 650.00 | 26-Oct-2017 | 650.00 | 0.00 |
| 31-Dec-2017 | 15,118.65 | 650.00 | 29-Jan-2018 | 650.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## XI. QUESTIONNAIRE

|  |  | No | Yes |
|--|--|----|-----|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | ___ |

|  |  | No | Yes |
|--|--|----|-----|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization
   See Attached

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|--|--|----|-----|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

I,  John Jean Bral
    declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.


2/15/18
_____
Date

_____
Principal for debtor-in-possession

## Regular Checking - xxxxxx4022

Account Number: xxxxxx4022

### TRANSACTIONS PENDING

| Date | Transaction | Description | Status | Debit (-) | Credit (+) |
|------|-------------|-------------|--------|-----------|------------|
| | | No Pending Transactions | | | |

### TRANSACTIONS CLEARED BETWEEN 01/01/2018 AND 01/31/2018

| Date | Transaction | Description | Status | Debit (-) | Credit (+) |
|------|-------------|-------------|--------|-----------|------------|
| 01/29/2018 | Check 1023 | CHECK | ✓ | $650.00 | |
| 01/26/2018 | Debit | 2445388DA000A8WEB AMARITUSINC_1 IRVINE... More | ✓ | $13.67 | |
| 01/25/2018 | Deposit | DEPOSIT | ✓ | | $500.00 |
| 01/23/2018 | Fee | STATEMENT DEBIT OPTION | ✓ | $2.00 | |
| 01/23/2018 | Service Charge | SERVICE FEE | ✓ | $7.00 | |
| 01/23/2018 | Debit | CARDMEMBER SERV 5911111111WEB PYMT WE... More | ✓ | $300.00 | |
| 01/22/2018 | Debit | CHASE CREDIT CRD5760039224EPAY WE... More | ✓ | $50.00 | |
| 01/22/2018 | Debit | P.O.S. PURCHASE USPS PO 05 USPS PO 0... More | ✓ | $3.45 | |
| 01/22/2018 | ATM Debit | ATM WITHDRAWAL 1900 MAIN ST IR... More | ✓ | $300.00 | |
| 01/22/2018 | Debit | 24299I0D5045N0LDX 7-ELEVEN 39050 SAN J... More | ✓ | $2.28 | |
| 01/22/2018 | Debit | 2469216D42XN2ZL73 SQ *CHARITY SIMON Co... More | ✓ | $105.00 | |
| 01/22/2018 | Debit | 2404083D3S66GWXK1 CAPITAL NOODLE BAR I... More | ✓ | $36.01 | |
| 01/19/2018 | Debit | SUNTRUST MORTG 3540259290MTG PMTS TE... More | ✓ | $2,426.74 | |
| 01/19/2018 | Electronic Deposit 3963904 | BRAL REALTY ADVI9111111101DIRECT DEPPP... More | ✓ | | $777.84 |
| 01/18/2018 | Debit | P.O.S. PURCHASE ARCO #4238 ARCO #423... More | ✓ | $20.35 | |
| 01/09/2018 | Debit | SO CAL GAS 1992052494PAID SCGC WE... More | ✓ | $47.08 | |
| 01/09/2018 | Debit | SO CAL EDISON CO4951240335BILL PAYMTWE... More | ✓ | $36.86 | |
| 01/08/2018 | Debit | WASTE MANAGEMENT9049038216INTERNET PP... More | ✓ | $35.13 | |
| 01/05/2018 | Debit | AMEX EPAYMENT 0005000040ACH PMT WE... More | ✓ | $35.00 | |
| 01/05/2018 | Deposit | DEPOSIT | ✓ | | $2,777.84 |
| 01/04/2018 | Debit | AMEX EPAYMENT 0005000008ACH PMT WE... More | ✓ | $400.00 | |
| 01/04/2018 | Debit | 2404083QKS66GWXKN CAPITAL NOODLE BAR I... More | ✓ | $41.21 | |
| 01/03/2018 | Debit | P.O.S. PURCHASE RALPHS 5345 ALTO... More | ✓ | $30.30 | |
| 01/03/2018 | Debit | 2444571QJ8PTBMQ47 RALPHS #0080 IRVINE CA | ✓ | $3.85 | |
| 01/03/2018 | Debit | 2443106QKBLWFR2H0 CHEESECAKE NEWPORT B... More | ✓ | $66.84 | |
| 01/02/2018 | ATM Debit | ATM WITHDRAWAL 1900 MAIN ST IR... More | ✓ | $300.00 | |
| 01/02/2018 | Debit | 2416407BDV16Q01EV SMARTNFINAL375105037... More | ✓ | $4.99 | |
| 01/02/2018 | Debit | 2422369BB0VYY4QY5 VIETNAM'S PEARL COST... More | ✓ | $43.56 | |

## <u>ATTACHMENT TO MOR NO 11: (XI. – Questionnaire)</u>

### <u>Progress made during reporting period toward filing a plan of reorganization:</u>

The Debtor has filed his disclosure statement and chapter 11 plan. A hearing on approval of the disclosure statement, as continued from time to time pursuant to various stipulations, is presently scheduled for April 19, 2018.

The hearing on approval of the disclosure statement has been continued pursuant to stipulations between the Debtor and the Beitler Creditors in order to continue with discovery in connection with the disclosure statement and claim objections.

### <u>Potential future developments which may have a significant impact on the case:</u>

Resolution of litigation – mediation took place on August 28, 2017. As of this time, no settlement has been reached.

Dissolution of LLC's:

Arbitration with respect to the dissolution of Westcliff, LLC has been scheduled for June 4 through June 6, 2018. The parties are proceeding with discovery/preparation for arbitration.

A demand for arbitration with respect to dissolution of Mission Medical Investors, LLC was sent on December 19, 2017. At this time the arbitration demand is pending.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

650 Town Center Drive, Suite 950, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT NO. 11** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On February 15, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) February ___, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February ___, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/15/2018 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

#1125005

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

## SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

- **Thomas H Casey**    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **Alan J Friedman**    afriedman@lwgfllp.com, lgauthier@lwgfllp.com
- **Daniel K Fujimoto**    wdk@wolfffirm.com
- **Beth Gaschen**    bgaschen@wgllp.com, kadele@wgllp.com;lgauthier@lwgfllp.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Mark D Hurwitz**    mhurwitz@lsl-la.com, dsmall@lsl-la.com
- **Gary E Klausner**    gek@lnbyb.com
- **William N Lobel**    wlobel@pszjlaw.com,
  nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Kathleen J McCarthy**    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **William F McDonald**    Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com
- **Krikor J Meshefejian**    kjm@lnbrb.com
- **Babak Samini**    saminicourtnotice@gmail.com,
  bsamini@saminilaw.com;nprado@saminilaw.com;lnavarro@saminilaw.com;swatts@samini
  law.com
- **Edward G Schloss**    egs2@ix.netcom.com
- **Valerie Smith**    claims@recoverycorp.com
- **Daniel B Spitzer**    dspitzer@spitzeresq.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Zann R Welch**    ecfnotices@ascensioncapitalgroup.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**