UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>JOHN JEAN BRAL<br><br><div align="right">Debtor(s).</div> | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number: 8:17-bk-10706-SC<br>Operating Report Number: 12<br>For the Month Ending: 2/28/2018 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      56,027.09

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      55,782.90

3.  BEGINNING BALANCE:      244.19

4.  RECEIPTS DURING CURRENT PERIOD:      3,902.08

5.  BALANCE:      4,146.27

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD      3,864.50

7.  ENDING BALANCE:      281.77

8.  General Account Number(s): _____

     Depository Name & Location:      *California Bank & Trust*
     *1900 Main St #100, Irvine, CA 92614*

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 2/5/2018 | EFT | Jason Job | | $ 300.00 |
| 2/5/2018 | ATM | ATM WITHDRAWAL | | $ 200.00 |
| 2/6/2018 | EFT | CAPITAL NOODLE | | $ 31.65 |
| 2/6/2018 | EFT | SO CAL EDISON | | $ 56.50 |
| 2/12/2018 | EFT | CHARITY SIMON - Hair Salon | | $ 105.00 |
| 2/12/2018 | EFT | CAPITAL NOODLE | | $ 42.29 |
| 2/12/2018 | EFT | AMEX PAYMENT | | $ 48.00 |
| 2/13/2018 | EFT | AMARITUSINC_1 IRVINE | | $ 16.24 |
| 2/16/2018 | EFT | AMY'S HALLMARK | | $ 22.56 |
| 2/16/2018 | EFT | CAPITAL NOODLE | | $ 46.52 |
| 2/20/2018 | ATM | ATM WITHDRAWAL | | $ 160.00 |
| 2/22/2018 | EFT | CHASE CREDIT | | $ 150.00 |
| 2/22/2018 | EFT | CARDMEMBER SERVICES | | $ 250.00 |
| 2/22/2018 | EFT | SERVICE FEE | | $ 7.00 |
| 2/22/2018 | EFT | SERVICE FEE | | $ 2.00 |
| 2/23/2018 | EFT | SUNTRUST MORTGE | | $ 2,426.74 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $ 3,864.50 |

GENERAL ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | 2/1/2018 | Balance on Statement: | 244.19 |
|---|---|---|---|

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 2/1/2018 | 300.00 |
| 2/2/2018 | 801.04 |
| 2/16/2018 | 801.04 |
| 2/16/2018 | 2,000.00 |

TOTAL DEPOSITS IN TRANSIT — 3,902.08

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| EFT | 2/5/2018 | $ 300.00 |
| ATM | 2/5/2018 | $ 200.00 |
| EFT | 2/6/2018 | $ 31.65 |
| EFT | 2/6/2018 | $ 56.50 |
| EFT | 2/12/2018 | $ 105.00 |
| EFT | 2/12/2018 | $ 42.29 |
| EFT | 2/12/2018 | $ 48.00 |
| EFT | 2/13/2018 | $ 16.24 |
| EFT | 2/16/2018 | $ 22.56 |
| EFT | 2/16/2018 | $ 46.52 |
| ATM | 2/20/2018 | $ 160.00 |
| EFT | 2/22/2018 | $ 150.00 |
| EFT | 2/22/2018 | $ 250.00 |
| EFT | 2/22/2018 | $ 7.00 |
| EFT | 2/22/2018 | $ 2.00 |
| EFT | 2/23/2018 | $ 2,426.74 |

TOTAL OUTSTANDING CHECKS: — 3,864.50

Bank statement Adjustments: _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE: — $281.77

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| SunTrust Mortgage | Monthly | 2,426.74 | 0 | 2,426.74 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 2,426.74 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | | | | |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| Others: | Household contents | 95000.00 | 6/16/2018 | 6/16/2018 |

I. SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

|  | |
|---|---|
| General Account: | 281.77 |
| Payroll Account: | |
| Tax Account: | |

*Other Accounts:

*Other Monies:

| **Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:**                                    | 281.77 |

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL PETTY CASH TRANSACTIONS:**                     | 0.00 |

UNITED STATES TRUSTEE QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Mar-2017 | 2,587.74 | 325.00 | 24-Apr-2017 | 325.00 | 0.00 |
| 30-Jun-2017 | 16,054.67 | 650.00 | 20-Jul-2017 | 650.00 | 0.00 |
| 31-Oct-2017 | 15,218.03 | 650.00 | 26-Oct-2017 | 650.00 | 0.00 |
| 31-Dec-2017 | 15,118.65 | 650.00 | 29-Jan-2018 | 650.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VI. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | ___ |

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization
   See Attached

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

I,    John Jean Bral

declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

3-14-18
Date

Page 8 of 8

Principal for debtor-in-possession

## Regular Checking - xxxxxx4022

**Account Number:** xxxxxx4022

### TRANSACTIONS PENDING

| Date | Transaction | Description | Status | Debit (-) | Credit (+) |
|------|-------------|-------------|--------|-----------|------------|
| | | No Pending Transactions | | | |

