UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>JOHN JEAN BRAL<br><br><div align="right">Debtor(s).</div> | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number: 8:17-bk-10706-SC<br>Operating Report Number: 13<br>For the Month Ending: 3/31/2018 |
| --- | --- |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                     59,929.17

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS         59,647.40

3. BEGINNING BALANCE:                     281.77

4. RECEIPTS DURING CURRENT PERIOD:                     5,503.12

5. BALANCE:                     5,784.89

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD                     4,910.03

7. ENDING BALANCE:                     874.86

8. General Account Number(s):

Depository Name & Location:          *California Bank & Trust*
                                     *1900 Main St #100, Irvine, CA 92614*

---

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 3/1/2018 | EFT | FARMVETCOM | | $ 86.15 |
| 3/2/2018 | EFT | VIETNAM'S PEARL | | $ 40.25 |
| 3/2/2018 | EFT | WILLOWS MAINTENANCE | | $ 648.00 |
| 3/5/2018 | EFT | WOODBRIDGE VILLAGE | | $ 192.00 |
| 3/6/2018 | EFT | AMEX PAYMENT | | $ 35.00 |
| 3/7/2018 | EFT | BCD | | $ 25.54 |
| 3/9/2018 | EFT | SO CAL EDISON | | $ 47.25 |
| 3/12/2018 | EFT | ATM WITHDRAWAL | | $ 200.00 |
| 3/12/2018 | EFT | AMEX PAYMENT | | $ 47.00 |
| 3/15/2018 | EFT | 85C BAKERY CAFÉ | | $ 7.30 |
| 3/15/2018 | ATM | AMARITUSINC_1 IRVINE | | $ 14.60 |
| 3/19/2018 | EFT | AMARITUSINC_1 IRVINE | | $ 16.55 |
| 3/19/2018 | EFT | CHARITY SIMON - Hair Salon | | $ 128.00 |
| 3/19/2018 | EFT | HONEYMEE | | $ 24.55 |
| 3/19/2018 | EFT | HONEYMEE | | $ 5.25 |
| 3/19/2018 | ATM | ATM WITHDRAWAL | | $ 103.00 |
| 3/19/2018 | ATM | ATM FEE | | $ 1.00 |
| 3/21/2018 | EFT | SERVICE FEE | | $ 7.00 |
| 3/21/2018 | EFT | SERVICE FEE | | $ 2.00 |
| 3/23/2018 | EFT | IRVINE RANCH WATER | | $ 203.65 |
| 3/23/2018 | EFT | CHASE CREDIT | | $ 150.00 |
| 3/23/2018 | EFT | CARDMEMBER SERVICES | | $ 250.00 |
| 3/26/2018 | ATM | ATM WITHDRAWAL | | $ 223.00 |
| 3/26/2018 | EFT | CVS | | $ 7.65 |
| 3/26/2018 | ATM | ATM FEE | | $ 1.00 |
| 3/29/2018 | EFT | AMARITUSINC_1 IRVINE | | $ 17.55 |
| 3/29/2018 | EFT | SUNTRUST MORTGE | | $ 2,426.74 |

TOTAL DISBURSEMENTS THIS PERIOD: $ 4,910.03

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____3/1/2018_____    Balance on Statement:    | 281.77 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 3/2/2018 | 801.04 |
| 3/9/2018 | 500.00 |
| 3/16/2018 | 801.04 |
| 3/23/2018 | 600.00 |
| 3/28/2018 | 2,000.00 |
| 3/30/2018 | 801.04 |

TOTAL DEPOSITS IN TRANSIT    | 5,503.12 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| EFT | 3/1/2018 | $ 86.15 |
| EFT | 3/2/2018 | $ 40.25 |
| EFT | 3/2/2018 | $ 648.00 |
| EFT | 3/5/2018 | $ 192.00 |
| EFT | 3/6/2018 | $ 35.00 |
| EFT | 3/7/2018 | $ 25.54 |
| EFT | 3/9/2018 | $ 47.25 |
| EFT | 3/12/2018 | $ 200.00 |
| EFT | 3/12/2018 | $ 47.00 |
| ATM | 3/15/2018 | $ 7.30 |
| ATM | 3/15/2018 | $ 14.60 |
| EFT | 3/19/2018 | $ 16.55 |
| EFT | 3/19/2018 | $ 128.00 |
| EFT | 3/19/2018 | $ 24.55 |
| EFT | 3/19/2018 | $ 5.25 |
| ATM | 3/19/2018 | $ 103.00 |
| ATM | 3/19/2018 | $ 1.00 |
| EFT | 3/21/2018 | $ 7.00 |
| EFT | 3/21/2018 | $ 2.00 |
| EFT | 3/23/2018 | $ 203.65 |
| EFT | 3/23/2018 | $ 150.00 |
| EFT | 3/23/2018 | $ 250.00 |
| ATM | 3/26/2018 | $ 223.00 |
| EFT | 3/26/2018 | $ 7.65 |
| ATM | 3/26/2018 | $ 1.00 |
| EFT | 3/29/2018 | $ 17.55 |
| EFT | 3/29/2018 | $ 2,426.74 |

