1    GARY E. KLAUSNER (SBN 69077)
     KRIKOR J. MESHEFEJIAN (SBN 255030)
2    LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
3    10250 Constellation Boulevard, Suite 1700
     Los Angeles, California 90067
4    Telephone: (310) 229-1234; Facsimile: (310) 229-1244
     Email: gek@lnbyb.com; kjm@lnbyb.com
5

6    TOM LALLAS (SBN 66512)
     MARK D. HURWITZ (SBN 151159)
7    LEVY, SMALL & LALLAS
     A Partnership Including Professional Corporations
8    815 Moraga Drive
     Los Angeles, California 90049-1633
9    Telephone: (310) 471-3000; Facsimile: (310 471-7990
     Email: tlallas@lsl-la.com; mhurwitz@lsl-la.com
10

11    Attorneys for Creditors Barry Beitler, Betsy Boyd
     and Beitler & Associates, Inc. dba
12    Beitler Commercial Realty Services

13                 UNITED STATES BANKRUPTCY COURT

14       CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| 15   In re | Case No.  8:17-bk-10706-SC |
| 16   JOHN JEAN BRAL, | Chapter 11 |
| 17            Debtor and Debtor-In-Possession. | STATEMENT REGARDING EMAIL TO BETSY BOYD ATTACHING PROOF OF CLAIM FORM |
| 18 | |
| 19 | Date:       April 18, 2018 |
| 20 | Time:      1:30 p.m. <br> Courtroom   5C |

21
22
23
24
25
26
27
28

*i*

1    Pursuant to the Order of the Court on the record at the hearing on April 18, 2018 in the

2 above-referenced matter, counsel for creditor Betsy Boyd states as follows:

3    1. Ms. Boyd has complied with the Court's Order to send to her counsel, Tom Lallas, on

4     or before the close of business on April 20, 2018, the email that had transmitted to

5     Ms. Boyd the Proof of Claim for her signature in this matter (the "Proof of Claim

6     Email").

7    2. The chain of the transmission of the Proof of Claim Email on June 15, 2017 is as

8     follows:

9      a. Krikor Meshefejian of the Levene Neale firm, who is one of Ms. Boyd's

10      attorneys in this matter, sent the Proof of Claim Email to Donald Rezak of

11      Barry Beitler's office and to Ms. Boyd's other attorneys (Mr. Lallas, Gary

12      Klausner and Mark Hurwitz), with a copy to Mr. Beitler;

13      b. Mr. Rezak forwarded the Proof of Claim Email to Carla Victor of Mr.

14      Beitler's office; and

15      c. Ms. Victor forwarded the Proof of Claim Email to Boyd.

16    3. The attachments to the Proof of Claim Email were (i) the three-page Proof of Claim

17     form and (ii) the two-page Attachment to the Proof of Claim.

18

19 Dated: April 23, 2018    LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

20

21        By: _____
           GARY E. KLAUSNER

22           KRIKOR J. MESHEFEJIAN

23

 Dated: April 23, 2018    LEVY, SMALL & LALLAS

24         A Partnership Including Professional Corporations

25

26        By: _____
           TOM LALLAS

27           Attorneys for Creditor Betsy Boyd

28 34130

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 815 Moraga Drive, Los Angeles, CA 90049

A true and correct copy of the foregoing document entitled (*specify*): **STATEMENT REGARDING EMAIL TO BETSY BOYD ATTACHING PROOF OF CLAIM FORM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 23, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Thomas H Casey**    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **Alan J Friedman**    afriedman@shbllp.com, lgauthier@shbllp.com
- **Daniel K Fujimoto**    wdk@wolffirm.com
- **Beth Gaschen**    bgaschen@wgllp.com,
kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com;cyoshonis@lwgfllp.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Mark D Hurwitz**    mhurwitz@lsl-la.com, dsmall@lsl-la.com,kfinn@lsl-la.com
- **Gary E Klausner**    gek@lnbyb.com
- **William N. Lobel**
   wlobel@pszjlaw.com,nlockwood@pszjlaw.comjokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Kathleen J McCarthy**    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **William F McDonald**    Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com
- **Krikor J Meshefejian**    kjm@lnbrb.com
- **Babak Samini**    saminicourtnotice@gmail.com,
bsamini@saminilaw.com;nprado@saminilaw.com;lnavarro@saminilaw.com;swatts@saminilaw.com
- **Edward G Schloss**    egs2@ix.netcom.com
- **Valerie Smith**    claims@recoverycorp.com
- **Daniel B Spitzer**    dspitzer@spitzeresq.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Zann R Welch**    ecfnotices@ascensioncapitalgroup.com

☐ Service information continued on attached page

2.  <u>**SERVED BY UNITED STATES MAIL**</u>:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3.  <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u> (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 23, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Served via Overnight Mail**
Hon. Scott C. Clarkson
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130/Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 23, 2018 | Katie Finn | /s/Katie Finn |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**