UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>JOHN JEAN BRAL<br><br><div align="right">Debtor(s).</div> | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number:      8:17-bk-10706-SC<br>Operating Report Number:     14<br>For the Month Ending:     4/30/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS    65,432.29

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS    64,557.43

3. BEGINNING BALANCE:    874.86

4. RECEIPTS DURING CURRENT PERIOD:    6,302.08

5. BALANCE:    7,176.94

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD    5,928.60

7. ENDING BALANCE:    1,248.34

8. General Account Number(s):

Depository Name & Location:    *California Bank & Trust*
*1900 Main St #100, Irvine, CA 92614*

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 4/2/2018 | EFT | Jason Job | | $ 300.00 |
| 4/3/2018 | EFT | WOODBRIDGE VILLAGE | | $ 182.00 |
| 4/3/2018 | EFT | WILLOWS MAINTENANCE | | $ 314.00 |
| 4/3/2018 | EFT | AMEX PAYMENT | | $ 700.00 |
| 4/6/2018 | EFT | WASTE MANAGEMENT | | $ 35.13 |
| 4/9/2018 | EFT | CHARITY SIMON - Hair Salon | | $ 105.00 |
| 4/9/2018 | EFT | ATM WITHDRAWAL | | $ 180.00 |
| 4/9/2018 | EFT | SO CAL EDISON | | $ 51.81 |
| 4/10/2018 | EFT | AMEX PAYMENT | | $ 50.00 |
| 4/16/2018 | EFT | VIETNAM'S PEARL | | $ 44.64 |
| 4/16/2018 | EFT | AMARITUSINC_1 IRVINE | | $ 22.92 |
| 4/16/2018 | EFT | SMART N FINAL | | $ 6.99 |
| 4/16/2018 | EFT | AMERICAN HORSE PRODUCTS | | $ 29.08 |
| 4/17/2018 | EFT | WOODBRIDGE VILLAGE | | $ 182.00 |
| 4/17/2018 | EFT | SO CAL GAS | | $ 53.21 |
| 4/17/2018 | EFT | CARDMEMBER SERVICES | | $ 350.00 |
| 4/18/2018 | EFT | AMARITUSINC_1 IRVINE | | $ 24.03 |
| 4/18/2018 | EFT | UPS | | $ 3.45 |
| 4/18/2018 | EFT | SUNTRUST MORTGAGE | | $ 2,426.74 |
| 4/20/2018 | EFT | SERVICE FEE | | $ 7.00 |
| 4/20/2018 | EFT | SERVICE FEE | | $ 2.00 |
| 4/23/2018 | EFT | GARAGE C SAN | | $ 7.00 |
| 4/23/2018 | ATM | ATM WITHDRAWAL | | $ 220.00 |
| 4/23/2018 | 1024 | US TRUSTEE | | $ 325.00 |
| 4/26/2018 | EFT | AMARITUSINC_1 IRVINE | | $ 9.73 |
| 4/27/2018 | EFT | VIETNAM'S PEARL | | $ 51.48 |
| 4/30/2018 | EFT | CHARITY SIMON - Hair Salon | | $ 105.00 |
| 4/30/2018 | EFT | AMERICAN HORSE PRODUCTS | | $ 28.72 |
| 4/30/2018 | EFT | SMART N FINAL | | $ 4.99 |
| 4/30/2018 | EFT | BLOOMINGDALE | | $ 65.73 |
| 4/30/2018 | EFT | PINKBERRY | | $ 5.95 |
| 4/30/2018 | EFT | AMEX PAYMENT | | $ 35.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $ 5,928.60 |

# GENERAL ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 4/1/2018 | Balance on Statement: | 874.86 |
|---|---|---|---|

