William N. Lobel (CA Bar No. 93202)
wlobel@pszjlaw.com
**PACHULSKI STANG ZIEHL & JONES LLP**
650 Town Center Drive, Suite 1500
Costa Mesa, CA  92626
Telephone:  (714) 384-4740
Facsimile:  (714) 384-4741

Special Reorganization Counsel for
Debtor and Debtor-in-Possession, John Jean Bral

Alan J. Friedman (CA Bar No. 132580)
afriedman@shbllp.com
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:  (949) 340-3400
Facsimile:  (949) 340-3000

Attorneys for Debtor and Debtor-in-Possession,
John Jean Bral

FILED & ENTERED

JUN 05 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY nbolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JOHN JEAN BRAL,<br><br>      Debtor and Debtor-in-Possession. | Case No:  8:17-bk-10706 SC<br><br>Chapter 11<br><br>**SCHEDULING ORDER ON FILING OF AND HEARING ON DEBTOR'S SECOND AMENDED DISCLOSURE STATEMENT DESCRIBING SECOND AMENDED CHAPTER 11 PLAN AND SECOND AMENDED CHAPTER 11 PLAN**<br><br>Hearing on Approval of Disclosure Statement<br>Date:  July 19, 2018<br>Time:  11:00 a.m.<br>Courtroom:  5C |

      Pursuant to the Court's ruling at the hearing held on May 31, 2018, with respect to the Debtor's First Amended Disclosure Statement Describing First Amended Chapter 11 Plan [Docket

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5429-000\1230332.1

No. 415] and his First Amended Chapter 11 Plan [Docket No. 416], the Court directed counsel for Debtor to submit a Scheduling Order as to the dates set forth below.

SCHEDULING ORDER

The Court hereby sets the following deadlines with respect to the filing of and hearing on the Debtor's Second Amended Disclosure Statement Describing Second Amended Chapter 11 Plan (the "<u>Second Amended Disclosure Statement</u>") and Second Amended Chapter 11 Plan ("<u>Second Amended Plan</u>"):

1. The deadline for the Debtor to file the Second Amended Disclosure Statement is June 8, 2018.

2. The deadline for the Debtor to file the Second Amended Plan is June 8, 2018.

3. The deadline to file objections to the Second Amended Disclosure Statement is June 28, 2018.

4. The deadline for the Debtor to file a reply to any objections to the Second Amended Disclosure Statement is July 12, 2018.

5. The hearing on approval of the Second Amended Disclosure Statement shall be held on July 19, 2018 at 11:00 a.m.

6. The Debtor's exclusivity period to obtain acceptances of his Second Amended Plan shall remain in place such that said period is extended to and including July 19, 2018, the date set by the Court for hearing on the Second Amended Disclosure Statement.

**IT IS SO ORDERED.**

### 

Date: June 5, 2018

Scott C. Clarkson
United States Bankruptcy Judge

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5429-000\1230332.1    2