William N. Lobel (CA Bar No. 93202)
wlobel@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626
Telephone: (714) 384-4740
Facsimile: (714) 384-4741

Special Reorganization Counsel for
Debtor and Debtor-in-Possession, John Jean Bral

Alan J. Friedman (CA Bar No. 132580)
afriedman@shbllp.com
SHULMAN HODGES & BASTIAN LLP
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000

Attorneys for Debtor and Debtor-in-Possession,
John Jean Bral

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JOHN JEAN BRAL,<br><br>Debtor and Debtor-in-Possession. | Case No: 8:17-bk-10706 SC<br><br>Chapter 11<br><br>**SUPPLEMENTAL NOTICE OF HEARING ON SHORTENED TIME ON MOTION TO STRIKE BEITLER CREDITORS' DECLARATIONS AND PORTIONS OF THEIR SUPPLEMENTAL OPPOSITION**<br><br>**[Relates to Docket No. 507]**<br><br>**Hearing Date and Time:**<br><br>DATE: July 19, 2018<br>TIME: 11:00 a.m.<br>PLACE: Courtroom 5C |

1
NOTICE OF HEARING ON SHORTENED TIME

DOCS_LA:315772.1 10601/001

**TO THE OFFICE OF THE UNITED STATES TRUSTEE AND OTHER INTERESTED PARTIES ENTITLED TO NOTICE:**

  **PLEASE TAKE NOTICE** that on July 19, 2018 at 11:00 a.m., in Courtroom 5C located at 411 West Fourth Street, Santa Ana, California, the Court is scheduled to hold a hearing (the "Hearing") on shortened notice on the *Motion to Strike Beitler Creditors' Declarations and Portions of Their Supplemental Opposition* (the "Motion") [Docket No. 507][1] filed by John J. Bral, the debtor and debtor-in-possession in the above-captioned case (the "Debtor").

  **PLEASE TAKE FURTHER NOTICE** that pursuant to the Order Granting Application and Setting Hearing on Shortened Notice with Respect to the Motion (the "Order"), **no later than July 18, 2018 at 12:00 p.m.,** any opposition to the Motion must be (1) filed with the Court; (2) served via email upon William N. Lobel of Pachulski Stang Ziehl & Jones LLP at wlobel@pszjlaw.com and Alan J. Friedman of Shulman Hodges & Bastian LLP at afriedman@shbllp.com; (3) served via personal delivery to chambers; and (4) served via personal delivery (electronic service is not permitted) to the United States Trustee.  Failure to timely file and serve an objection may be deemed by the Court to be consent to the granting of the relief sought in the Motion.

  **PLEASE TAKE FURTHER NOTICE** that any reply to opposition may be made orally at the Hearing.

---

[1] The title of the Motion filed as docket no. 507, had the incorrect title on the face-page.  In order to alleviate any confusion, the Debtor intends to file an errata correcting the title of the Motion.

**PLEASE TAKE FURTHER NOTICE** that this notice supplements the written notice, served via email, prior to the Court's imposed deadline as set forth in the Order.

Dated: July 13, 2018        PACHULSKI STANG ZIEHL & JONES LLP

By:   /s/ *William N. Lobel*
William N. Lobel
Special Reorganization Counsel for John J. Bral, Debtor and Debtor-in-Possession

Dated: July 13, 2018        SHULMAN HODGES & BASTIAN LLP

By:   
Alan J. Friedman
Attorneys for John J. Bral, Debtor and Debtor-in-Possession

---

3
NOTICE OF HEARING ON SHORTENED TIME

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled **SUPPLEMENTAL NOTICE OF HEARING ON SHORTENED TIME ON MOTION TO STRIKE BEITLER CREDITORS' DECLARATIONS AND PORTIONS OF THEIR SUPPLEMENTAL OPPOSITION** will be served or was served (a) on the judge in chamber in the form and manner required by LBR 5005-2(d); and the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **7/13/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **(see attached service list)**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/13/2018 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* 

DOCS_LA:315708.1 10601/001

**F 9013-3.1.PROOF.SERVICE**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

   - **Thomas H Casey**     kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
   - **Alan J Friedman**    afriedman@shbllp.com, lgauthier@shbllp.com
   - **Daniel K Fujimoto**  wdk@wolffirm.com
   - **Beth Gaschen**  bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
   - **Michael J Hauser**   michael.hauser@usdoj.gov
   - **Mark D Hurwitz**     mhurwitz@lsl-la.com, dsmall@lsl-la.com,kfinn@lsl-la.com
   - **Gary E Klausner**    gek@lnbyb.com
   - **William N Lobel**    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
   - **Kathleen J McCarthy**   kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
   - **William F McDonald**   Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com
   - **Krikor J Meshefejian**  kjm@lnbrb.com
   - **Babak Samini**   saminicourtnotice@gmail.com, bsamini@saminilaw.com;nprado@saminilaw.com;lnavarro@saminilaw.com;swatts@saminilaw.com
   - **Edward G Schloss**   egs2@ix.netcom.com
   - **Valerie Smith**   claims@recoverycorp.com
   - **Daniel B Spitzer**   dspitzer@spitzeresq.com
   - **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
   - **Zann R Welch**   ecfnotices@ascensioncapitalgroup.com

2. <u>**SERVED BY OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u>:

   <u>Via Personal Delivery on 7/16/2018</u>:
   The Honorable Scott C. Clarkson, United States Bankruptcy Court,
   Central District of California, Ronald Reagan Federal Building and Courthouse
   411 West Fourth Street, Suite 5130 (courtesy bin)
   Santa Ana, CA 92701-4593

   <u>Via Email on 7/13/2018</u>

   Gary E. Klausner GEK@lnbyb.com
   Krikor J. Meshefejian KJM@lnbyb.com
   Tom Lallas tlallas@lsl-la.com
   Mark D. Hurwitz mhurwitz@isl-la.com
   Michael Hauser michael.hauser@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.