William N. Lobel (CA Bar No. 93202)
wlobel@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626
Telephone: (714) 384-4740
Facsimile: (714) 384-4741

Special Reorganization Counsel for
Debtor and Debtor-in-Possession, John Jean Bral

Alan J. Friedman (CA Bar No. 132580)
afriedman@shbllp.com
SHULMAN HODGES & BASTIAN LLP
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000

Attorneys for Debtor and Debtor-in-Possession,
John Jean Bral

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JOHN JEAN BRAL,<br><br>Debtor and Debtor-in-Possession. | Case No: 8:17-bk-10706 SC<br><br>Chapter 11<br><br>**DECLARATION OF NANCY LOCKWOOD REGARDING NOTICE OF HEARING ON SHORTENED TIME ON MOTION TO STRIKE BEITLER CREDITORS' DECLARATIONS AND PORTIONS OF THEIR SUPPLEMENTAL OPPOSITION**<br><br>[Relates to Docket Nos. 507, 510 and 513 ]<br><br>**Hearing Date and Time:**<br><br>DATE: July 19, 2018<br>TIME: 11:00 a.m.<br>PLACE: Courtroom 5C |

DECLARATION OF NOTICE OF HEARING ON SHORTENED TIME

I, Nancy Lockwood, declare as follows:

1. I am a paralegal with the law offices of Pachulski Stang Ziehl & Jones LLP (the "Firm") attorneys for John Jean Bral, the debtor and debtor-in-possession in the above-captioned bankruptcy case (the "Debtor"). The following matters are true and correct and within my own personal knowledge and belief, and if called as a witness, I could and would competently testify thereto. I am filing this declaration in support of the *Motion to Strike Beitler Creditors' Declarations and Portions of Supplemental Opposition* (the "Motion") [Docket no. 507].

2. On July 13, 2018 at approximately 6:15 I received a telephone call from Jennifer O'Keefe, the Firm's legal assistant, regarding the noticing requirements for the *Order Granting Application and Setting Hearing on Shortened Notice Regarding the Motion to Strike Beitler Creditors' Declarations and Portions of Supplemental Opposition* (the "Order") [Docket no. 513] received via the Firm's electronic notice at or about 6:05 p.m.

3. Pursuant to my conversation with Ms. O'Keefe, she had just received an urgent telephone call from Alan Friedman of Shulman Hodges & Bastian LLP, counsel for the Debtor, regarding the noticing requirements imposed by the Order. Ms. O'Keefe was in route to Firm's office to effectuate service.

4. Once Ms. O'Keefe arrived at the office, she gave telephonic notice to those parties required by the Order, and as further required by the Order, she sent emails to those parties required by the Order (*See Declaration of Jennifer O'Keefe Regarding Notice of Hearing on shortened Time on Motion to Strike Beitler Creditors' Declarations and Portions of Their Supplemental Opposition filed as docket no. 517).* (the "O'Keefe Declaration"). Attached hereto as Exhibit "A" is a true and correct copy of the O'Keefe Declaration.

5. At approximately 10:15 p.m. on July 13, 2018, I sent to those parties entitled to receive notice as required by the Order a *Supplemental Notice of Hearing on Shortened Time on Motion to Strike Beitler Creditors' Declarations and Portions of their Supplemental Opposition* (the "Supplemental Notice") and caused the same to be filed on July 13, 2018 [Docket no. 515]. Attached hereto as Exhibit "B" is a true and correct copy of the Supplemental Notice.

6. Pursuant to paragraph 3(b)(3) of the Order, "*no later than the deadlines given, written*

*notice of the hearing and a copy of this order must be served upon all persons/entities listed using: one of the methods checked."* Subsection (A) to paragraph 3(b)(3) of the Order allows for service by email, except to the United States Trustee (*electronic notice not permitted*) and the Judge's copy must be personally delivered to chambers.

