

**FILED & ENTERED**

JUL 19 2018

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** nbolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – Santa Ana Division

In re

John Jean Bral,

    Debtor and Debtor-in-Possession.

Case No. 8:17-bk-10706-SC

Chapter 11

**ORDER SUA SPONTE REQUIRING PARTIES TO PARTICIPATE IN MANDATORY MEDIATION**

    The Court *sua sponte* orders Debtor John Jean Bral and Creditors Barry Beitler and Betsy Boyd (collectively, the "Parties") to participate in a mandatory mediation on all issues. The mediation is to be conducted by an accredited mediator and completed by no later than August 17, 2018. The Parties shall file a report regarding the completion of the mediation by no later than August 20, 2018.

    IT IS SO ORDERED.

Date: July 19, 2018

Scott C. Clarkson
United States Bankruptcy Judge