William N. Lobel (State Bar No. 93202)
**PACHULSKI STANG ZIEHL & JONES LLP**
650 Town Center Drive, Suite 1500
Costa Mesa, California 92626
Telephone:  (714) 383-4740
Facsimile:    (714) 383-4741
Email:         wlobel@pszjlaw.com

Special Reorganization Counsel for Debtor
and Debtor-in-Possession, John Jean Bral

Alan J. Friedman (State Bar No. 132580)
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:  (949) 340-3400
Facsimile:    (949) 340-3000
Email:         afriedman@shbllp.com

Attorneys for Debtor and
Debtor-in-Possession, John Jean Bral

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re | Case No. 8:17-bk-10706-SC |
|---|---|
| JOHN JEAN BRAL, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **DECLARATION OF ERLANNA LOHAYZA RE: SERVICE OF PLAN PACKAGES** <br><br> **Plan Confirmation Hearing:** <br> DATE:   October 15, 2018 <br> TIME:   9:30 a.m. <br> Place:   Courtroom 5C <br>              411 West Fourth Street <br>              Santa Ana, California 92701 |

I, Erlanna Lohayza, declare:

1.  I am a paralegal employed by the law firm of Shulman Hodges & Bastian LLP, counsel for the above-referenced debtor and debtor-in-possession (the "Debtor"). The following is within my own personal knowledge and, if called upon to do so, I would testify thereto.

2.  On August 3, 2018, envelopes containing the documents listed below were mailed by first-class mail to all creditors and parties in interest (as set forth on the list attached hereto).

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5429-000\1249092.1

(a) Second Amended Chapter 11 Plan [Dissemination Version] (the "<u>Plan</u>");

(b) Second Amended Disclosure Statement Describing Chapter 11 Plan [Dissemination Version];

(c) If the addressee is a member of a class designated as impaired by the Plan, a ballot;

(d) Notice of Hearing on Confirmation of the Second Amended Chapter 11 Plan; and

(e) Order Approving Second Amended Disclosure Statement Describing Chapter 11 Plan.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 7th day of August, 2018, at Irvine, California.

*[signature]*

Erlanna Lohayza

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5429-000\1249092.1

2

John J. Bral
64 Sandpiper
Irvine, CA 92604

Office of the United States Trustee
411 W. Fourth Street
Suite 7160
Santa Ana, CA 92701-4593

Suntrust Mortgage
Attn Authorized Agent
PO Box 79041
Baltimore, MD 21279-0041
[SCH D – SECURED]

Citibank
Attn Authorized Agent
PO Box 78005
Phoenix, AZ 85062-8005
[SCH D – SECURED]

Bank of America/Bayview
Attn Authorized Agent
PO Box 650225
Dallas, TX 75265-0225
[SCH D – SECURED]

~~Cannae Financial LLC~~
~~Attn Authorized Agent~~
~~15303 Ventura Blvd., Suite 1650~~
~~Sherman Oaks, CA 91403~~
**MAIL RETURNED 6/14/17**

Cannae Financial LLC
Attn Authorized Agent
825 Barrington Avenue
Los Angeles, CA 90049
[SCH D – SECURED AND SCH F]

Barry Beitler
825 S Barrington Avenue
Los Angeles, CA 90049
[SCH F – UNSECURED]

County of Orange
Treasurer - Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438
[TAXES]

Jonathan Ahdoot
4 Blanchard
Irvine, CA 92603
[SCH F – UNSECURED]

Citi Bank
Attn Authorized Agent
PO Box 78045
Phoenix, AZ 85062-8045
[SCH F – UNSECURED]

Bank of America
Attn Authorized Agent
PO Box 15019
Wilmington, DE 19886-5019
[SCH F – UNSECURED]

Bank of America
Attn Authorized Agent
PO Box 15291
Wilmington, DE 19850
[SCH F – UNSECURED]

Les Jakosky
c/o Daniel Germain
16311 Ventura Blvd Suite 1200
Encino, CA 91436-2152
[SCH F – UNSECURED]

Barry Beitler c/o Tom Lallas Esq
Levy Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049-1633
[SCH F – UNSECURED]

Michelle Easton
1900 E Warner Ave Ste M
Santa Ana, CA 92705
[SCH D – SECURED]

Avalon Associates Ltd
Attn Authorized Agent
PO Box 207
Bonsall, CA 92003
[SCH F – UNSECURED]

Gary Salomons Esq
Gary Salomons LLP
16311 Ventura Blvd Ste 970
Encino, CA 91436
[SCH F – UNSECURED]

