

**FILED & ENTERED**

AUG 30 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| John Jean Bral, | Case No. 8:17-10706-ES |
| Debtor(s). | **ORDER: (1) SETTING HEARING ON STATUS OF CHAPTER 11 CASE AND RELATED MATTERS; AND (2) REQUIRING REPORT ON STATUS OF CHAPTER 11 CASE** |
| | Date: September 20, 2018<br>Time: 1:30 p.m.<br>Place: Courtroom 5A |

You are hereby notified that a Status Conference hearing has been scheduled to take place in this chapter 11 case concerning, among other things, for all matters previously scheduled for hearing before Judge Clarkson at the above-captioned time and place.

**IT IS HEREBY ORDERED** that Debtor and the Beitler parties file a joint status report seven (7) days prior to the Status Conference setting forth the following information:

1. the current status of the chapter 11 case;

2. a brief description of any outstanding adversary proceeding(s);

3. a brief description of any outstanding objections to claim(s);

4. whether there are any outstanding issues that would impact Debtor's ability to proceed with the plan confirmation hearing; and

5. any other issues or circumstances the parties believe should be brought to the court's attention.

###

Date: August 30, 2018

Erithe Smith
United States Bankruptcy Judge