UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>JOHN JEAN BRAL<br><br><div align="right">Debtor(s).</div> | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number:  8:17-bk-10706-ES<br>Operating Report Number:  25<br>For the Month Ending:  3/31/2019 |
| --- | --- |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 325,334.36

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 239,176.15

3. BEGINNING BALANCE: — 86,158.27

4. RECEIPTS DURING CURRENT PERIOD: — 317,593.10

5. BALANCE: — 403,751.37

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — 8,375.07

7. ENDING BALANCE: — 395,376.30

8. General Account Number(s): _____

Depository Name & Location:    *California Bank & Trust*
                               *1900 Main St #100, Irvine, CA 92614*

\*  All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---:|
| 3/1/2019 | EFT | CVS | | $ 14.54 |
| 3/4/2019 | EFT | OUZON & ASSOC | | $ 500.00 |
| 3/4/2019 | ATM | ATM WITHDRAWAL | | $ 500.00 |
| 3/4/2019 | EFT | SO CAL EDISON | | $ 49.01 |
| 3/5/2019 | EFT | IRVINE RANCH | | $ 106.45 |
| 3/5/2019 | EFT | WOODBRIDGE VILLAGE | | $ 194.00 |
| 3/5/2019 | EFT | WILLOW MAINTANCE | | $ 628.00 |
| 3/5/2019 | EFT | SO CAL GAS | | $ 60.98 |
| 3/6/2019 | EFT | AMEX PAYMENT | | $ 35.00 |
| 3/8/2019 | EFT | JASON JOB | | $ 325.00 |
| 3/11/2019 | EFT | SMART AND FINAL | | $ 4.99 |
| 3/11/2019 | EFT | AMEX PAYMENT | | $ 50.00 |
| 3/20/2019 | EFT | BBQ | | $ 51.40 |
| 3/20/2019 | EFT | CARDMEMBER SERVICES | | $ 93.00 |
| 3/25/2019 | EFT | CVS | | $ 3.40 |
| 3/25/2019 | EFT | AMERICAN HORSE | | $ 29.08 |
| 3/25/2019 | EFT | CHASE | | $ 137.00 |
| 3/25/2019 | EFT | CHARITY SIMON | | $ 105.00 |
| 3/27/2019 | EFT | AMEX PAYMENT | | $ 35.00 |
| 3/27/2019 | EFT | AMEX PAYMENT | | $ 500.00 |
| 3/27/2019 | EFT | AMEX PAYMENT | | $ 800.00 |
| 3/27/2019 | EFT | AMEX PAYMENT | | $ 850.00 |
| 3/28/2019 | EFT | PANINI KABOB | | $ 50.88 |
| 3/28/2019 | EFT | SO CAL GAS | | $ 18.13 |
| 3/28/2019 | EFT | SO CAL EDISON | | $ 57.47 |
| 3/28/2019 | EFT | CARDMEMBER SERVICES | | $ 750.00 |
| 3/29/2019 | EFT | SUNTRUST MORTGAGE | | $ 2,426.74 |

TOTAL DISBURSEMENTS THIS PERIOD: $ 8,375.07

GENERAL ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | 3/31/2019 | Balance on Statement: | 86,158.27 |
|---|---|---|---|

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 3/1/2019 | 802.70 |
| 3/4/2019 | 2,375.00 |
| 3/4/2019 | 2,565.00 |
| 3/15/2019 | 802.70 |
| 3/15/2019 | 7,400.00 |
| 3/26/2019 | 302,445.00 |
| 3/29/2019 | 802.70 |
| 3/29/2019 | 400.00 |

