# United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

**DEBTOR(S) INFORMATION:**  
John Jean Bral  
**SSN:** xxx−xx−9205  
**EIN:** N/A  

64 Sandpiper  
Irvine, CA 92604  

**BANKRUPTCY NO.**  8:17−bk−10706−ES  
**CHAPTER**  11  

Notice is hereby given of the entry of an order of this Court confirming a Plan of Reorganization. A copy of the order and the plan itself are contained in the Court file located at the address listed herein.

FOURTH AMENDED CHAPTER 11 PLAN

Dated: July 31, 2019

For The Court,

**Kathleen J. Campbell**  
Clerk of Court

(Form ntc11pln rev. 5/96) VAN−50

**763 / STE**