| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Alan J. Friedman – State Bar No. 132580<br>**SHULMAN BASTIAN FRIEDMAN & BUI LLP**<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone:  (949) 340-3400<br>Facsimile:  (949) 340-3000<br>Email:  afriedman@shulmanbastian.com<br><br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>JOHN JEAN BRAL,<br><br>Debtor(s) | CASE NO.: 8:17-bk-10706-ES<br>CHAPTER:  11 |
|---|---|
| | **AMENDED SUPPLEMENTAL NOTICE OF HEARING**<br>**TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** |
| | HEARING DATE:  November 9, 2021<br>HEARING TIME:  10:30 a.m. |

**Movant:**  Reorganized Debtor, John Jean Bral

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time indicated above, before the Honorable Erithe A. Smith, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number):*

   > **NOTICE OF HEARING ON APPLICATIONS FOR APPROVAL OF POST-CONFIRMATION FEES AND REIMBURSEMENT OF EXPENSES**

2. **Please be advised that because of the COVID-19 pandemic, the Court will conduct the hearing using ZoomGov audio and video technology**. Information on how to participate in the hearing using ZoomGov is provided on the following page of this notice.

3. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

4. Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet). The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

5. Individuals also may connect to the hearing by telephone only, using the telephone number provided below. Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

6. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

7. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

8. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

9. The following is the unique ZoomGov connection information for the above-referenced hearing:

| | |
|---|---|
| Meeting URL: | https://cacb.zoomgov.com/j/1608224753 |
| Meeting ID: | **160 822 4753** |
| Password: | **011868** |
| Telephone: | **1 (669) 254 5252 or 1 (646) 828-7666** |

10. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants

.

Date: 10/20/2021                             SHULMAN BASTIAN FRIEDMAN & BUI LLP
                                             Printed name of law firm (if applicable)


                                             Alan J. Friedman
                                             Printed name of individual Movant or attorney for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*):  AMENDED SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 20, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) ) October 20, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 20, 2021 | Lori Gauthier | */s/ Lori Gauthier* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- Shane M Biornstad    SBiornstad@shulmanbastian.com, agarcia@shulmanbastian.com
- Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Thomas H Casey    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- David Choi    dchoi@goldbergsegalla.com, david@jdmrllp.com;rmendoza@goldbergsegalla.com;jcohen@goldbergsegalla.com
- Alan J Friedman    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- Daniel K Fujimoto    wdk@wolffirm.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Mark D Hurwitz    mhurwitz@lsl-la.com, dsmall@lsl-la.com,narutunyan@lsl-la.com
- Gary E Klausner    gek@lnbyb.com
- William N Lobel    wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
- Bonni S Mantovani    bmantovani@pralc.com, ecfcca@ecf.courtdrive.com
- William F McDonald    wfmcdonald@gmail.com
- Krikor J Meshefejian    kjm@lnbyb.com
- Dipika Parmar    dipika.parmar@aissolution.com
- Gary A Pemberton    GPemberton@shulmanbastian.com, elohayza@shulmanbastian.com;sseelert@shulmanbastian.com
- Lee S Raphael    ecfcca@ecf.courtdrive.com, ecfcca@ecf.courtdrive.com
- Bobby Samini    saminicourtnotice@gmail.com, bobby.samini@saminicohen.com;nicoleprado@saminicohen.com
- Edward G Schloss    egs2@ix.netcom.com
- Valerie Smith    claims@recoverycorp.com
- Daniel B Spitzer    dspitzer@spitzeresq.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Zann R Welch    ecfnotices@ascensioncapitalgroup.com
- Alan Steven Wolf    wdk@wolffirm.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com

**U.S. MAIL SERVICE LIST:**

| | | |
|---|---|---|
| John J. Bral<br>64 Sandpiper<br>Irvine, CA 92604 | Office of the United States Trustee<br>411 W. Fourth Street<br>Suite 7160<br>Santa Ana, CA 92701-4593 | Suntrust Mortgage<br>Attn Authorized Agent<br>PO Box 79041<br>Baltimore, MD 21279-0041 |
| Citibank<br>Attn Authorized Agent<br>PO Box 78005<br>Phoenix, AZ 85062-8005 | Bank of America/Bayview<br>Attn Authorized Agent<br>PO Box 650225<br>Dallas, TX 75265-0225 | ~~Cannae Financial LLC~~<br>~~Attn Authorized Agent~~<br>~~15303 Ventura Blvd., Suite 1650~~<br>~~Sherman Oaks, CA 91403~~<br>**MAIL RETURNED 6/14/17** |

