Richard A. Pachulski (CA Bar No. 90073)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: rpachulski@pszjlaw.com

Former Special Reorganization Counsel for
John Jean Bral, Reorganized Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JOHN JEAN BRAL,<br><br>           Reorganized Debtor. | Case No. 8:17-bk-10706-ES<br><br>Chapter 11<br><br>**SUPPLEMENT TO THE POST CONFIRMATION FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS SPECIAL REORGANIZATION COUNSEL FOR THE DEBTOR FOR THE PERIOD AUGUST 1, 2019 THROUGH JANUARY 21, 2021; DECLARATION OF RICHARD A. PACHULSKI**<br><br>**(Relates to Docket No. 1084)**<br><br>**Hearing Date and Time:**<br><br>Date:    November 9, 2021<br>Time:   10:30 a.m.<br>Place:   ZoomGov |

      Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), former special reorganization counsel to Jon J. Bral (the "Debtor"), hereby submits this Supplement (the "Supplement") to the *Post Confirmation Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Special Reorganization Counsel for the Debtor for the Period*

*August 1, 2019 through January 21, 2021* (the "Post Confirmation Fee Application" of "Application")[1] filed on October 19, 2021 as docket no. 1084.

This Supplement adopts and incorporates all statements made in the Post Confirmation Fee Application, as if set forth fully herein.

This Supplement is submitted pursuant to 11 U.S.C. § 330 for the final allowance and payment to PSZJ in the total amount of $191,930.74 which represents: (a) professional fees in the amount of $190,134.00 and expenses incurred in the amount of $1,796.74 for the period from August 1, 2019 through January 21, 2021 (the "Post Confirmation Period"); and (b) $15,000 in estimated fees through the date of hearing on this Application, related to the preparation, filing and notice of the Application and any order thereon, and appearance at any hearing on this matter (the "Estimated Fees")[2].

| TABLE I<br>FEES AND EXPENSES | | | | | | |
|---|---|---|---|---|---|---|
| | | Amount Requested | | Amount Approved | | Total App'd |
| Fee Period | Dates | Fees | Expenses | Fees | Expenses | |
| First and Final Fee Application[3] | 1/1/2018-7/31/2019 | $1,594,301.50 | $31,846.35 | $1,449,411.44 | $31,846.35 | **$1,481,357.79** |
| Post-Confirmation Period | 8/1/2019-1/21/21 | $190,134.00 | $1,796.74 | | | |
| Estimated Fees for preparing the Post Confirmation Final Fee Application | | $15,000.00 | $0.00 | | | |
| Total | 8/1/2019-1/21/21 | **$205,134.00** | **$1,796.74** | | | |

---

[1] Capitalized terms not defined herein shall have the meanings used in the Application.

[2] As set forth in the attached invoices PSZJ actually incurred more than the $15,000 estimated fees related to work regarding the Application. However PSZJ is only seeking allowance and payment of $15,000 related to such work regarding the Application.

[3] Pursuant to the *Order on Application for Payment of Final Fees and/or Expenses* (the "Final Fee Order") entered on December 12, 2019 [Docket. No. 833], the Court awarded PSZJ total fees and expenses in the amount of $1,481,357.79. The Bankruptcy Court's order was affirmed by the United States District Court for the Central District of California, Southern Division, by order dated December 1, 2020 [doc. 953].

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

In support of the Estimated Fees, PSZJ hereby attaches as **Exhibit A** the Firm's detailed time records during the Post Confirmation Period related to the preparation, filing and notice of the Application and any order thereon, and any appearance at a hearing on this matter[4].

**Compensation of Professionals**

Time billed to this category relates to issues regarding fees of the Firm.

During the Post Confirmation Period, the Firm, among other things: (1) reviewed and analyzed pleadings regarding fee application scheduling and deadlines; (2) reviewed and analyzed post-confirmation invoices relating to preparation of the Post Confirmation Fee Application; (3) drafted, and reviewed and revised, the Post Confirmation Fee Application; (4) performed work regarding fee application exhibits; (5) performed work regarding notice and filing of the Post Confirmation Fee Application; (6) performed work regarding an order on such fee application; and (7) corresponded and conferred regarding compensation of professionals issues.

