United States Bankruptcy Court
Central District of California

In re:  Case No. 17-10706-ES
John Jean Bral  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 23, 2021 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John Jean Bral, 64 Sandpiper, Irvine, CA 92604-3669 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan J Friedman | on behalf of Plaintiff John Jean Bral afriedman@shulmanbastian.com  lgauthier@shulmanbastian.com |
| Alan J Friedman | on behalf of Debtor John Jean Bral afriedman@shulmanbastian.com  lgauthier@shulmanbastian.com |
| Alan J Friedman | on behalf of Attorney Lobel Weiland Golden Friedman LLP afriedman@shulmanbastian.com  lgauthier@shulmanbastian.com |
| Alan J Friedman | on behalf of Defendant John Jean Bral afriedman@shulmanbastian.com  lgauthier@shulmanbastian.com |
| Alan Steven Wolf | on behalf of Creditor SunTrust Mortgage  Inc. wdk@wolffirm.com |
| Beth Gaschen | on behalf of Defendant John Jean Bral bgaschen@wgllp.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 4 |
| Date Rcvd: Nov 23, 2021 | Form ID: pdf042 | Total Noticed: 1 |

kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com

Beth Gaschen
    on behalf of Debtor John Jean Bral bgaschen@wgllp.com
    kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com

Beth Gaschen
    on behalf of Attorney Lobel Weiland Golden Friedman LLP bgaschen@wgllp.com
    kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com

Beth Gaschen
    on behalf of Plaintiff John Jean Bral bgaschen@wgllp.com
    kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com

Bobby Samini
    on behalf of Interested Party Samini Scheinberg PC saminicourtnotice@gmail.com
    bobby.samini@saminicohen.com;nicoleprado@saminicohen.com

Bobby Samini
    on behalf of Debtor John Jean Bral saminicourtnotice@gmail.com
    bobby.samini@saminicohen.com;nicoleprado@saminicohen.com

Bonni S Mantovani
    on behalf of Creditor Citibank N.A. bmantovani@pralc.com, ecfcca@ecf.courtdrive.com

Daniel B Spitzer
    on behalf of Creditor Les Jakofsky dspitzer@spitzeresq.com

Daniel K Fujimoto
    on behalf of Creditor Truist Bank s/b/m to SunTrust Bank wdk@wolffirm.com

Daniel K Fujimoto
    on behalf of Creditor SunTrust Mortgage Inc. wdk@wolffirm.com

David Choi
    on behalf of Defendant Babak Samini dchoi@goldbergsegalla.com
    david@jdmrllp.com;rmendoza@goldbergsegalla.com;jcohen@goldbergsegalla.com

David Choi
    on behalf of Defendant Matthew Hoesly dchoi@goldbergsegalla.com
    david@jdmrllp.com;rmendoza@goldbergsegalla.com;jcohen@goldbergsegalla.com

David Choi
    on behalf of Defendant Samini Scheinberg APC dchoi@goldbergsegalla.com,
    david@jdmrllp.com;rmendoza@goldbergsegalla.com;jcohen@goldbergsegalla.com

Dean A Ziehl
    on behalf of Debtor John Jean Bral dziehl@pszjlaw.com dziehl@pszjlaw.com

Dipika Parmar
    on behalf of Creditor BMW Financial Services NA LLC dipika.parmar@aissolution.com

Edward G Schloss
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC egs2@ix.netcom.com

Gary A Pemberton
    on behalf of Defendant John Jean Bral GPemberton@shulmanbastian.com
    aragone@shulmanbastian.com;sseelert@shulmanbastian.com

Gary A Pemberton
    on behalf of Interested Party Shulman Bastian LLP GPemberton@shulmanbastian.com
    aragone@shulmanbastian.com;sseelert@shulmanbastian.com

Gary A Pemberton
    on behalf of Debtor John Jean Bral GPemberton@shulmanbastian.com
    aragone@shulmanbastian.com;sseelert@shulmanbastian.com

Gary A Pemberton
    on behalf of Plaintiff John Jean Bral GPemberton@shulmanbastian.com
    aragone@shulmanbastian.com;sseelert@shulmanbastian.com

Gary E Klausner
    on behalf of Creditor Beitler & Associates gek@lnbyg.com

Gary E Klausner
    on behalf of Creditor BAB 8 LLC gek@lnbyg.com

Gary E Klausner
    on behalf of Creditor Barry Beitler gek@lnbyg.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 4 |
| Date Rcvd: Nov 23, 2021 | Form ID: pdf042 | Total Noticed: 1 |