### TRANSACTIONS CLEARED BETWEEN 02/01/2018 AND 02/28/2018

| Date | Transaction | Description | Status | Debit (-) | Credit (+) |
|------|-------------|-------------|--------|-----------|------------|
| 02/23/2018 | Debit | SUNTRUST MORTG 3540259290MTG PMTS TE... More | ✓ | $2,426.74 | |
| 02/23/2018 | Deposit | DEPOSIT | ✓ | | $2,000.00 |
| 02/22/2018 | Fee | STATEMENT DEBIT OPTION | ✓ | $2.00 | |
| 02/22/2018 | Service Charge | SERVICE FEE | ✓ | $7.00 | |
| 02/22/2018 | Debit | CARDMEMBER SERV 5911111111WEB PYMT WE... More | ✓ | $250.00 | |
| 02/22/2018 | Debit | CHASE CREDIT CRD5760039224EPAY WE... More | ✓ | $150.00 | |
| 02/20/2018 | ATM Debit | ATM WITHDRAWAL 1900 MAIN ST IR... More | ✓ | $160.00 | |
| 02/16/2018 | Debit | 2404083DYS66EGL70 CAPITAL NOODLE BAR I... More | ✓ | $46.52 | |
| 02/16/2018 | Debit | 2441295DYS3P4K3AQ AMY'S HALLMARK #191 ... More | ✓ | $22.56 | |
| 02/16/2018 | Electronic Deposit 1258047 | BRAL REALTY ADVI9111111101DIRECT DEPPP... More | ✓ | | $801.04 |
| 02/13/2018 | Debit | 2445388DW000BLFP9 AMARITUSINC_1 IRVINE... More | ✓ | $16.24 | |
| 02/12/2018 | Debit | AMEX EPAYMENT 0005000040ACH PMT WE... More | ✓ | $48.00 | |
| 02/12/2018 | Debit | 2404083DRS66QGHES CAPITAL NOODLE BAR I... More | ✓ | $42.29 | |
| 02/12/2018 | Debit | 2405523DT2LZ57SJB HUSH HUSH BANG BANG ... More | ✓ | $105.00 | |
| 02/06/2018 | Debit | SO CAL EDISON CO4951240335BILL PAYMTWE... More | ✓ | $56.50 | |
| 02/06/2018 | Debit | 2404083DLS66QKK5R CAPITAL NOODLE BAR I... More | ✓ | $31.65 | |
| 02/05/2018 | ATM Debit | ATM WITHDRAWAL 1900 MAIN ST IR... More | ✓ | $200.00 | |
| 02/05/2018 | Debit | 2449398DJHGRQGL6K VENMO 855-812-4430 NY | ✓ | $300.00 | |
| 02/02/2018 | Electronic Deposit 2494220 | BRAL REALTY ADVI9111111101DIRECT DEPPP... More | ✓ | | $801.04 |
| 02/01/2018 | Deposit | DEPOSIT | ✓ | | $300.00 |

## ATTACHMENT TO MOR NO 12: (XI. – Questionnaire)

### Progress made during reporting period toward filing a plan of reorganization:

As previously indicated, the Debtor filed his disclosure statement and chapter 11 plan on June 23, 2017.  However, in order to allow discovery in connection with the disclosure statement and claim objections to proceed, the hearing on approval of the disclosure statement was vacated.

At a hearing held on March 8, 2018, the court set various deadlines, including April 30, 2018 by which the Debtor shall file his first amended disclosure statement and first amended plan, a deadline of May 17, 2018 for filing objections to the first amended disclosure statement, a deadline of May 24, 2018 to file a reply to any objections to the first amended disclosure statement and setting a hearing on approval of the first amended disclosure statement for May 31, 2018.

### Potential future developments which may have a significant impact on the case:

Resolution of litigation – mediation took place on August 28, 2017.  As of this time, no settlement has been reached.

Dissolution of LLC's:

Arbitration with respect to the dissolution of Westcliff, LLC has been scheduled for June 4 through June 6, 2018.  The parties are proceeding with discovery/preparation for arbitration.

A demand for arbitration with respect to dissolution of Mission Medical Investors, LLC was sent on December 19, 2017.  A list of accepted arbitrators was submitted on 3/7/18.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

100 Spectrum Center Drive, Suite 600, Irvine, CA 92618

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On March 15, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) March ____, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March ____, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/15/18 | Lori Gauthier | /s/ Lori Gauthier |
|---------|---------------|-------------------|
| *Date*  | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    **F 9013-3.1.PROOF.SERVICE**

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Thomas H Casey**    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **Alan J Friedman**    afriedman@shbllp.com, lgauthier@shbllp.com
- **Daniel K Fujimoto**    wdk@wolffirm.com
- **Beth Gaschen**    bgaschen@wgllp.com, kadele@wgllp.com;lgauthier@lwgfllp.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Mark D Hurwitz**    mhurwitz@lsl-la.com, dsmall@lsl-la.com
- **Gary E Klausner**    gek@lnbyb.com
- **William N Lobel**    wlobel@pszjlaw.com,
  nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Kathleen J McCarthy**    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **William F McDonald**    Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com
- **Krikor J Meshefejian**    kjm@lnbrb.com
- **Babak Samini**    saminicourtnotice@gmail.com,
  bsamini@saminilaw.com;nprado@saminilaw.com;lnavarro@saminilaw.com;swatts@samini
  law.com
- **Edward G Schloss**    egs2@ix.netcom.com
- **Valerie Smith**    claims@recoverycorp.com
- **Daniel B Spitzer**    dspitzeresq@spitzeresq.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Zann R Welch**    ecfnotices@ascensioncapitalgroup.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**