TOTAL OUTSTANDING CHECKS:    | 4,910.03 |

Bank statement Adjustments:                            _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                              | $874.86 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| SunTrust Mortgage | Monthly | 2,426.74 | 0 | 2,426.74 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 2,426.74 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | | | | |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| Others: | Household contents | 95000.00 | 6/16/2018 | 6/16/2018 |

I. SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

*(Provide a copy of of montly account statements for each of the below)*

|  |  |
|---|---|
| General Account: | 874.86 |
| Payroll Account: | |
| Tax Account: | |

*Other Accounts:

*Other Monies:

| **Petty Cash (from below): | 0.00 |
|---|---|

TOTAL CASH AVAILABLE:                                         874.86

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TOTAL PETTY CASH TRANSACTIONS:                               0.00

V. UNITED STATES TRUSTEE QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Mar-2017 | 2,587.74 | 325.00 | 24-Apr-2017 | 325.00 | 0.00 |
| 30-Jun-2017 | 16,054.67 | 650.00 | 20-Jul-2017 | 650.00 | 0.00 |
| 31-Oct-2017 | 15,218.03 | 650.00 | 26-Oct-2017 | 650.00 | 0.00 |
| 31-Dec-2017 | 15,118.65 | 650.00 | 29-Jan-2018 | 650.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VI. SCHEDULE OF COMPENSATION PAID INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

QUESTIONNAIRE

|   |   | No | Yes |
|---|---|----|-----|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | ___ |

|   |   | No | Yes |
|---|---|----|-----|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization
See Attached

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|   |   | No | Yes |
|---|---|----|-----|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

I,    John Jean Bral
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

4-16-18
Date

Page 8 of 8

Principal for debtor-in-possession

# Regular Checking - xxxxxx4022

**Account Number**: xxxxxx4022

## TRANSACTIONS PENDING

| Date | Transaction | Description | Status | Debit (-) | Credit (+) |
|---|---|---|---|---|---|
| | | No Pending Transactions | | | |

## TRANSACTIONS CLEARED BETWEEN 03/01/2018 AND 03/31/2018

| Date | Transaction | Description | Status | Debit (-) | Credit (+) |
|---|---|---|:---:|---|---|
| 03/30/2018 | Electronic Deposit 7063053 | BRAL REALTY ADVI9111111101DIRECT DEPPP... More | ✓ | | $801.04 |
| 03/29/2018 | Debit | SUNTRUST MORTG 3540259290MTG PMTS TE... More | ✓ | $2,426.74 | |
| 03/29/2018 | Debit | 2445388F7000F7FHL AMARITUSINC_1 IRVINE... More | ✓ | $17.55 | |
| 03/28/2018 | Deposit | DEPOSIT | ✓ | | $2,000.00 |
| 03/26/2018 | Fee | ATM TRANSACTION FEE 17585 HARVARD A... More | ✓ | $1.00 | |
| 03/26/2018 | Debit | P.O.S. PURCHASE CVS/PHARMA 09486--53... More | ✓ | $7.65 | |
| 03/26/2018 | ATM Debit | ATM WITHDRAWAL 17585 HARVARD A... More | ✓ | $223.00 | |
| 03/23/2018 | Debit | CARDMEMBER SERV 5911111111WEB PYMT WE... More | ✓ | $250.00 | |
| 03/23/2018 | Debit | CHASE CREDIT CRD5760039224EPAY WE... More | ✓ | $150.00 | |
| 03/23/2018 | Debit | IRVINE RANCH WTR9500000000ONLINE PMTPP... More | ✓ | $203.65 | |
| 03/23/2018 | Deposit | DEPOSIT | ✓ | | $600.00 |
| 03/21/2018 | Fee | STATEMENT DEBIT OPTION | ✓ | $2.00 | |
| 03/21/2018 | Service Charge | SERVICE FEE | ✓ | $7.00 | |
| 03/19/2018 | Fee | ATM TRANSACTION FEE 17585 HARVARD A... More | ✓ | $1.00 | |
| 03/19/2018 | ATM Debit | ATM WITHDRAWAL 17585 HARVARD A... More | ✓ | $103.00 | |
| 03/19/2018 | Debit | 2476517EX0VZ6610Q HONEYMEE IRVINE-HARV... More | ✓ | $5.25 | |
| 03/19/2018 | Debit | 2476517EX0VZ660YS HONEYMEE IRVINE-HARV... More | ✓ | $24.55 | |
| 03/19/2018 | Debit | 2405523EX2LZ74VN6 HU3H HUSH BANG BANG ... More | ✓ | $128.00 | |
| 03/19/2018 | Debit | 2445388EX000EBE5D AMARITUSINC_1 IRVINE... More | ✓ | $16.55 | |
| 03/16/2018 | Electronic Deposit 8843222 | BRAL REALTY ADVI9111111101DIRECT DEPPP... More | ✓ | | $801.04 |
| 03/15/2018 | Debit | 2445388ES000E57BT AMARITUSINC_1 IRVINE... More | ✓ | $14.60 | |
| 03/15/2018 | Debit | 2423168ETBMEMFYWM 85C BAKERY CAFE USA ... More | ✓ | $7.30 | |
| 03/12/2018 | Debit | AMEX EPAYMENT 0005000040ACH PMT WE... More | ✓ | $47.00 | |
| 03/12/2018 | ATM Debit | ATM WITHDRAWAL 1900 MAIN ST IR... More | ✓ | $200.00 | |
| 03/09/2018 | Debit | SO CAL EDISON CO4951240335BILL PAYMTWE... More | ✓ | $47.25 | |
| 03/09/2018 | Deposit | DEPOSIT | ✓ | | $500.00 |
| 03/07/2018 | Debit | 2470780EH0VZ7022Y BCD-IRVINE IRVINE CA | ✓ | $25.54 | |
| 03/06/2018 | Debit | AMEX EPAYMENT 0005000040ACH PMT WE... More | ✓ | $35.00 | |
| 03/05/2018 | Debit | WOODBRIDGE VILLAN953033798030218 PP... More | ✓ | $192.00 | |
| 03/02/2018 | Debit | WILLOW MAINTENAN1953344666DUES PP... More | ✓ | $648.00 | |
| 03/02/2018 | Debit | 2422369EQ0VYZB343 VIETNAM'S PEARL COST... More | ✓ | $40.25 | |
| 03/02/2018 | Electronic Deposit 9559175 | BRAL REALTY ADVI9111111101DIRECT DEPPP... More | ✓ | | $801.04 |
| 03/01/2018 | Debit | 2475542EBJLK4XASQ FARMVETCOM 615-27756... More | ✓ | $86.15 | |