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 4/2/2018 | 1,000.00 |
| 4/9/2018 | 700.00 |
| 4/13/2018 | 801.04 |
| 4/16/2018 | 2,000.00 |
| 4/23/2018 | 1,000.00 |
| 3/30/2018 | 801.04 |

| TOTAL DEPOSITS IN TRANSIT | 6,302.08 |
|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| EFT | 4/2/2018 | $ 300.00 |
| EFT | 4/3/2018 | $ 182.00 |
| EFT | 4/3/2018 | $ 314.00 |
| EFT | 4/3/2018 | $ 700.00 |
| EFT | 4/6/2018 | $ 35.13 |
| EFT | 4/9/2018 | $ 105.00 |
| EFT | 4/9/2018 | $ 180.00 |
| EFT | 4/9/2018 | $ 51.81 |
| EFT | 4/10/2018 | $ 50.00 |
| EFT | 4/16/2018 | $ 44.64 |
| EFT | 4/16/2018 | $ 22.92 |
| EFT | 4/16/2018 | $ 6.99 |
| EFT | 4/16/2018 | $ 29.08 |
| EFT | 4/17/2018 | $ 182.00 |
| EFT | 4/17/2018 | $ 53.21 |
| EFT | 4/17/2018 | $ 350.00 |
| EFT | 4/18/2018 | $ 24.03 |
| EFT | 4/18/2018 | $ 3.45 |
| EFT | 4/18/2018 | $ 2,426.74 |
| EFT | 4/20/2018 | $ 7.00 |
| EFT | 4/20/2018 | $ 2.00 |
| EFT | 4/23/2018 | $ 7.00 |
| ATM | 4/23/2018 | $ 220.00 |
| 1024 | 4/23/2018 | $ 325.00 |
| EFT | 4/26/2018 | $ 9.73 |
| EFT | 4/27/2018 | $ 51.48 |
| EFT | 4/30/2018 | $ 105.00 |
| EFT | 4/30/2018 | $ 28.72 |
| EFT | 4/30/2018 | $ 4.99 |
| EFT | 4/30/2018 | $ 65.73 |
| EFT | 4/30/2018 | $ 5.95 |
| EFT | 4/30/2018 | $ 35.00 |

TOTAL OUTSTANDING CHECKS:                                          $3,328.60

Bank statement Adjustments:                          _____
Explanation of Adjustments-

|  |
|--|
|  |

ADJUSTED BANK BALANCE:                                          $1,248.34

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

## IV. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
### AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| SunTrust Mortgage | Monthly | 2,426.74 | 0 | 2,426.74 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 2,426.74 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | | | | |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| Others: | Household contents | 95000.00 | 6/16/2018 | 6/16/2018 |

I.D. SUMMARY SCHEDULE OF CASH

### ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

| | |
|---|---|
| General Account: | 1,248.34 |
| Payroll Account: | |
| Tax Account: | |

*Other Accounts: _____    _____

_____    _____

*Other Monies: _____

**Petty Cash (from below):    0.00

### TOTAL CASH AVAILABLE:                                    1,248.34

### Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### TOTAL PETTY CASH TRANSACTIONS:                          0.00

VI. UNITED STATES TRUSTEE QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Mar-2017 | 2,587.74 | 325.00 | 24-Apr-2017 | 325.00 | 0.00 |
| 30-Jun-2017 | 16,054.67 | 650.00 | 20-Jul-2017 | 650.00 | 0.00 |
| 31-Oct-2017 | 15,218.03 | 650.00 | 26-Oct-2017 | 650.00 | 0.00 |
| 31-Dec-2017 | 15,118.65 | 650.00 | 29-Jan-2018 | 650.00 | 0.00 |
| 30-Apr-2018 | 13,735.85 | 325.00 | 23-Apr-2018 | 325.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VI. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

II. QUESTIONNAIRE

|  | No | Yes |
|---|---|---|
| 1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | ____ |

_____

|  | No | Yes |
|---|---|---|
| 2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | ____ |

_____

3. State what progress was made during the reporting period toward filing a plan of reorganization
See Attached

_____

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  | No | Yes |
|---|---|---|
| 6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | ____ |

_____

I,   John Jean Bral
     declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_____          _____
5/15/18                                                                            
Date                                          Page 8 of 8          Principal for debtor-in-possession

**Regular Checking - xxxxxx4022**

### TRANSACTIONS PENDING

| Date | Transaction | Description | Status | Debit (-) | Credit (+) |
|------|-------------|-------------|--------|-----------|------------|
| | | **No Pending Transactions** | | | |