7. Pursuant to paragraph 3(b)(4) of the Order, *"no later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any) must be served upon all persons/entities listed using: one of the methods checked."* Subsection (A) to paragraph 3(b)(4) of the Order allows for service by email, except to the United States Trustee (*electronic notice not permitted*) and the Judge's copy must be personally delivered it chambers. In our efforts to comply with the Order's 7:00 pm deadline, we failed to note that personal service on the United States Trustee (the "UST") and the Court's chambers was also required by 7:00 pm.

8. However, given the shortness of time from when we received notice of the Order, even had we noted the personal service requirements, we would not have had enough time to effectuate personal service on the UST and the Court's chambers by the 7:00 pm deadline as we just barely met the deadline with respect to the email and telephonic service requirements.

9. On Monday, July 16, 2018, we personally delivered to the United States Trustee, the following:

   a. Motion [Docket no. 507];
   b. Request for Judicial Notice [Docket no. 508];
   c. Appendix of Unpublished Cases [Docket no. 509];
   d. Application for Order Shortening Time [Docket no. 510];
   e. Declaration of Alan J. Friedman in Support of Application for Order Shortening Time [Docket no. 511];
   f. Order [Docket no. 513];
   g. Supplemental Notice [Docket no. 515]; and
   h. The O'Keefe Declaration [Docket no. 517].

10. On Monday, July 16, 2018, we personally delivered to chambers the Supplemental Notice; the O'Keefe Declaration; and the Order.[1]

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed July 17, 2018 at Costa Mesa, CA.

_____
Nancy Lockwood

---

[1] Courtesy copies of the Debtor's pleadings filed as Docket Nos. 507, 508, 509, 510 and 511 were sent via overnight mail to chambers on July 12, 2018 to be delivered on July 13, 2018.

4

<u>EXHIBIT "A"</u>

1 William N. Lobel (CA Bar No. 93202)
wlobel@pszjlaw.com
2 PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
3 Costa Mesa, CA 92626
Telephone: (714) 384-4740
4 Facsimile: (714) 384-4741

5 Special Reorganization Counsel for
Debtor and Debtor-in-Possession, John Jean Bral
6
Alan J. Friedman (CA Bar No. 132580)
7 afriedman@shbllp.com
SHULMAN HODGES & BASTIAN LLP
8 100 Spectrum Center Drive, Suite 600
Irvine, California 92618
9 Telephone: (949) 340-3400
Facsimile: (949) 340-3000
10
Attorneys for Debtor and Debtor-in-Possession,
11 John Jean Bral

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No: 8:17-bk-10706 SC |
| | Chapter 11 |
| JOHN JEAN BRAL, | **DECLARATION OF JENNIFER O'KEEFE REGARDING NOTICE OF HEARING ON SHORTENED TIME ON MOTION TO STRIKE BEITLER CREDITORS' DECLARATIONS AND PORTIONS OF THEIR SUPPLEMENTAL OPPOSITION** |
| Debtor and Debtor-in-Possession. | |
| | [Relates to Docket Nos. 507, 510 and 513 ] |
| | **Hearing Date and Time:** |
| | DATE: July 19, 2018
TIME: 11:00 a.m.
PLACE: Courtroom 5C |

DOCS_LA:315780.1 10601/001

1

DECLARATION OF NOTICE OF HEARING ON SHORTENED TIME

I, Jennifer O'Keefe, declare as follows:

1. I am a legal assistant with the law offices of Pachulski Stang Ziehl & Jones LLP, attorneys for John Jean Bral, the debtor and debtor-in-possession in the above-captioned bankruptcy case (the "Debtor"). The following matters are true and correct and within my own personal knowledge and belief, and if called as a witness, I could and would competently testify thereto.

2. On July 13, 2018, between the hours of 6:40 p.m. through 6:55 p.m., (Pacific Standard Time), I telephoned the parties as set forth below regarding the hearing set on shortened time on Debtor's Motion to Strike Beitler Creditors' Declarations and Portions of Their Supplemental Opposition.