AFG Investment Fund 7 LLC
Attn: Authorized Agent Barry Bietler
825 S. Barrington Avenue
Los Angeles, CA 90049
[SCH F – UNSECURED]

BAB 8 LLC
Attn Authorized Agent
825 S Barrington Ave
Los Angeles, CA 90049
[SCH F – UNSECURED]

Bayview Loan Servicing LLC
Attn Authorized Agent
PO Box 650225
Dallas, TX 75265-0225
[SCH D – SECURED]

Beitler & Associates
Attn Authorized Agent
825 S Barrington Ave
Los Angeles, CA 90049
[SCH F – UNSECURED]

Beitler Commercial Realty Services
Attn: Barry Beitler
825 S Barrington Ave
Los Angeles, CA 90049
[SCH F – UNSECURED]

Betsy Boyd
2 Park Plaza Suite 100
Irvine, CA 92614
[SCH F – UNSECURED]

Nuray DePriest (Creditor/POC)
5151 Walnut Ave., Apt. 25
Irvine, CA 92604

Bayview Loan Servicing LLC
Attn: Authorized Agent/ Specialized Team
4425 Ponce De Leon, 5th Floor
Coral Gables, FL 33146

5429-000\1209732.1

~~Cornerstone Law Corporation~~
~~Attn Authorized Agent~~
~~300 Bristol Street N Suite 100~~
~~Newport Beach, CA 92660~~
**MAIL RETURNED 6/22/17**

First Citizens Bank & Trust Company
c/o CT Corporation System
818 W 7th Street Suite 930
Los Angeles, CA 90017
[SCH F – UNSECURED]

Honda Financial Services
Attn Authorized Agent or Tellisa
Norment, Bankr. Collector
PO Box 168088
Irving, TX 75016-8088
[SCH F – UNSECURED]

Jeffrey L Hayden
9625 Oak Pass Road
Beverly Hills, CA 90210
[SCH F – UNSECURED]

Michael S Kogan
Kogan Law Firm APC
1849 Sawtelle Blvd Suite 700
Los Angeles, CA 90025
[SCH F – UNSECURED]

~~Samini Scheinberg PC~~
~~840 Newport Center Drive~~
~~Suite 700~~
~~Newport Beach, CA 92660~~
**MAIL RETURNED 09.22.17**

~~Bayview Loan Servicing LLC~~
~~Attn: Authorized Agent~~
~~4425 Ponce De Leon Blvd., 5th Floor~~
~~Coral Gables, FL 33146~~
[DUPLICATE]

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Steward Financial LLC
c/o Gary E. Klausner, Esq.
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067
[SCH F – UNSECURED]

David Seror
Brutzkus Gubner Rozansky et al
21650 Oxnard Street Suite 500
Woodland Hills, CA 91367
[SCH F – UNSECURED]

Steward Financial LLC
Attn Barry Beitler
825 S Barrington Ave
Los Angeles, CA 90049
[SCH F – UNSECURED]

~~James D Hornbuckle~~
~~Cornerstone Law Corporation~~
~~2102 Business Center Drive~~
~~Irvine, CA 92612~~
[RET. MAIL-UNABLE TO FWD]

~~Levinson Arshonsky & Kurtz LLP~~
~~Attn Authorized Agent~~
~~15303 Ventura Blvd Suite 1650~~
~~Sherman Oaks, CA 91403~~
REMOVED – PER WRITTEN REQ.

MTC Financial Inc dba Trustee Corps
Attn Authorized Agent/Marisol Nagata
17100 Gillette Ave
Irvine, CA 92614
[SCH F – UNSECURED]

U.S. Securities & Exchange
Commission – Attn: BK Counsel
444 South Flower St., Ste. 900
Los Angeles, CA 90071-9591

Barry Beitler
c/o Gary E. Klausner, Esq.
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067

Tom Lallas, Esq/Mark D. Hurwitz, Esq.
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049

First Citizens Bank & Trust Company
Attn; Authorized Agent
4300 Soix Forks Road
Raleigh, NC 27609
[SCH F – UNSECURED]

Frandzel Robins Bloom & Castro LC
Attn Authorized Agent
1000 Wilshire Blvd 19th Floor
Los Angeles, CA 90017
[SCH F – UNSECURED]

James D Hornbuckle
Cornerstone Law Corporation
34145 Pacific Coast Hwy Suite 221
Dana Point, CA 92629
[SCH F – UNSECURED]