| TOTAL DEPOSITS IN TRANSIT | | 317,593.10 |
|---|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| EFT | 3/1/2019 | $ 14.54 |
| EFT | 3/4/2019 | $ 500.00 |
| ATM | 3/4/2019 | $ 500.00 |
| EFT | 3/4/2019 | $ 49.01 |
| EFT | 3/5/2019 | $ 106.45 |
| EFT | 3/5/2019 | $ 194.00 |
| EFT | 3/5/2019 | $ 628.00 |
| EFT | 3/5/2019 | $ 60.98 |
| EFT | 3/6/2019 | $ 35.00 |
| EFT | 3/8/2019 | $ 325.00 |
| EFT | 3/11/2019 | $ 4.99 |
| EFT | 3/11/2019 | $ 50.00 |
| EFT | 3/20/2019 | $ 51.40 |
| EFT | 3/20/2019 | $ 93.00 |
| EFT | 3/25/2019 | $ 3.40 |
| EFT | 3/25/2019 | $ 29.08 |
| EFT | 3/25/2019 | $ 137.00 |
| EFT | 3/25/2019 | $ 105.00 |
| EFT | 3/27/2019 | $ 35.00 |
| EFT | 3/27/2019 | $ 500.00 |
| EFT | 3/27/2019 | $ 800.00 |
| EFT | 3/27/2019 | $ 850.00 |
| EFT | 3/28/2019 | $ 50.88 |
| EFT | 3/28/2019 | $ 18.13 |
| EFT | 3/28/2019 | $ 57.47 |
| EFT | 3/28/2019 | $ 750.00 |
| EFT | 3/29/2019 | $ 2,426.74 |

| TOTAL OUTSTANDING CHECKS: | | 8,375.07 |
|---|---|---|

Bank statement Adjustments:

Explanation of Adjustments:

| ADJUSTED BANK BALANCE: | $395,376.30 |
|---|---|

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| SunTrust Mortgage | Monthly | 2,426.74 | 0 | 2,426.74 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 2,426.74 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | | | | |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| Others: | Household contents | 95000.00 | 9/21/2019 | 9/21/2019 |
| | | | | |

I.D. SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

|  | | |
|---|---|---|
| General Account: | 395,376.30 |
| Payroll Account: | |
| Tax Account: | |
| *Other Accounts: | | |
| | | |
| | | |
| *Other Monies: | | |
| **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:                                            395,376.30

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |

TOTAL PETTY CASH TRANSACTIONS:                                            0.00

VI. UNITED STATES TRUSTEE QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Mar-2017 | 2,587.74 | 325.00 | 24-Apr-2017 | 325.00 | 0.00 |
| 30-Jun-2017 | 16,054.67 | 650.00 | 20-Jul-2017 | 650.00 | 0.00 |
| 31-Oct-2017 | 15,218.03 | 650.00 | 26-Oct-2017 | 650.00 | 0.00 |
| 31-Dec-2017 | 15,118.65 | 650.00 | 29-Jan-2018 | 650.00 | 0.00 |
| 30-Apr-2018 | 13,735.85 | 325.00 | 23-Apr-2018 | 325.00 | 0.00 |
| 30-Jun-2018 | 16,643.92 | 650.00 | 30-Jul-2018 | 650.00 | 0.00 |
| 30-Sep-2018 | 16,740.02 | 650.00 | 29-Oct-2018 | 650.00 | 0.00 |
| 31-Dec-2018 | 121,452.94 | 975.00 | 30-Jan-2019 | 975.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VI. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## XI. QUESTIONNAIRE

|   |   | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | ___ |

|   |   | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization
See Attached

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|   |   | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

I,    John Jean Bral
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

4-17-19
_____
Date

_____
Page 8 of 8

_____
Principal for debtor-in-possession

## Regular Checking - xxxxxx4022

Account Number xxxxxx4022

### TRANSACTIONS PENDING

| Date | Transaction | Description | Status | Debit (-) | Credit (+) |
|---|---|---|---|---|---|
| | | No Pending Transactions | | | |