Cannae Financial LLC
Attn Authorized Agent
825 Barrington Avenue
Los Angeles, CA 90049

Barry Beitler
825 S Barrington Avenue
Los Angeles, CA 90049

County of Orange
Treasurer - Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438

Jonathan Ahdoot
4 Blanchard
Irvine, CA 92603

Citi Bank
Attn Authorized Agent
PO Box 78045
Phoenix, AZ 85062-8045

Bank of America
Attn Authorized Agent
PO Box 15019
Wilmington, DE 19886-5019

Bank of America
Attn Authorized Agent
PO Box 15291
Wilmington, DE 19850

Les Jakosky
c/o Daniel Germain
16311 Ventura Blvd Suite 1200
Encino, CA 91436-2152

Barry Beitler c/o Tom Lallas Esq
Levy Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049-1633

Michelle Easton
1900 E Warner Ave Ste M
Santa Ana, CA 92705

Avalon Associates Ltd
Attn Authorized Agent
PO Box 207
Bonsall, CA 92003

Gary Salomons Esq
Gary Salomons LLP
16311 Ventura Blvd Ste 970
Encino, CA 91436

AFG Investment Fund 7 LLC
Attn: Authorized Agent Barry Bietler
825 S. Barrington Avenue
Los Angeles, CA  90049

BAB 8 LLC
Attn Authorized Agent
825 S Barrington Ave
Los Angeles, CA 90049

Bayview Loan Servicing LLC
Attn Authorized Agent
PO Box 650225
Dallas, TX 75265-0225

Beitler & Associates
Attn Authorized Agent
825 S Barrington Ave
Los Angeles, CA 90049

Beitler Commercial Realty Services
Attn: Barry Beitler
825 S Barrington Ave
Los Angeles, CA 90049

~~Betsy Boyd~~
~~2 Park Plaza Suite 100~~
~~Irvine, CA 92614~~

Nuray DePriest (Creditor/POC)
5151 Walnut Ave., Apt. 25
Irvine, CA 92604

Bayview Loan Servicing LLC
Attn: Authorized Agent/ Specialized Team
4425 Ponce De Leon , 5th Floor
Coral Gables, FL  33146

Betsy Boyd
7149 34th Ave SW
Seattle, WA 98126

~~Cornerstone Law Corporation~~
~~Attn Authorized Agent~~
~~300 Bristol Street N Suite 100~~
~~Newport Beach, CA 92660~~
**MAIL RETURNED 6/22/17**

David Seror
Brutzkus Gubner Rozansky et al
21650 Oxnard Street Suite 500
Woodland Hills, CA 91367

First Citizens Bank & Trust Company
Attn; Authorized Agent
4300 Soix Forks Road
Raleigh, NC 27609

First Citizens Bank & Trust Company
c/o CT Corporation System
818 W 7th Street Suite 930
Los Angeles, CA 90017

Steward Financial LLC
Attn Barry Beitler
825 S Barrington Ave
Los Angeles, CA 90049

Frandzel Robins Bloom & Castro LC
Attn Authorized Agent
1000 Wilshire Blvd 19th Floor
Los Angeles, CA 90017

Honda Financial Services
Attn Authorized Agent or Tellisa
Norment, Bankr. Collector
PO Box 168088
Irving, TX 75016-8088

~~James D Hornbuckle~~
~~Cornerstone Law Corporation~~
~~2102 Business Center Drive~~
~~Irvine, CA 92612~~
[RET. MAIL-UNABLE TO FWD]

James D Hornbuckle
Cornerstone Law Corporation
34145 Pacific Coast Hwy Suite 221
Dana Point, CA 92629

Jeffrey L Hayden
1605 Loma Vista Drive
Beverly Hills, CA 90210

~~Levinson Arshonsky & Kurtz LLP~~
~~Attn Authorized Agent~~
~~15303 Ventura Blvd Suite 1650~~
~~Sherman Oaks, CA 91403~~
REMOVED – PER WRITTEN REQ.