Total Hours 43.30/Total Fees $19,748.00

For the reasons set forth above and in the Post Confirmation Fee Application, the Firm respectfully requests that this Court enter an order:

1. Allowing on a final basis compensation to the Firm for services rendered in the amount of $190,134.00 and reimbursement of expenses incurred in the amount of $1,796.74, for a total amount of $191,930.74 for the Post Confirmation Period of August 1, 2019, through January 21, 2021;

2. Allowing on a final basis compensation to the Firm for services rendered in the additional amount of $15,000.00 through the date of hearing on this Application (or through November 9, 2021 if no hearing is held on this matter), related to the preparation, filing, and notice of the Application and any appearance at a hearing on this matter; and

3. Authorizing and directing the Debtor or any successor to pay the Firm the unpaid amounts of all allowed fees and costs; and

---

[4] To date no hearing has been held on the Post Confirmation Fee Application.

4. Granting such other and further relief as may be appropriate under the circumstances.

Dated:  November 19, 2021     PACHULSKI STANG ZIEHL & JONES LLP

By:    */s/ Richard A. Pachulski*
       Richard A. Pachulski (CA Bar No. 90073)

*Former Special Reorganization Counsel
for John Jean Bral, Reorganized Debtor*

# **DECLARATION OF RICHARD A. PACHULSKI**

I, Richard A. Pachulski, declare as follows:

1.  I am an attorney at law duly authorized to practice in the State of California and before this Court. I am a partner, in the law firm of Pachulski Stang Ziehl & Jones LLP, former special reorganization counsel to the Debtor.

2.  I have personally reviewed the information contained in the Supplement, and the invoice attached to the Supplement for the Post Confirmation Period, and believe such information and invoice to be true and correct to the best of my knowledge, information and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of November, 2021, at Los Angeles, California.

*/s/ Richard A. Pachulski*
Richard A. Pachulski

# **EXHIBIT A**

Detailed Time Records of the Firm

# Pachulski Stang Ziehl & Jones LLP

|  |  |
|---|---|
|  | November 17, 2021 |
| John J. Bral | Invoice    128921 |
| 2601 Main Street ste. 9601 | Client      10601 |
| Irvine, CA  92614 | Matter     00001 |
|  | **WNL** |

RE: Chapter 11

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   11/17/2021**

| | |
|---|---|
| FEES | $19,748.00 |
| **TOTAL CURRENT CHARGES** | **$19,748.00** |

Pachulski Stang Ziehl & Jones LLP                                                                    Page:     2
Bral, John Jean                                                                                      Invoice 128921
10601    - 00001                                                                                     November 17, 2021

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| IDK | Kharasch, Ira D. | Partner | 1325.00 | 0.70 | $927.50 |
| NPL | Lockwood, Nancy P. F. | Paralegal | 250.00 | 30.10 | $7,525.00 |
| RMP | Pachulski, Richard M. | Partner | 1595.00 | 0.90 | $1,435.50 |
| WLR | Ramseyer, William L. | Counsel | 850.00 | 11.60 | $9,860.00 |
| | | | | 43.30 | $19,748.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 3
Bral, John Jean  Invoice 128921
10601   - 00001  November 17, 2021

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| CP | Compensation Prof. [B160] | 43.30 | $19,748.00 |
|  |  | 43.30 | $19,748.00 |

Pachulski Stang Ziehl & Jones LLP　　　　　　　　　　　　　　　　　　　　　　　　　Page:　　4
Bral, John Jean　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice 128921
10601　 - 00001　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　November 17, 2021