Gary E Klausner
    on behalf of Plaintiff Steward Financial LLC gek@lnbyg.com

Gary E Klausner
    on behalf of Creditor Beitler Commercial Realty Services gek@lnbyg.com

Gary E Klausner
    on behalf of Plaintiff Beitler & Associates Inc. dba Beitler Commercial Realty Services gek@lnbyg.com

Gary E Klausner
    on behalf of Creditor Steward Financial LLC gek@lnbyg.com

Gary E Klausner
    on behalf of Plaintiff Barry Beitler gek@lnbyg.com

Gary E Klausner
    on behalf of Creditor AFG Investment Fund 7 LLC gek@lnbyg.com

Gary E Klausner
    on behalf of Creditor Cannae Financial LLC gek@lnbyg.com

Gary E Klausner
    on behalf of Creditor Betsy Boyd gek@lnbyg.com

Gary E Klausner
    on behalf of Interested Party Courtesy NEF gek@lnbyg.com

Greg P Campbell
    on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Krikor J Meshefejian
    on behalf of Plaintiff Barry Beitler kjm@lnbyg.com

Krikor J Meshefejian
    on behalf of Defendant Barry Beitler kjm@lnbyg.com

Krikor J Meshefejian
    on behalf of Creditor Betsy Boyd kjm@lnbyg.com

Krikor J Meshefejian
    on behalf of Plaintiff Steward Financial LLC kjm@lnbyg.com

Krikor J Meshefejian
    on behalf of Creditor Barry Beitler kjm@lnbyg.com

Krikor J Meshefejian
    on behalf of Creditor Beitler Commercial Realty Services kjm@lnbyg.com

Krikor J Meshefejian
    on behalf of Plaintiff Beitler & Associates Inc. dba Beitler Commercial Realty Services kjm@lnbyg.com

Krikor J Meshefejian
    on behalf of Creditor Steward Financial LLC kjm@lnbyg.com

Krikor J Meshefejian
    on behalf of Interested Party Courtesy NEF kjm@lnbyg.com

Krikor J Meshefejian
    on behalf of Creditor AFG Investment Fund 7 LLC kjm@lnbyg.com

Krikor J Meshefejian
    on behalf of Creditor BAB 8 LLC kjm@lnbyg.com

Krikor J Meshefejian
    on behalf of Creditor Cannae Financial LLC kjm@lnbyg.com

Krikor J Meshefejian
    on behalf of Creditor Beitler & Associates kjm@lnbyg.com

Lee S Raphael
    on behalf of Interested Party Courtesy NEF ecfcca@ecf.courtdrive.com ecfcca@ecf.courtdrive.com

Mark D Hurwitz
    on behalf of Interested Party Courtesy NEF mhurwitz@lsl-la.com dsmall@lsl-la.com,narutunyan@lsl-la.com

Mark D Hurwitz
    on behalf of Creditor Steward Financial LLC mhurwitz@lsl-la.com, dsmall@lsl-la.com,narutunyan@lsl-la.com

Mark D Hurwitz
    on behalf of Creditor BAB 8 LLC mhurwitz@lsl-la.com dsmall@lsl-la.com,narutunyan@lsl-la.com

Mark D Hurwitz
    on behalf of Creditor Beitler Commercial Realty Services mhurwitz@lsl-la.com dsmall@lsl-la.com,narutunyan@lsl-la.com

Case 8:17-bk-10706-ES    Doc 1117    Filed 11/25/21    Entered 11/25/21 21:17:27    Desc
Imaged Certificate of Notice    Page 4 of 6