## ATTACHMENT TO MOR NO 13: (XI. – Questionnaire)

### Progress made during reporting period toward filing a plan of reorganization:

As previously indicated, the Debtor filed his disclosure statement and chapter 11 plan on June 23, 2017.  However, in order to allow discovery in connection with the disclosure statement and claim objections to proceed, the hearing on approval of the disclosure statement was vacated.

At a hearing held on March 8, 2018, the court set various deadlines, including April 30, 2018 by which the Debtor shall file his first amended disclosure statement and first amended plan, a deadline of May 17, 2018 for filing objections to the first amended disclosure statement, a deadline of May 24, 2018 to file a reply to any objections to the first amended disclosure statement and setting a hearing on approval of the first amended disclosure statement for May 31, 2018.

### Potential future developments which may have a significant impact on the case:

Resolution of litigation – mediation took place on August 28, 2017.  As of this time, no settlement has been reached.

Dissolution of LLC's:

Arbitration with respect to the dissolution of Westcliff, LLC, stemming from the Westcliff Litigation has been scheduled through JAMS, with various discovery and pre-hearing dates and deadlines set pursuant to the arbitrator's scheduling order issued on January 17, 2018.  The parties were proceeding with discovery in compliance with the scheduling order and the arbitration hearing was scheduled to be held June 4 through June 6, 2018.  Pursuant to this Court's ruling on the Motions For Relief, this arbitration has been stayed and the hearing and all relevant dates pursuant to the scheduling order have been vacated, until post-plan confirmation, absent the parties' agreement to proceed prior to that time.

A demand for arbitration with respect to the dissolution of Mission Medical Investors, LLC was sent on December 19, 2017.  On March 7, 2018, the Debtor submitted his List for Selection of Arbitrator.  Pursuant to this Court's ruling on the Motions For Relief, this arbitration has been stayed, until post plan confirmation, absent the parties' agreement to proceed prior to that time.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

100 Spectrum Center Drive, Suite 600, Irvine, CA 92618

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On April 16, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) April 16, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April ____, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/16/18 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

- **Thomas H Casey**    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **Alan J Friedman**    afriedman@shbllp.com, lgauthier@shbllp.com
- **Daniel K Fujimoto**    wdk@wolffirm.com
- **Beth Gaschen**    bgaschen@wgllp.com,
  kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com;cyoshonis@lwgfllp.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Mark D Hurwitz**    mhurwitz@lsl-la.com, dsmall@lsl-la.com
- **Gary E Klausner**    gek@lnbyb.com
- **William N Lobel**    wlobel@pszjlaw.com,
  nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Kathleen J McCarthy**    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **William F McDonald**    Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com
- **Krikor J Meshefejian**    kjm@lnbrb.com
- **Babak Samini**    saminicourtnotice@gmail.com,
  bsamini@saminilaw.com;nprado@saminilaw.com;lnavarro@saminilaw.com;swatts@saminilaw.com
- **Edward G Schloss**    egs2@ix.netcom.com
- **Valerie Smith**    claims@recoverycorp.com
- **Daniel B Spitzer**    dspitzer@spitzeresq.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Zann R Welch**    ecfnotices@ascensioncapitalgroup.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                                                            **F 9013-3.1.PROOF.SERVICE**