### TRANSACTIONS CLEARED BETWEEN 04/01/2018 AND 04/30/2018

| Date | Transaction | Description | Status | Debit (-) | Credit (+) |
|------|-------------|-------------|--------|-----------|------------|
| 04/30/2018 | Debit | AMEX EPAYMENT 0005000040ACH PMT WE... More | ✓ | $35.00 | |
| 04/30/2018 | Debit | 2475542G83GW6Y9RZ PINKBERRY NEWPORT BE... More | ✓ | $5.95 | |
| 04/30/2018 | Debit | 2444573G8HESTSA5R BLOOMINGDALES NEWPOR... More | ✓ | $65.73 | |
| 04/30/2018 | Debit | 2416407G7V16BZWBA SMARTNFINAL375105037... More | ✓ | $4.99 | |
| 04/30/2018 | Debit | 2475542G685W1VTAF AMERICAN HORSE PRODU... More | ✓ | $28.72 | |
| 04/30/2018 | Debit | 2469216G62XEY7A6X SQ *CHARITY SIMON Co... More | ✓ | $105.00 | |
| 04/27/2018 | Debit | 2422369G30VYYYJ1H VIETNAM'S PEARL REST... More | ✓ | $51.48 | |
| 04/27/2018 | Electronic Deposit 4359982 | BRAL REALTY ADVI9111111101DIRECT DEPPP... More | ✓ | | $801.04 |
| 04/26/2018 | Debit | 2445388G4000HJ77Z AMARITUSINC_1 IRVINE... More | ✓ | $9.73 | |
| 04/23/2018 | Check 1024 | CHECK | ✓ | $325.00 | |
| 04/23/2018 | ATM Debit | ATM WITHDRAWAL 24012 CALLE DE ... More | ✓ | $220.00 | |
| 04/23/2018 | Debit | 2429910FY03T1HFXA 61056 - GARAGE C SAN... More | ✓ | $7.00 | |
| 04/23/2018 | Deposit | DEPOSIT | ✓ | | $1,000.00 |
| 04/20/2018 | Fee | STATEMENT DEBIT OPTION | ✓ | $2.00 | |
| 04/20/2018 | Service Charge | SERVICE FEE | ✓ | $7.00 | |
| 04/18/2018 | Debit | SUNTRUST MORTG 3540259290MTG PMTS TE... More | ✓ | $2,426.74 | |
| 04/18/2018 | Debit | 2444500FW00WB94DD USPS PO 0537110251 I... More | ✓ | $3.45 | |
| 04/18/2018 | Debit | 2445388FV000GTBHB AMARITUSINC_1 IRVINE... More | ✓ | $24.03 | |
| 04/17/2018 | Debit | CARDMEMBER SERV 5911111111WEB PYMT WE... More | ✓ | $350.00 | |
| 04/17/2018 | Debit | SO CAL GAS 1992052494PAID SCGC WE... More | ✓ | $53.21 | |
| 04/17/2018 | Debit | WOODBRIDGE VILLAN953033798041618 PP... More | ✓ | $182.00 | |
| 04/16/2018 | Debit | 2475542FR85PTHVK4 AMERICAN HORSE PRODU... More | ✓ | $29.08 | |
| 04/16/2018 | Debit | 2416407FTV16BSNX0 SMARTNFINAL375105037... More | ✓ | $6.99 | |
| 04/16/2018 | Debit | 2445388FT000GK3V9 AMARITUSINC_1 IRVINE... More | ✓ | $22.92 | |
| 04/16/2018 | Debit | 2422369FT0W00DW53 VIETNAM'S PEARL REST... More | ✓ | $44.64 | |
| 04/16/2018 | Deposit | DEPOSIT | ✓ | | $2,000.00 |
| 04/13/2018 | Electronic Deposit 5530714 | BRAL REALTY ADVI9111111101DIRECT DEPPP... More | ✓ | | $801.04 |
| 04/10/2018 | Debit | AMEX EPAYMENT 0005000040ACH PMT WE... More | ✓ | $50.00 | |
| 04/09/2018 | Debit | SO CAL EDISON CO4951240335BILL PAYMTWE... More | ✓ | $51.81 | |
| 04/09/2018 | ATM Debit | ATM WITHDRAWAL 1900 MAIN ST IR... More | ✓ | $180.00 | |
| 04/09/2018 | Debit | 2469216FH2XN32ZR3 SQ *CHARITY SIMON Co... More | ✓ | $105.00 | |
| 04/09/2018 | Deposit | DEPOSIT | ✓ | | $700.00 |
| 04/06/2018 | Debit | WASTE MANAGEMENT9049038216INTERNET PP... More | ✓ | $35.13 | |
| 04/03/2018 | Debit | AMEX EPAYMENT 0005000008ACH PMT WE... More | ✓ | $700.00 | |
| 04/03/2018 | Debit | WILLOW MAINTENAN1953344666DUES PP... More | ✓ | $314.00 | |
| 04/03/2018 | Debit | WOODBRIDGE VILLAN953033798040218 PP... More | ✓ | $182.00 | |
| 04/02/2018 | Debit | 2424818F9003AHWHH VENMO* Visa Direct NY | ✓ | $300.00 | |
| 04/02/2018 | Deposit | DEPOSIT | ✓ | | $1,000.00 |