3. The following summarizes the results of my efforts:

| Party Contacted | Result | Written Notice, Motion and OST Order |
|---|---|---|
| Gary E. Klausner | Left voicemail message on the Levene, Neale, Bender Yoo & Brill LLP's general mailbox, as well as a voicemail message on Mr. Klausner's direct mailbox. | Via email to gek@lnbyb.com |
| Krikor J. Meshefejian | Left voicemail message on the Levene, Neale, Bender Yoo & Brill LLP's general mailbox, as well as a voicemail message on Mr. Meshefejian's direct mailbox. | Via email at KJM@lnbyb.com |
| Tom Lallas | Left voicemail message on the Levy, Small & Lallas's general mailbox. | Via email at tlallas@lsl-la.com |

DOCS_LA:315780.1 10601/001

2

DECLARATION OF NOTICE OF HEARING ON SHORTENED TIME

| | | |
|---|---|---|
| Mark D. Hurtwitz | Left voicemail message on the Levy, Small & Lallas general mailbox. | Via email at mhurwtiz@lsl-la.com |
| Office of the United States Trustee ("UST") | Left voicemail message on the UST's general mailbox. | Via email to michael.hauser@usdoj.gov; ustpregion16.sa.ecf@usdoj.gov |

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

_____
Jennifer O'Keefe

DOCS_LA:315780.1 10601/001            3
DECLARATION OF NOTICE OF HEARING ON SHORTENED TIME

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled **DECLARATION OF JENNIFER O'KEEFE REGARDING NOTICE OF HEARING ON SHORTENED TIME ON MOTION TO STRIKE BEITLER CREDITORS' DECLARATIONS AND PORTIONS OF THEIR SUPPLEMENTAL OPPOSITION** will be served or was served (a) on the judge in chamber in the form and manner required by LBR 5005-2(d); and the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **7/16/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **7/16/2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/16/2018 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:315708.1 10601/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Thomas H Casey**    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **Alan J Friedman**    afriedman@shbllp.com, lgauthier@shbllp.com
- **Daniel K Fujimoto**    wdk@wolffirm.com
- **Beth Gaschen**    bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Mark D Hurwitz**    mhurwitz@lsl-la.com, dsmall@lsl-la.com,kfinn@lsl-la.com
- **Gary E Klausner**    gek@lnbyb.com
- **William N Lobel**    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Kathleen J McCarthy**    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **William F McDonald**    Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com
- **Krikor J Meshefejian**    kjm@lnbrb.com
- **Babak Samini**    saminicourtnotice@gmail.com, bsamini@saminilaw.com;nprado@saminilaw.com;lnavarro@saminilaw.com;swatts@saminilaw.com
- **Edward G Schloss**    egs2@ix.netcom.com
- **Valerie Smith**    claims@recoverycorp.com
- **Daniel B Spitzer**    dspitzer@spitzeresq.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Zann R Welch**    ecfnotices@ascensioncapitalgroup.com

2. **SERVED BY OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:**

Via Personal Delivery:
The Honorable Scott C. Clarkson, United States Bankruptcy Court,
Central District of California, Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 (courtesy bin)
Santa Ana, CA 92701-4593

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:315708.1 10601/001

**F 9013-3.1.PROOF.SERVICE**

EXHIBIT "A"
Page 9

EXHIBIT "B"

```
 1  William N. Lobel (CA Bar No. 93202)
    wlobel@pszjlaw.com
 2  PACHULSKI STANG ZIEHL & JONES LLP
    650 Town Center Drive, Suite 1500
 3  Costa Mesa, CA 92626
    Telephone:  (714) 384-4740
 4  Facsimile:  (714) 384-4741

 5  Special Reorganization Counsel for
    Debtor and Debtor-in-Possession, John Jean Bral
 6
    Alan J. Friedman (CA Bar No. 132580)
 7  afriedman@shbllp.com
    SHULMAN HODGES & BASTIAN LLP
 8  100 Spectrum Center Drive, Suite 600
    Irvine, California 92618
 9  Telephone:  (949) 340-3400
    Facsimile:  (949) 340-3000
10
    Attorneys for Debtor and Debtor-in-Possession,
11  John Jean Bral
```