~~Lloyd K Chapman~~
~~Law Offices of Lloyd K Chapman~~
~~4558 Sherman Oaks Ave~~
~~Sherman Oaks, CA 91403~~
[DECEASED]

County of Orange
OC Treasurer/Tax Collector
PO Box 4515
Santa Ana, CA 92702-4515
[TAXES]

Capital One Bank (USA)/American
Infosource – Attn: Authorized Agent
PO Box 71083
Charlotte, NC 28272-1083

Franchise Tax Board
Section MS:A-340
PO Box 2952
Sacramento, CA 95812-2952

Cannae Financial LLC
c/o Gary E. Klausner, Esq.
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067

Synchrony Bank
c/o PRA Receivables Management LLC
PO Box 41021
Norfolk, VA 23541

Les Jakofsky
c/o Daniel B. Spitzer, Esq.
Law Offices of Daniel B. Spitzer
16311 Ventura Blvd., Suite 1200
Encino, CA 91436-2152

Counsel for Beitler, et al
KRIKOR J. MESHEFEJIAN
LEVENE, NEALE, BENDER
10250 Constellation Boulevard,
Suite 1700
Los Angeles, California 90067

Citizens Business Bank
Attn: Authorized Agent/Monitoring and Reporting
9337 Milliken Avenue
Rancho Cucamonga, CA 91730

Bayview Loan Servicing LLC
c/o Edward G. Schloss
3637 Motor Avenue Suite 220
Los Angeles, CA 90034

Mutual of Omaha Bank
Attn: Authorized Agent
3281 E Guasti Road Suite 400
Ontario, CA 91761

Citizens Business Bank
Attn: Authorized Agent
PO Box 4118
Ontario, CA 91761

County of Orange
Attn: Ratna D. Butani, Bankr. Collection Officer
PO Box 4515
Santa Ana, CA 92702

~~Mutual of Omaha Bank~~
~~Mail Code: BAZ-04050~~
~~1665 W. Alameda Dr., Suite 101~~
~~Tempe, AZ 85282~~
[Returned Mail]

George Gelsebach
15426 Briarwood Drive
Los Angeles, CA 91403

BMW Financial Services NA, LLC
Customer Service Center
PO Box 3608
Dublin, OH 43016

Citibank
PO Box 790034
St Louis, MO 63179-0034

SunTrust Mortgage, Inc.
The Wolf Firm
2955 Main Street, Second Floor
Irvine, CA 92614-2528

Citibank, N.A.
PO Box 688971
Des Moines, IA 50368-8971

Bank of America
PO Box 982238
El Paso, TX 79998-2238

**REQUEST FOR NOTICE PARTIES:**

CitiMortgage – c/o Tiffany & Bosco P.A.
Attn: William F. McDonald, Esq.
1230 Columbia Street, Suite 680
San Diego, CA 92101
[SCH D – SECURED]

CitiMortgage, Inc.
Attn: Authorized Agent
PO Box 6030
Sioux Falls, SD 57117-6030
[SCH D – SECURED]

BMW Financial Services NA, LLC Dept.
Ascension Capital Group/Acct.#4504
PO Box 165028
Irving, TX 75016
[SCH F – UNSECURED]

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF ERLANNA LOHAYZA RE; SERVICE OF PLAN PACKAGES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 7, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 7, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/7/2018 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5429-000\1249092.1                                    3

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Thomas H Casey**  kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **Alan J Friedman**  afriedman@shbllp.com, lgauthier@shbllp.com
- **Daniel K Fujimoto**  wdk@wolffirm.com
- **Beth Gaschen**  bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
- **Michael J Hauser**  michael.hauser@usdoj.gov
- **Mark D Hurwitz**  mhurwitz@lsl-la.com, dsmall@lsl-la.com,kfinn@lsl-la.com
- **Gary E Klausner**  gek@lnbyb.com
- **William N Lobel**  wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Kathleen J McCarthy**  kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **William F McDonald**  Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com
- **Krikor J Meshefejian**  kjm@lnbrb.com
- **Dipika Parmar**  dipika.parmar@aissolution.com
- **Babak Samini**  saminicourtnotice@gmail.com, bsamini@saminilaw.com;nprado@saminilaw.com;lnavarro@saminilaw.com;swatts@saminilaw.com
- **Edward G Schloss**  egs2@ix.netcom.com
- **Valerie Smith**  claims@recoverycorp.com
- **Daniel B Spitzer**  dspitzer@spitzeresq.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **Zann R Welch**  ecfnotices@ascensioncapitalgroup.com

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5429-000\1249092.1        4