### TRANSACTIONS CLEARED BETWEEN 03/01/2019 AND 03/31/2019

| Date | Transaction | Description | Status | Debit (-) | Credit (+) |
|---|---|---|---|---|---|
| 03/29/2019 | Debit | SUNTRUST BANK 354025920MTG PMTS TE... More | ✓ | $2,426.74 | |
| 03/29/2019 | Deposit | DEPOSIT | ✓ | | $400.00 |
| 03/29/2019 | Electronic Deposit 4476682 | BRAL REALTY ADV9111111101DIRECT DEPPP... More | ✓ | | $802.70 |
| 03/28/2019 | Debit | CARDMEMBER SERV 591111111WEB PYMT WE... More | ✓ | $750.00 | |
| 03/28/2019 | Debit | SO CAL EDISON CO495124033SBILL PAYMTWE... More | ✓ | $57.47 | |
| 03/28/2019 | Debit | SO CAL GAS 192052494PAID SCGC WE... More | ✓ | $18.13 | |
| 03/28/2019 | Debit | 24224432P31T99ED1 PANINI KABOB GRILL L... More | ✓ | $50.98 | |
| 03/27/2019 | Debit | AMEX EPAYMENT 0005000008ACH PMT WE... More | ✓ | $850.00 | |
| 03/27/2019 | Debit | AMEX EPAYMENT 0005000008ACH PMT WE... More | ✓ | $800.00 | |
| 03/27/2019 | Debit | AMEX EPAYMENT 0005000040ACH PMT WE... More | ✓ | $500.00 | |
| 03/27/2019 | Debit | AMEX EPAYMENT 0005000040ACH PMT WE... More | ✓ | $35.00 | |
| 03/26/2019 | Deposit | DEPOSIT | ✓ | | $302,445.00 |
| 03/25/2019 | Debit | VENMO 3284881992PAYMENT WE... More | ✓ | $105.00 | |
| 03/25/2019 | Debit | CHASE CREDIT CRD476003922AUTOPAY PP... More | ✓ | $137.00 | |
| 03/25/2019 | Debit | 24755422K07V70VK3F AMERICAN HORSE PRODU... More | ✓ | $29.08 | |
| 03/25/2019 | Debit | 244450020G05T5DLM CVSIPHARMACY #09486... More | ✓ | $3.40 | |
| 03/20/2019 | Debit | CARDMEMBER SERV 591111111WEB PYMT WE... More | ✓ | $93.00 | |
| 03/20/2019 | Debit | 24755422FM8K0ZFY9 BBQ CHICKEN IRVINE I... More | ✓ | $51.40 | |
| 03/15/2019 | Deposit | DEPOST | ✓ | | $7,400.00 |
| 03/15/2019 | Electronic Deposit 5990410 | BRAL REALTY ADV9111111101DIRECT DEFPP... More | ✓ | | $802.70 |
| 03/11/2019 | Debit | AMEX EPAYMENT 0005000040ACH PMT WE... More | ✓ | $50.00 | |
| 03/11/2019 | Debit | 242318626RBG9KJ0NK SMART AND FINAL 375 ... More | ✓ | $4.99 | |
| 03/08/2019 | Debit | VENMO 3284881992PAYMENT WE... More | ✓ | $325.00 | |
| 03/06/2019 | Debit | AMEX EPAYMENT 0005000040ACH PMT WE... More | ✓ | $35.00 | |
| 03/05/2019 | Debit | SO CAL GAS 192052494PAID SCGC WE... More | ✓ | $60.98 | |
| 03/05/2019 | Debit | WILLOW MAINTENAN19533446660UES PP... More | ✓ | $628.00 | |
| 03/05/2019 | Debit | WOODBRIDGE VILLAN8630537680303419 PP... More | ✓ | $194.00 | |
| 03/05/2019 | Debit | IRVINE RANCH WTR8500000000NLINE PMTPP... More | ✓ | $106.45 | |
| 03/04/2019 | Debit | SO CAL EDISON CO495124033SBILL PAYMTWE... More | ✓ | $49.01 | |
| 03/04/2019 | ATM Debit | ATM WITHDRAWAL 1900 MAIN ST IR... More | ✓ | $500.00 | |
| 03/04/2019 | Debit | 24323001W610FDKNK OUZON & ASSOC BUS. C... More | ✓ | $500.00 | |
| 03/04/2019 | Deposit | DEPOSIT | ✓ | | $2,565.00 |
| 03/04/2019 | Deposit | DEPOSIT | ✓ | | $2,375.00 |
| 03/01/2019 | Debit | P.O.S. PURCHASE CVSPHARMA 09488--53... More | ✓ | $14.54 | |
| 03/01/2019 | Electronic Deposit 6211570 | BRAL REALTY ADV9111111101DIRECT DEFPP... More | ✓ | | $802.70 |