~~Lloyd K Chapman~~
~~Law Offices of Lloyd K Chapman~~
~~4558 Sherman Oaks Ave~~
~~Sherman Oaks, CA 91403~~
[DECEASED]

Michael S Kogan
Kogan Law Firm APC
1849 Sawtelle Blvd Suite 700
Los Angeles, CA 90025

MTC Financial Inc dba Trustee Corps
Attn Authorized Agent/Marisol Nagata
17100 Gillette Ave
Irvine, CA 92614

County of Orange
OC Treasurer/Tax Collector
PO Box 4515
Santa Ana, CA 92702-4515

~~Samini Scheinberg PC~~
~~840 Newport Center Drive~~
~~Suite 700~~
~~Newport Beach, CA 92660~~
**MAIL RETURNED 09.22.17**

Capital One Bank (USA)/American
Infosource – Attn: Authorized Agent
PO Box 71083
Charlotte, NC 28272-1083

~~Bayview Loan Servicing LLC~~
~~Attn: Authorized Agent~~
~~4425 Ponce De Leon Blvd., 5th Floor~~
~~Coral Gables, FL 33146~~
[DUPLICATE]

U.S. Securities & Exchange
Commission – Attn: BK Counsel
444 South Flower St., Ste. 900
Los Angeles, CA 90071-9591

Franchise Tax Board
Section MS:A-340
PO Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Barry Beitler
c/o Gary E. Klausner, Esq.
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067

Cannae Financial LLC
c/o Gary E. Klausner, Esq.
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067

Steward Financial LLC
c/o Gary E. Klausner, Esq.
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067

Tom Lallas, Esq/Mark D. Hurwitz, Esq.
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049

Synchrony Bank
c/o PRA Receivables Management LLC
PO Box 41021
Norfolk, VA 23541

Les Jakofsky
c/o Daniel B. Spitzer, Esq.
Law Offices of Daniel B. Spitzer
16311 Ventura Blvd., Suite 1200
Encino, CA 91436-2152

Bayview Loan Servicing LLC
c/o Edward G. Schloss
3637 Motor Avenue Suite 220
Los Angeles, CA 90034

County of Orange
Attn: Ratna D. Butani, Bankr. Collection
Officer
PO Box 4515
Santa Ana, CA 92702

Counsel for Beitler, et al
KRIKOR J. MESHEFEJIAN
LEVENE, NEALE, BENDER
10250 Constellation Boulevard,
Suite 1700
Los Angeles, California 90067

Mutual of Omaha Bank
Attn: Authorized Agent
3281 E Guasti Road Suite 400
Ontario, CA 91761

~~Mutual of Omaha Bank~~
~~Mail Code: BAZ-04050~~
~~1665 W. Alameda Dr., Suite 101~~
~~Tempe, AZ 85282~~
[Returned Mail]

| | | |
|---|---|---|
| Citizens Business Bank<br>Attn: Authorized Agent/Monitoring and Reporting<br>9337 Milliken Avenue<br>Rancho Cucamonga, CA 91730 | Citizens Business Bank<br>Attn: Authorized Agent<br>PO Box 4118<br>Ontario, CA 91761 | George Gelsebach<br>15426 Briarwood Drive<br>Los Angeles, CA 91403 |
| BMW Financial Services NA, LLC<br>Customer Service Center<br>PO Box 3608<br>Dublin, OH 43016 | SunTrust Mortgage, Inc.<br>The Wolf Firm<br>2955 Main Street, Second Floor<br>Irvine, CA 92614-2528 | Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 |
| Citibank<br>PO Box 790034<br>St Louis, MO 63179-0034 | Citibank, N.A.<br>PO Box 688971<br>Des Moines, IA 50368-8971 | |

**REQUEST FOR NOTICE PARTIES:**

| | | |
|---|---|---|
| CitiMortgage – c/o Tiffany & Bosco P.A.<br>Attn: William F. McDonald, Esq.<br>1230 Columbia Street, Suite 680<br>San Diego, CA 92101 | CitiMortgage, Inc.<br>Attn: Authorized Agent<br>PO Box 6030<br>Sioux Falls, SD 57117-6030 | BMW Financial Services NA, LLC Dept.<br>Ascension Capital Group/Acct.#4504<br>PO Box 165028<br>Irving, TX 75016 |
| CitiMortgage – c/o Tiffany & Bosco P.A.<br>Attn: Yvette Brinkman<br>1455 Frazee Rd., Suite 820<br>San Diego, CA 92108 | | |