**Summary of Expenses**

| | | | | | | |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | | Page: 5 |
| Bral, John Jean | | | | | | Invoice 128921 |
| 10601   -00001 | | | | | | November 17, 2021 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Compensation Prof. [B160]**

| Date | Init | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/23/2021 | NPL | CP | Email communications with J. O'Keefe regarding fee applications pursuant to effective date. | 0.20 | 250.00 | $50.00 |
| 09/23/2021 | NPL | CP | Email communications with R. Pachulski regarding dates and deadlines associated with effective date and firm fee application. | 0.40 | 250.00 | $100.00 |
| 09/23/2021 | NPL | CP | Attention to dates and deadlines associate with fee applications for all professionals. | 0.10 | 250.00 | $25.00 |
| 09/23/2021 | NPL | CP | Review PSZJ post confirmation invoices. | 0.40 | 250.00 | $100.00 |
| 09/23/2021 | NPL | CP | Review order confirming plan and notice of effective date. | 0.10 | 250.00 | $25.00 |
| 09/24/2021 | NPL | CP | Telephone call with J. O'Keefe regarding professionals fee applications. | 0.20 | 250.00 | $50.00 |
| 09/28/2021 | IDK | CP | Office conference and E-mails with R Pachulski, N Lockwood re fee app and payment issues | 0.40 | 1325.00 | $530.00 |
| 09/28/2021 | RMP | CP | Review Bral bills. | 0.90 | 1595.00 | $1,435.50 |
| 09/28/2021 | NPL | CP | Email communications with J. Dulberg regarding PSZJ fee application through effective date. | 0.10 | 250.00 | $25.00 |
| 09/28/2021 | NPL | CP | Email communications with W. Ramseyer regarding PSZJ fee application through effective date. | 0.10 | 250.00 | $25.00 |
| 09/28/2021 | NPL | CP | Email communications with R. Pachulski regarding PSZJ fee application through effective date. | 0.30 | 250.00 | $75.00 |
| 09/28/2021 | NPL | CP | Professional fee analysis for fees and costs incurred by PSZJ from date of confirmation through effective date of the plan. | 2.50 | 250.00 | $625.00 |
| 09/28/2021 | NPL | CP | Begin preparation of post confirmation fee application for PSZJ. | 1.40 | 250.00 | $350.00 |
| 09/29/2021 | NPL | CP | Email communications with L. Gardiazabal regarding pending and final invoices for PSZJ fee application period. | 0.30 | 250.00 | $75.00 |
| 09/29/2021 | NPL | CP | Continued preparation of PSZJ fee application from date of confirmation through effective date. | 2.20 | 250.00 | $550.00 |
| 09/29/2021 | NPL | CP | Set up and begin preparation of exhibits to PSZJ fee application. | 1.80 | 250.00 | $450.00 |
| 09/30/2021 | NPL | CP | Edits to PSZJ post confirmation fee application. | 1.10 | 250.00 | $275.00 |

| | | | | Page: 6 |
|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | Invoice 128921 |
| Bral, John Jean | | | | November 17, 2021 |
| 10601   - 00001 | | | | |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/2021 | NPL | CP | Email communications with B. Anavim regarding dates and deadlines associated with PSZJ post confirmation fee application. | 0.20 | 250.00 | $50.00 |
| 10/04/2021 | NPL | CP | Continued preparation of PSZJ fee application and corresponding exhibits. | 3.80 | 250.00 | $950.00 |
| 10/05/2021 | NPL | CP | Draft email to W. Ramseyer regarding notes and comments to PSZJ final fee application. | 0.50 | 250.00 | $125.00 |
| 10/05/2021 | NPL | CP | Further edits to PSZJ final fee application. | 0.80 | 250.00 | $200.00 |
| 10/07/2021 | WLR | CP | Draft 2nd final fee application | 2.40 | 850.00 | $2,040.00 |
| 10/08/2021 | WLR | CP | Draft 2nd final fee application | 2.00 | 850.00 | $1,700.00 |
| 10/10/2021 | WLR | CP | Draft 2nd final fee application | 3.90 | 850.00 | $3,315.00 |
| 10/11/2021 | NPL | CP | Email communications with W. Ramseyer regarding PSZJ post confirmation fee application. | 0.10 | 250.00 | $25.00 |
| 10/13/2021 | WLR | CP | Prepare final fee application | 0.30 | 850.00 | $255.00 |
| 10/13/2021 | WLR | CP | Review effective date notice | 0.20 | 850.00 | $170.00 |
| 10/13/2021 | WLR | CP | Draft final fee application | 0.40 | 850.00 | $340.00 |
| 10/13/2021 | WLR | CP | Review and revise post-confirmation final fee application | 1.50 | 850.00 | $1,275.00 |
| 10/13/2021 | NPL | CP | Email communications with L. Gardiazabal and W. Ramseyer regarding final invoice for January 2021. | 0.10 | 250.00 | $25.00 |
| 10/13/2021 | NPL | CP | Edits to PSZJ post confirmation fee application. | 1.30 | 250.00 | $325.00 |
| 10/13/2021 | NPL | CP | Conduct fee calculation analysis. | 0.60 | 250.00 | $150.00 |
| 10/13/2021 | NPL | CP | Continued preparation of exhibits to PSZJ post confirmation fee application. | 0.70 | 250.00 | $175.00 |
| 10/13/2021 | NPL | CP | Analysis of professional fees by task code. | 0.60 | 250.00 | $150.00 |
| 10/14/2021 | NPL | CP | Continued preparation of exhibits to post confirmation fee application for PSZJ. | 3.20 | 250.00 | $800.00 |
| 10/15/2021 | IDK | CP | E-mails re Bral billing and fee apps | 0.30 | 1325.00 | $397.50 |
| 10/15/2021 | NPL | CP | Further edits to PSZJ post confirmation fee application. | 0.70 | 250.00 | $175.00 |
| 10/15/2021 | NPL | CP | Complete and compile exhibits to PSZJ post confirmation fee application. | 1.80 | 250.00 | $450.00 |
| 10/15/2021 | NPL | CP | Draft email to R. Pachulski regarding PSZJ post | 0.10 | 250.00 | $25.00 |

Pachulski Stang Ziehl & Jones LLP                                                   Page:     7
Bral, John Jean                                                                     Invoice 128921
10601    - 00001                                                                    November 17, 2021

|            |     |    |                                                                                                                                    | Hours | Rate   | Amount   |
|------------|-----|----|------------------------------------------------------------------------------------------------------------------------------------|-------|--------|----------|
|            |     |    | confirmation fee appliction.                                                                                                       |       |        |          |
| 10/15/2021 | NPL | CP | Email communication with L. Gauthier regarding PSZJ post confirmation fee application.                                             | 0.20  | 250.00 | $50.00   |
| 10/16/2021 | WLR | CP | Review and revise final fee application (.3), review exhibits (.3), correspondence to Nancy Lockwood re changes (.3)               | 0.90  | 850.00 | $765.00  |
| 10/18/2021 | NPL | CP | Prepare comments of the reorganized debtor to PSZJ post confirmation fee application.                                              | 0.30  | 250.00 | $75.00   |
| 10/18/2021 | NPL | CP | Review emails from R. Pachulski regarding edits to PSZJ post confirmation final fee application.                                   | 0.10  | 250.00 | $25.00   |
| 10/19/2021 | NPL | CP | Draft email to J. Bral regarding PSZJ post confirmation final fee application.                                                     | 0.10  | 250.00 | $25.00   |
| 10/19/2021 | NPL | CP | Email communications with L. Gauthier regarding PSZJ post confirmation fee application.                                            | 0.10  | 250.00 | $25.00   |
| 10/19/2021 | NPL | CP | Prepare service list for PSZJ post confirmation final fee application.                                                             | 0.30  | 250.00 | $75.00   |
| 10/19/2021 | NPL | CP | Email communications with M. Hauser regarding PSZJ post confirmation final fee application.                                        | 0.10  | 250.00 | $25.00   |
| 10/19/2021 | NPL | CP | Email communications with R. Pachulski regarding PSZJ post confirmation final fee application.                                     | 0.10  | 250.00 | $25.00   |
| 10/19/2021 | NPL | CP | Attention to dates and deadlines related to PSZJ post confirmation final fee application.                                          | 0.10  | 250.00 | $25.00   |
| 10/19/2021 | NPL | CP | Finalize and compile exhibits to PSZJ post confirmation final fee application.                                                     | 1.50  | 250.00 | $375.00  |
| 10/19/2021 | NPL | CP | Final edits to PSZJ post confirmation final fee application.                                                                       | 0.30  | 250.00 | $75.00   |
| 11/04/2021 | NPL | CP | Email communications with J. Bral regarding declaration in support of PSZJ post confirmation fee application; revise and finalize same. | 0.30  | 250.00 | $75.00   |
| 11/04/2021 | NPL | CP | Email communications with L. Gautheir regarding declaration of J. Bral in support of PSZJ post confirmation fee application.       | 0.20  | 250.00 | $50.00   |
| 11/08/2021 | NPL | CP | Draft emails to R. Pachulski regarding order granting PSZJ fees pursuant to post confirmation fee application.                     | 0.20  | 250.00 | $50.00   |
| 11/08/2021 | NPL | CP | Review tentative ruling regarding post confirmation fee applications of all estate professionals.                                  | 0.20  | 250.00 | $50.00   |

Pachulski Stang Ziehl & Jones LLP  Page: 8
Bral, John Jean  Invoice 128921
10601   - 00001  November 17, 2021

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/08/2021 | NPL | CP | Email communications with L. Gauthier regarding order granting fees for estate professionals. | 0.20 | 250.00 | $50.00 |
| 11/10/2021 | NPL | CP | Draft email to R. Pachulski regarding order granting PSZJ fees pursuant to post confirmation fee application. | 0.10 | 250.00 | $25.00 |
| | | | | 43.30 | | $19,748.00 |

**TOTAL SERVICES FOR THIS MATTER:** $19,748.00

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the document entitled:

**SUPPLEMENT TO THE POST CONFIRMATION FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS SPECIAL REORGANIZATION COUNSEL FOR THE DEBTOR FOR THE PERIOD AUGUST 1, 2019 THROUGH JANUARY 21, 2021; DECLARATION OF RICHARD A. PACHULSKI**

will be served as set forth below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **11/19/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*), **11/19/2021** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/19/2021 | Nancy Lockwood | */s/ Nancy Lockwood* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*   **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:329989.2

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Shane M Biornstad**    SBiornstad@shulmanbastian.com, agarcia@shulmanbastian.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Thomas H Casey**    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **David Choi**    dchoi@goldbergsegalla.com, david@jdmrllp.com;rmendoza@goldbergsegalla.com;jcohen@goldbergsegalla.com
- **Alan J Friedman**    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Daniel K Fujimoto**    wdk@wolffirm.com
- **Beth Gaschen**    bgaschen@wgllp.com, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Mark D Hurwitz**    mhurwitz@lsl-la.com, dsmall@lsl-la.com,narutunyan@lsl-la.com
- **Gary E Klausner**    gek@lnbyg.com
- **William N Lobel**    wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
- **Bonni S Mantovani**    bmantovani@pralc.com, ecfcca@ecf.courtdrive.com
- **William F McDonald**    wfmcdonald@gmail.com
- **Krikor J Meshefejian**    kjm@lnbyg.com
- **Richard M Pachulski**    rpachulski@pszjlaw.com
- **Dipika Parmar**    dipika.parmar@aissolution.com
- **Gary A Pemberton**    GPemberton@shulmanbastian.com, elohayza@shulmanbastian.com;sseelert@shulmanbastian.com
- **Lee S Raphael**    ecfcca@ecf.courtdrive.com, ecfcca@ecf.courtdrive.com
- **Bobby Samini**    saminicourtnotice@gmail.com, bobby.samini@saminicohen.com;nicoleprado@saminicohen.com
- **Edward G Schloss**    egs2@ix.netcom.com
- **Valerie Smith**    claims@recoverycorp.com
- **Daniel B Spitzer**    dspitzer@spitzeresq.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Zann R Welch**    ecfnotices@ascensioncapitalgroup.com
- **Alan Steven Wolf**    wdk@wolffirm.com
- **Dean A Ziehl**    dziehl@pszjlaw.com, dziehl@pszjlaw.com

2. **SERVED BY UNITES STATES MAIL**

John Jean Bral
64 Sandpiper
Irvine, CA 92604

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:329989.2