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 23, 2021 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Mark D Hurwitz | on behalf of Creditor Cannae Financial LLC mhurwitz@lsl-la.com, dsmall@lsl-la.com,narutunyan@lsl-la.com |
| Mark D Hurwitz | on behalf of Creditor Beitler & Associates mhurwitz@lsl-la.com dsmall@lsl-la.com,narutunyan@lsl-la.com |
| Mark D Hurwitz | on behalf of Creditor Barry Beitler mhurwitz@lsl-la.com dsmall@lsl-la.com,narutunyan@lsl-la.com |
| Mark D Hurwitz | on behalf of Creditor Betsy Boyd mhurwitz@lsl-la.com dsmall@lsl-la.com,narutunyan@lsl-la.com |
| Mark D Hurwitz | on behalf of Creditor AFG Investment Fund 7 LLC mhurwitz@lsl-la.com, dsmall@lsl-la.com,narutunyan@lsl-la.com |
| Michael J Hauser | on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov |
| Richard M Pachulski | on behalf of Special Counsel Pachulski Stang Ziehl & Jones LLP rpachulski@pszjlaw.com |
| Richard M Pachulski | on behalf of Attorney Pachulski Stang Ziehl & Jones LLP rpachulski@pszjlaw.com |
| Shane M Biornstad | on behalf of Interested Party Courtesy NEF SBiornstad@shulmanbastian.com agarcia@shulmanbastian.com |
| Shane M Biornstad | on behalf of Debtor John Jean Bral SBiornstad@shulmanbastian.com agarcia@shulmanbastian.com |
| Shane M Biornstad | on behalf of Plaintiff John Jean Bral SBiornstad@shulmanbastian.com agarcia@shulmanbastian.com |
| Thomas H Casey | on behalf of Interested Party Samini Scheinberg PC kdriggers@tomcaseylaw.com msilva@tomcaseylaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |
| William F McDonald, III | on behalf of Creditor CitiMortgage Inc. wfmcdonald@gmail.com |
| William N Lobel | on behalf of Special Counsel Pachulski Stang Ziehl & Jones LLP wlobel@tocounsel.com jokeefe@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Defendant John Jean Bral wlobel@tocounsel.com jokeefe@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Special Counsel Theodora Oringher PC wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Plaintiff John Jean Bral wlobel@tocounsel.com jokeefe@tocounsel.com;sschuster@tocounsel.com |
| William N Lobel | on behalf of Debtor John Jean Bral wlobel@tocounsel.com jokeefe@tocounsel.com;sschuster@tocounsel.com |
| Zann R Welch | on behalf of Creditor BMW Financial Services NA LLC ecfnotices@ascensioncapitalgroup.com |

TOTAL: 77

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Richard A. Pachulski (CA Bar No. 90073)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067<br>Telephone:     (310) 277-69100760<br>Email:         rpachulski@pszjlaw.com<br><br>☒   Former *Special Reorganization Counsel for John Jean Bral, Reorganized Debtor* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>NOV 23 2021<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** daniels     **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –SANTA ANA DIVISION**

| In re:<br><br>JOHN JEAN BRAL,<br><br><br><br><br><br><br><br><br><br><br>Reorganized Debtor(s). | CASE NO.: 8:17-bk-10706 ES<br>CHAPTER: 11<br><br>**ORDER ON APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 330)**<br><br>DATE:         November 9, 2021<br>TIME:         11:30 a.m.<br>PLACE:       ZoomGov |
|---|---|

1. Name of Applicant (*specify*): PACHULSKI STANG ZIEHL & JONES LLP, Special Reorganization Counsel for Debtor, John Jean Bral

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:
   a.  ☐ Applicant present in court
   b.  ☐ Attorney for Applicant present in court (name):
   c.  ☐ Attorney for United States trustee present in court
   d.  ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): 9/12/2019

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                        Page 1                        **F 2016-1.3.ORDER.PAYMENT.FEES**

DOCS_LA:340655.1 10601/001

5. The court orders as follows:

   a. ☐ Application for Payment of Interim Fees is approved as follows:
      (1) ☐ Total amount allowed: $ _____
      (2) ☐ Amount or percentage authorized for payment at this time: _____

   b. ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____

   c. ☒ Application for Payment of Final Fees is approved in the amount of: $ 205,123.00[1]

   d. ☒ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ 1,796.74[2]

   e. (1) ☐ Application is denied
          ☐ in full
          ☐ in part
          ☐ without prejudice
          ☐ with prejudice

      (2) Grounds for denial *(specify)*:

   f. ☒ The court further orders *(specify):* The Debtor is authorized to pay the Applicant the unpaid balance of Applicant's allowed fees and expenses in the amount of $205,123.00 in fees and $1,796.74 in expenses for a total unpaid balance of $206,930.74.

###

Date: November 23, 2021

*Erithe A. Smith*
Erithe Smith
United States Bankruptcy Judge

---

[1] Pursuant to *Post Confirmation Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Special Reorganization Counsel for the Debtor for the Period August 1, 2019 through January 21, 2021* filed on October 19, 2021 [Docket No. 1084].

[2] *Ibid.*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013* | Page 2 | **F 2016-1.3.ORDER.PAYMENT.FEES**

DOCS_LA:340655.1 10601/001