## **ATTACHMENT TO MOR NO 14: (XI. – Questionnaire)**

**Progress made during reporting period toward filing a plan of reorganization:**

On April 30, 2018, the Debtor filed his First Amended Disclosure Statement Describing First Amended Chapter 11 Plan and First Amended Chapter 11 Plan.

A hearing on approval of the First Amended Disclosure Statement is scheduled to be heard on May 31, 2018.

**Potential future developments which may have a significant impact on the case:**

Resolution of litigation – mediation took place on August 28, 2017.  As of this time, no settlement has been reached.

Dissolution of LLC's:

Arbitration with respect to the dissolution of Westcliff, LLC, stemming from the Westcliff Litigation has been scheduled through JAMS, with various discovery and pre-hearing dates and deadlines set pursuant to the arbitrator's scheduling order issued on January 17, 2018.  The parties were proceeding with discovery in compliance with the scheduling order and the arbitration hearing was scheduled to be held June 4 through June 6, 2018.  Pursuant to this Court's ruling on the Motions For Relief, this arbitration has been stayed and the hearing and all relevant dates pursuant to the scheduling order have been vacated, until post-plan confirmation, absent the parties' agreement to proceed prior to that time.

A demand for arbitration with respect to the dissolution of Mission Medical Investors, LLC was sent on December 19, 2017.  On March 7, 2018, the Debtor submitted his List for Selection of Arbitrator.  Pursuant to this Court's ruling on the Motions For Relief, this arbitration has been stayed, until post plan confirmation, absent the parties' agreement to proceed prior to that time.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

100 Spectrum Center Drive, Suite 600, Irvine, CA 92618

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On May 15, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) May _____, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May _____, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/15/18 | Lori Gauthier | /s/ Lori Gauthier |
|---------|---------------|-------------------|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                          **F 9013-3.1.PROOF.SERVICE**

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Thomas H Casey**    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **Alan J Friedman**    afriedman@shbllp.com, lgauthier@shbllp.com
- **Daniel K Fujimoto**    wdk@wolffirm.com
- **Beth Gaschen**    bgaschen@wgllp.com,
  kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Mark D Hurwitz**    mhurwitz@lsl-la.com, dsmall@lsl-la.com,kfinn@lsl-la.com
- **Gary E Klausner**    gek@lnbyb.com
- **William N Lobel**    wlobel@pszjlaw.com,
  nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Kathleen J McCarthy**    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **William F McDonald**    Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com
- **Krikor J Meshefejian**    kjm@lnbrb.com
- **Babak Samini**    saminicourtnotice@gmail.com,
  bsamini@saminilaw.com;nprado@saminilaw.com;lnavarro@saminilaw.com;swatts@saminilaw.com
- **Edward G Schloss**    egs2@ix.netcom.com
- **Valerie Smith**    claims@recoverycorp.com
- **Daniel B Spitzer**    dspitzer@spitzeresq.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Zann R Welch**    ecfnotices@ascensioncapitalgroup.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                        **F 9013-3.1.PROOF.SERVICE**