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re: | Case No: 8:17-bk-10706 SC |
|---|---|
| | Chapter 11 |
| JOHN JEAN BRAL, | **SUPPLEMENTAL NOTICE OF HEARING ON SHORTENED TIME ON MOTION TO STRIKE BEITLER CREDITORS' DECLARATIONS AND PORTIONS OF THEIR SUPPLEMENTAL OPPOSITION** |
| Debtor and Debtor-in-Possession. | |
| | **[Relates to Docket No. 507]** |
| | **Hearing Date and Time:** |
| | DATE:   July 19, 2018
TIME:   11:00 a.m.
PLACE: Courtroom 5C |

1

NOTICE OF HEARING ON SHORTENED TIME

**TO THE OFFICE OF THE UNITED STATES TRUSTEE AND OTHER INTERESTED PARTIES ENTITLED TO NOTICE:**

  **PLEASE TAKE NOTICE** that on July 19, 2018 at 11:00 a.m., in Courtroom 5C located at 411 West Fourth Street, Santa Ana, California, the Court is scheduled to hold a hearing (the "Hearing") on shortened notice on the *Motion to Strike Beitler Creditors' Declarations and Portions of Their Supplemental Opposition* (the "Motion") [Docket No. 507][1] filed by John J. Bral, the debtor and debtor-in-possession in the above-captioned case (the "Debtor").

  **PLEASE TAKE FURTHER NOTICE** that pursuant to the Order Granting Application and Setting Hearing on Shortened Notice with Respect to the Motion (the "Order"), **no later than July 18, 2018 at 12:00 p.m.,** any opposition to the Motion must be (1) filed with the Court; (2) served via email upon William N. Lobel of Pachulski Stang Ziehl & Jones LLP at wlobel@pszjlaw.com and Alan J. Friedman of Shulman Hodges & Bastian LLP at afriedman@shbllp.com; (3) served via personal delivery to chambers; and (4) served via personal delivery (electronic service is not permitted) to the United States Trustee. Failure to timely file and serve an objection may be deemed by the Court to be consent to the granting of the relief sought in the Motion.

  **PLEASE TAKE FURTHER NOTICE** that any reply to opposition may be made orally at the Hearing.

---

[1] The title of the Motion filed as docket no. 507, had the incorrect title on the face-page. In order to alleviate any confusion, the Debtor intends to file an errata correcting the title of the Motion.

NOTICE OF HEARING ON SHORTENED TIME

**PLEASE TAKE FURTHER NOTICE** that this notice supplements the written notice, served via email, prior to the Court's imposed deadline as set forth in the Order.

Dated: July 13, 2018          PACHULSKI STANG ZIEHL & JONES LLP

By:  /s/ William N. Lobel
William N. Lobel
Special Reorganization Counsel for John J. Bral, Debtor and Debtor-in-Possession

Dated: July 13, 2018          SHULMAN HODGES & BASTIAN LLP

By:  
Alan J. Friedman
Attorneys for John J. Bral, Debtor and Debtor-in-Possession

3
NOTICE OF HEARING ON SHORTENED TIME

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled **SUPPLEMENTAL NOTICE OF HEARING ON SHORTENED TIME ON MOTION TO STRIKE BEITLER CREDITORS' DECLARATIONS AND PORTIONS OF THEIR SUPPLEMENTAL OPPOSITION** will be served or was served (a) on the judge in chamber in the form and manner required by LBR 5005-2(d); and the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **7/13/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **(see attached service list)**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/13/2018 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:315708.1 10601/001

**F 9013-3.1.PROOF.SERVICE**

EXHIBIT "B"
Page 13

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

  - **Thomas H Casey**     kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
  - **Alan J Friedman**     afriedman@shbllp.com, lgauthier@shbllp.com
  - **Daniel K Fujimoto**     wdk@wolffirm.com
  - **Beth Gaschen**     bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
  - **Michael J Hauser**     michael.hauser@usdoj.gov
  - **Mark D Hurwitz**     mhurwitz@lsl-la.com, dsmall@lsl-la.com,kfinn@lsl-la.com
  - **Gary E Klausner**     gek@lnbyb.com
  - **William N Lobel**     wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
  - **Kathleen J McCarthy**     kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
  - **William F McDonald**     Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com
  - **Krikor J Meshefejian**     kjm@lnbrb.com
  - **Babak Samini**     saminicourtnotice@gmail.com, bsamini@saminilaw.com;nprado@saminilaw.com;lnavarro@saminilaw.com;swatts@saminilaw.com
  - **Edward G Schloss**     egs2@ix.netcom.com
  - **Valerie Smith**     claims@recoverycorp.com
  - **Daniel B Spitzer**     dspitzer@spitzeresq.com
  - **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
  - **Zann R Welch**     ecfnotices@ascensioncapitalgroup.com

2. **SERVED BY OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:

  Via Personal Delivery on 7/16/2018:
  The Honorable Scott C. Clarkson, United States Bankruptcy Court,
  Central District of California, Ronald Reagan Federal Building and Courthouse
  411 West Fourth Street, Suite 5130 (courtesy bin)
  Santa Ana, CA 92701-4593

  Via Email on 7/13/2018

  Gary E. Klausner GEK@lnbyb.com
  Krikor J. Meshefejian KJM@lnbyb.com
  Tom Lallas tlallas@lsl-la.com
  Mark D. Hurwitz mhurwitz@isl-la.com
  Michael Hauser michael.hauser@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:315708.1 10601/001

**F 9013-3.1.PROOF.SERVICE**
EXHIBIT "B"
Page 14

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled **DECLARATION OF NANCY LOCKWOOD REGARDING NOTICE OF HEARING ON SHORTENED TIME ON MOTION TO STRIKE BEITLER CREDITORS' DECLARATIONS AND PORTIONS OF THEIR SUPPLEMENTAL OPPOSITION** will be served or was served (a) on the judge in chamber in the form and manner required by LBR 5005-2(d); and the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **7/17/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **7/17/2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/17/2018 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* 

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:315708.1 10601/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Thomas H Casey**     kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **Alan J Friedman**     afriedman@shbllp.com, lgauthier@shbllp.com
- **Daniel K Fujimoto**     wdk@wolffirm.com
- **Beth Gaschen**     bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
- **Michael J Hauser**     michael.hauser@usdoj.gov
- **Mark D Hurwitz**     mhurwitz@lsl-la.com, dsmall@lsl-la.com,kfinn@lsl-la.com
- **Gary E Klausner**     gek@lnbyb.com
- **William N Lobel**     wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Kathleen J McCarthy**     kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **William F McDonald**     Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com
- **Krikor J Meshefejian**     kjm@lnbrb.com
- **Babak Samini**     saminicourtnotice@gmail.com, bsamini@saminilaw.com;nprado@saminilaw.com;lnavarro@saminilaw.com;swatts@saminilaw.com
- **Edward G Schloss**     egs2@ix.netcom.com
- **Valerie Smith**     claims@recoverycorp.com
- **Daniel B Spitzer**     dspitzer@spitzeresq.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
- **Zann R Welch**     ecfnotices@ascensioncapitalgroup.com

2. **SERVED BY OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:

Via Personal Delivery:
The Honorable Scott C. Clarkson, United States Bankruptcy Court,
Central District of California, Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 (courtesy bin)
Santa Ana, CA 92701-4593

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.