## ATTACHMENT TO MARCH 2019 MOR

The March 2019 MOR reflects a deposit for $302,445.00 into the Debtor's DIP account, taken as a distribution by the Debtor from Mission Medical Investors, LLC ("Mission"). Of that distribution, $26,765.00 was expended to pay various ordinary course expenses, including real property tax on estate property that under the Plan is to be liquidated to the extent necessary to pay allowed claims in full. All of these ordinary course expenses will be reflected on the April 2019 MOR. Although the funds were used solely to make ordinary course expenditures to preserve property of the estate, the distribution is inconsistent with counsel's previous representations regarding the Mission distributions. The Debtor has returned the balance of $275,680.00 to Mission and the remaining balance will be returned when the funds become available.

The March 2019 MOR also reflects a $400 deposit on 3/29/19. This deposit represents a check for $1,000 of which the Debtor received $600 cash back.

5429-000\1355688.1

## ATTACHMENT TO MOR NO 25: (XI. – Questionnaire)

**Progress made during reporting period toward filing a plan of reorganization:**

A hearing on the Debtor's plan, as continued from time to time, is presently scheduled for April 30, 2019.

**Potential future developments which may have a significant impact on the case:**

Resolution of litigation – mediation took place on August 28, 2017.  As of this time, no settlement has been reached.

Dissolution of LLC's:

Arbitration with respect to the dissolution of Westcliff, LLC, stemming from the Westcliff Litigation has been scheduled through JAMS, with various discovery and pre-hearing dates and deadlines set pursuant to the arbitrator's scheduling order issued on January 17, 2018.  The parties were proceeding with discovery in compliance with the scheduling order and the arbitration hearing was scheduled to be held June 4 through June 6, 2018.  Pursuant to this Court's ruling on the Motions For Relief, this arbitration has been stayed and the hearing and all relevant dates pursuant to the scheduling order have been vacated, until post-plan confirmation, absent the parties' agreement to proceed prior to that time.

A demand for arbitration with respect to the dissolution of Mission Medical Investors, LLC was sent on December 19, 2017.  On March 7, 2018, the Debtor submitted his List for Selection of Arbitrator.  Pursuant to this Court's ruling on the Motions For Relief, this arbitration has been stayed, until post plan confirmation, absent the parties' agreement to proceed prior to that time.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

100 Spectrum Center Drive, Suite 600, Irvine, CA 92618

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT (March 2019)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April _18_, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/18/19 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

5429-000\1256285.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 **F 9013-3.1.PROOF.SERVICE**

## SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

- **Thomas H Casey**    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **Alan J Friedman**    afriedman@shbllp.com, lgauthier@shbllp.com
- **Daniel K Fujimoto**    wdk@wolffirm.com
- **Beth Gaschen**    bgaschen@wgllp.com,
  kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Mark D Hurwitz**    mhurwitz@lsl-la.com, dsmall@lsl-la.com,kfinn@lsl-la.com
- **Gary E Klausner**    gek@lnbyb.com
- **William N Lobel**    wlobel@pszjlaw.com,
  nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Kathleen J McCarthy**    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **William F McDonald**    william@shannerlaw.com, wfmcdonald@gmail.com
- **Krikor J Meshefejian**    kjm@lnbrb.com
- **Dipika Parmar**    dipika.parmar@aissolution.com
- **Gary A Pemberton**    gpemberton@shbllp.com, lverstegen@shbllp.com
- **Bobby Samini**    saminicourtnotice@gmail.com,
  bobby.samini@saminicohen.com;nicoleprado@saminicohen.com
- **Edward G Schloss**    egs2@ix.netcom.com
- **Valerie Smith**    claims@recoverycorp.com
- **Daniel B Spitzer**    dspitzer@spitzeresq.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Zann R Welch**    ecfnotices@ascensioncapitalgroup.com
- **Dean A Ziehl**    dziehl@pszjlaw.com, dziehl@pszjlaw.com

5429-000\1256285.1 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE